IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIANE WILSON and JOANA WHEELER, on behalf of themselves and on behalf of other females similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; MICHAEL JONAH; MARK POLLARD; TOM VIRAG; DOES I - X; and ROE BUSINESS ENTITIES I – X, Inclusive,<br><br>Defendants. | Case No. _____<br><br>**DECLARATION OF ANNA ELENTO-SNEED** |

## DECLARATION OF ANNA ELENTO-SNEED

I, ANNA ELENTO-SNEED, declare under penalty of perjury that the foregoing statements are true and correct:

1. I am the lead counsel for Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., and Wyndham Vacation Resorts, Inc., ("Removing Defendants") in the action entitled *Liane Wilson, et al. v. Wyndham Worldwide Corporation, et al.*, Civil No. 11-1-0101 (the "Action"), filed in the Circuit Court of the Fifth Circuit of the State of Hawaii.

2. On August 3, 2011, I was served with a copy of the Complaint in this Action on behalf of the Removing Defendants. Copies of the returns of service I signed are attached hereto as Exhibit "2". Accordingly, this Notice of Removal is timely filed. Removing Defendants have not yet filed an answer or other response to this Action. However, on August 4, 2011, Plaintiffs filed an Ex Parte Motion for Permission for Out of State Counsel, Felicia Medina, to Appear *Pro Hac Vice*. On August 16, 2011, the Circuit Court approved and ordered a Stipulation to Continue Hearing on Plaintiffs Liane Wilson and Joanna Wheeler's Motion for Permission for Out of State Counsel, Felicia Medina, to Appear *Pro Hac Vice*, a copy of which is attached hereto as Exhibit "12."

3. The amount in controversy in this Action is greater than $5,000,000, notwithstanding Plaintiffs' allegations to the contrary, based on: (a) the amount of back pay and lost wages that are in controversy as to members of the proposed class who are no longer employed by Wyndham; (b) the amount of compensatory and punitive damages awarded in all reported jury verdicts tried in the state and federal courts of Hawai`i in the last twenty years which alleged claims of gender discrimination or sex discrimination; (c) the amount of compensatory and punitive damages awarded in all reported contested-case proceedings of the Hawai`i Civil Rights Commission of the last twenty years which alleged claims of gender discrimination or sex discrimination under HRS §

378-2; (d) the amount of the jury verdicts and settlements reported in all class action cases which alleged claims of sex or gender discrimination in employment tried in courts across the country in the last twenty years; and (e) my personal experience with damages awards and jury verdicts in employment discrimination cases I have litigated in Hawai`i over the last twenty years.

4. To determine the amount of compensatory and punitive damages awarded in all reported jury verdicts in cases tried in the state and federal courts of Hawai`i in the last twenty years, I supervised a search of the Westlaw "HI-JV" database, which reports jury verdicts from Hawai`i's state and federal courts. The following search of the HI-JV database was used: DISCRIMINATION w/5 GENDER SEX. This resulted in a return of nine jury awards in favor of the plaintiffs in cases involving gender discrimination and sex discrimination. True and correct copies of those nine case reports are attached hereto as Exhibit "5". Out of these nine case reports, eight verdicts involved compensatory damages (exclusive of back pay awards or other actual damages), which totaled $847,262. This provides a mean per-plaintiff compensatory damages award of $105,907.75 for Hawai`i gender or sex discrimination cases in which compensatory damages were awarded.

5. Out of the nine case reports described above, punitive damages were awarded in six cases, totaling $2,650,000. This provides a mean per-plaintiff

3

punitive damages award of $141,210.33 for Hawai`i gender or sex discrimination cases.

6. When the per-person award compensatory and punitive damages award amounts are multiplied by the number of class members in this case, it is clear that the amount in question in this case greatly exceeds $5,000,000.

7. The nine case reports attached hereto as Exhibit "5" are summarized in the chart below.

| CASE | DATE | CLAIM | COMPENSATORY DAMAGES | PUNITIVE DAMAGES |
|---|---|---|---|---|
| Gall v. The Funny Farm Inc.; 08-1-001805; First Circuit Court | Sep-10 | Sex Discrimination and Retaliation- State Law | | $550,000 |
| Ho v. Kissinger; 04-1-0608-4 (KSSA); First Circuit Court | May-07 | Sex Discrimination- State Law | $120,000 | $390,000 |
| Aoki v. Tactical Affair Corp, dba H.I.S. Hawaii; 04-1-0608-4 (KSSA); First Circuit Court | Dec-06 | Sex Discrimination- State Law | $135,000 | $1,100,000 |
| Burke v. Maui County; 98-CV-184 SOM-BMK; USDC | May-03 | Sex and Race Discrimination Title VII and State Law | $80,000 | |
| Awai v. Interstate Cleaning Corporation; 97-0-004018; First Circuit Court | Aug-09 | Sex Discrimination- Title VII | | |

4

| CASE | DATE | CLAIM | COMPENSATORY DAMAGES | PUNITIVE DAMAGES |
|---|---|---|---|---|
| | | | $15,000 | |
| Wilder v. Paul Brown International Ltd.; 94-0-004499; First Circuit Court | Jul-99 | Sex Discrimination-Title VII | $3,262 | $50,000 |
| Montapert v. Klungness; 94-0-000181; USDC | Mar-99 | Sex Discrimination-Title VII | $120,000 | |
| Arceneaux v. Hotel Employees & Restaurant Employees Local 5 Union; 95-0-003992; USDC | Nov-96 | Gender Discrimination | $12,000 | $60,000 |
| Sullivan v. South Seas Motors, Inc.; 94-2245-06; First Circuit Court | Mar-96 | Sex Discrimination and Age Discrimination | $362,000 | $500,000 |

8. The compensatory damages awards issued by the Hawai`i Civil Rights Commission ("HCRC") in its contested case proceedings are instructive as to the potential value of discrimination claims brought under HRS § 378-2, although these awards are generally much lower than jury verdicts. I supervised the review of all contested case decisions reported on the HCRC website, at http://hawaii.gov/labor/hcrc/hcrc-links/contested-case-decisions. Out of the fifteen contested case decisions reported by the HCRC, five involved sex discrimination

5

or gender discrimination in employment. True and correct copies of the final decisions in these five contested case proceedings are attached hereto as Exhibits "6", "7", "8", "9", and "10", respectively. The total amount of compensatory damages awarded in these five cases was $215,000, leading to a mean per-person compensatory damages award of $43,000 for all reported contested case proceedings litigated before the Hawai`i Civil Rights Commission which alleged claims of gender or sex discrimination under HRS § 378-2.

9. When the per-person award amount of $43,000 is multiplied by the number of class members in this case, it is clear that the amount in question in this case greatly exceeds $5,000,000.

10. The five contested case decisions attached as Exhibits "6" – "10" are summarized in the chart below:

| CASE | CLAIM | COMPENSATORY DAMAGES |
|---|---|---|
| Hoshijo/Smith v. Taberu Management, Inc., 97-009-E-P | Employment Sex Discrimination (pregnancy discrimination under 378-2(1)(A)) | $60,000 |
| Tseu/Gould v. Dr. Robert Simich, 95-012-E-SH | Sex Discrimination / harassment in employment | $40,000 |
| Tseu/Collins v. Cederquist, Inc., 95-001-E-R-S | Sex Discrimination - employment (sexual harassment and retaliation) | $30,000 |
| Tseu/Shaw v. Sam Teague, Ltd., et al., 94-001-E-P | Sex Discrimination - employment (pregnancy discrimination under 378-2(1)(A)) | $5,000 |

6

| CASE | CLAIM | COMPENSATORY DAMAGES |
|---|---|---|
| In Re Santos/Niimi - Hawaiian Flowers Exports, Inc., 91-001-E-SH | Sex Discrimination/harassment - employment (unwelcome sexual conduct and hostile work environment, constructive discharge) | $80,000 |

11. Although there are no reported jury verdicts or settlements for class action cases alleging gender or sex discrimination claims in Hawai`i, the reported verdicts and settlements in such class action cases in other jurisdictions demonstrate that the amount in controversy in this class action far exceeds $5,000,000. To determine the amount of the reported jury verdicts and settlements for class action cases in other jurisdictions involving claims of gender or sex discrimination in employment, I supervised a search of the Westlaw "JV-EMPL" database, which reports jury verdicts for employment cases. The following search of the JV-EMPL database was used: CLASS ACTION & DISCRIMINATION w/5 GENDER SEX. This resulted in a return of thirty reported settlements or jury awards in favor of the plaintiffs in employment cases involving gender discrimination and sex discrimination. True and correct copies of those thirty case reports are attached hereto as Exhibit "11". The total amount of these verdicts and settlements is $770,100,270.00, resulting in a mean per-case jury verdict or settlement amount of $25,670,009.

12. The thirty case reports attached hereto as Exhibit "11" are summarized in the chart below.

| CASE | DATE | CLAIM | AMOUNT OF VERDICT OR SETTLEMENT | COURT | TYPE OF AWARD |
|---|---|---|---|---|---|
| EEOC v. Outback Steakhouse of Florida Inc.; 1:06-CV-01935 | Sep-09 | Sex Discrimination in violation of Title VII | $19,000,000 | State-Colorado | Settlement |
| Amochaev v. Citigroup Global Markets Inc.; 3:05-CV-01298-PJH | Mar-05 | Sex Discrimination in violation of Title VII | $33,000,000 | Fed-N.D. Cal. | Settlement |
| Longmire v. Regents of The University of California; 5:03-CV-00360 | Feb-04 | Sex and National Origin Discrimination in violation of Title VII and the Equal Pay Act | $12,000,000 | Fed-N.D. Ohio | Settlement |
| Carlson v. C.H. Robinson Worldwide, Inc.; 0:02-CV-03780-JNE-JJG | Oct-02 | Sex Discrimination in violation of Title VII and the Equal Pay Act | $15,000,000 | Fed-Minn. | Settlement |
| Kosen v. American Express Financial Advisors Bains LLC; 02-CV-00082 | Feb-02 | Sex Discrimination in violation of Title VII and Age Discrimination in violation of State Law | $31,000,000 | State-D.C. | Settlement |
| Freeman v. Supervalu Holdings Inc.; | Jan-02 | Sex Discrimination in violation of | | Fed-N.D. Indiana | Settlement |

| CASE | DATE | CLAIM | AMOUNT OF VERDICT OR SETTLEMENT | COURT | TYPE OF AWARD |
|---|---|---|---|---|---|
| 99-CV-347 | | Title VII and the Equal Pay Act | $760,000 | | |
| Bunch v. Rent-A-Center; 00-00364-CV-W-3-ECF | Nov-01 | Sex and Pregnancy Discrimination in violation of Title VII | $12,250,000 | Fed-W.D. Mo. | Settlement |
| Harris v. Architect of the Capitol 1:97-CV-01658 | Oct-01 | Sex Discrimination in violation of the Equal Pay Act and Title VII | $2,500,000 | State-D.C. | Settlement |
| EEOC v. Consumers Energy Co.; 98-70846 | Mar-01 | Sex Discrimination in violation of Title VII | $220,000 | Fed-E.D. Mich. | Settlement |
| Warnell v. Ford Motor Co.; 98-C-1503 | Nov-00 | Sex Discrimination in violation of Title VII | $9,000,000 | Fed-N.D. Illinois | Settlement |
| Wright v. Ford Motor Co.; 1:98-CV-01503 | Nov-00 | Sex Discrimination in violation of Title VII | $9,000,000 | Fed-N.D. Illinois | Settlement |
| Pouliot v. Hanna; 5:00-CV-01210 | Oct-00 | Sex Discrimination in violation of Title VII | $250,000 | Fed-N.D.N.Y. | Settlement |
| Beckmann v. CBS Inc.; 3:96-CV-01172 | Oct-00 | Sex Discrimination in violation of Title VII | $8,000,000 | Fed-D. Minn. | Settlement |
| Barcume v. City of Flint (Arbitration) | Aug-00 | Sex Discrimination in violation of Federal and State Law | $2,225,270 | Fed-E.D. Mich. | Arbitration |
| EEOC v. Pal-Waukee Aviation Inc.; | Jun-00 | Sex Discrimination in violation of | | Fed-N.D. Illinois | Settlement |

9

| CASE | DATE | CLAIM | AMOUNT OF VERDICT OR SETTLEMENT | COURT | TYPE OF AWARD |
|---|---|---|---|---|---|
| 99-C-1815 | | Title VII | $160,000 | | |
| McDaniel, Et al. v. Fetzer DBA The Kirby Company; CV-96-023841 | May-00 | Race and Sex Discrimination in violation of Title VII | $1,250,000 | State-Mo. | Settlement |
| Hartman v. Albright | Mar-00 | Sex Discrimination in violation of Title VII | $508,000,000 | State-D.C. | Settlement |
| Orlowski v. Dominick's Finer Foods Inc.; 95-C-1666 | Dec-99 | Sex Discrimination in violation of Title VII | $7,650,000 | Fed-N.D. Illinois | Settlement |
| Mathers v. Northshore Mining Co.; 0:99-CV-01938-MJD-RLE | Dec-99 | Sex Discrimination in violation of Title VII | $1,300,000 | Fed-D. Minn. | Settlement |
| Warnell, Et al. v. Ford Motor Co.; 98-C-11503 | Sep-99 | Sex Discrimination in violation of Title VII | $7,500,000 | Fed-N.D. Illinois | Settlement |
| Dorman v. Winn-Dixie Stores Inc.; 99-722-CIV-J-21B | Aug-99 | Race and Sex Discrimination in violation of Title VII | $32,900,000 | Fed-M.D. Fla. | Settlement |
| EEOC v. BFI Waste Systems of North America; 97-980-BH-M | Sep-98 | Sex Discrimination in violation of Title VII | $75,000 | Fed-S.D. Alabama | Court Verdict |
| Gilner v. Saint-Gobain Norton Industrial | Aug-98 | Sex Discrimination in violation of State Laws | | State-Ohio | Jury Verdict |

10

| CASE | DATE | CLAIM | AMOUNT OF VERDICT OR SETTLEMENT | COURT | TYPE OF AWARD |
|---|---|---|---|---|---|
| Ceramics Corp. | | | $1,135,000 | | |
| Gonsalves v. Concord City; C98-02578 | May-98 | Sex Discrimination in violation of State Laws | $1,250,000 | State-California | Settlement |
| EEOC v. Mitsubishi Motor Manufacturing of America | Apr-96 | Sex Discrimination in violation of Title VII | $34,000,000 | State-Illinois | Settlement |
| Beavers v. American Cast Iron Pipe Co.; CV-86-N-1982-S | Oct-94 | Race and Sex Discrimination in violation of Title VII | $5,000,000 | Fed-N.D. Alabama | Settlement |
| Ginter v. Hooters Inc.; 94-CV-6338 | Oct-94 | Sex Discrimination in violation of Title VII | $3,750,000 | Fed-N.D. Illinois | Settlement |
| EEOC v. HI 40 Corporation, Inc. DBA Physicians; 4:93-0230-CV-W-3 | Oct-94 | Sex Discrimination in violation of Title VII | $25,000 | Fed-W.D. Mo. | Settlement |
| Ivanac v. Langeloth Metallurgical Company; 99-971/01-0544 | Mar-93 | Sex Discrimination in violation of Title VII | $500,000 | Fed-W.D. Pa. | Settlement |
| Martens v. Smith Barney, Inc.; 96-3779 | N/A | Sex Discrimination in violation of State Laws | $11,400,000 | Fed-S.D.N.Y. | Settlement |

13. As set forth above, the compensatory and punitive damages awarded in similar Hawai`i cases, in HCRC contested case proceedings, and in class actions in other jurisdictions involving similar claims all indicate that the amount in controversy in this matter greatly exceeds $5,000,000.

14. Finally, based on my experience in litigating employment discrimination cases in Hawai`i over the last twenty years, it is abundantly clear to me that the amount in controversy in this case greatly exceeds $5,000,000. For example, the trial court awarded an individual plaintiff $2,918,249.59 in damages and attorney's fees in the *Gonsalves v. Nissan Motor Corp* case, in which I was personally involved. *See Gonsalvez v. Nissan Motor Corp. in Hawaii, Ltd.*, 100 Hawai`i 149, 157 (2002). These damages were based in part on the plaintiff's claim of sex discrimination in employment. Although this judgment was ultimately vacated on legal grounds, the case illustrates the extent to which Hawai`i juries are willing to award large sums of money to plaintiffs in employment discrimination cases. If a single plaintiff can be awarded nearly $3,000,000.00 in an employment discrimination case, it is certain that a Hawai`i jury could award hundreds of plaintiffs well over $5,000,000 in a class action employment discrimination case.

15.  Taking into account the potential back pay, the potential compensatory and punitive damages from the class discrimination claims, the individual retaliation claims, and the individual harassment claim, as well as potential attorney's fees and the cost of the requested systemic modifications, there is no doubt that the amount in controversy in this case far exceeds $5,000,000.00.

Executed in Honolulu, Hawai`i on September 1, 2011.

_____
ANNA ELENTO-SNEED