IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIANE WILSON, and JOANA WHEELER, on behalf of themselves and on behalf of other females similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I - X; and ROE BUSINESS ENTITIES I – X, Inclusive,<br><br>Defendants. | Case No. _____<br><br>**DECLARATION OF SANFORD NOJIMA** |

## **DECLARATION OF SANFORD NOJIMA**

I, SANFORD NOJIMA, declare under penalty of perjury that the foregoing statements are true and correct:

1. I am the Director of Human Resources, Pacific Region for Defendant Wyndham Vacation Ownership.

2. I am familiar with the corporate structures of Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc. and Wyndham Vacation Resorts, Inc (collectively, "Wyndham"). All three

entities are incorporated in Delaware. The nerve center for Wyndham Worldwide Corporation is in New Jersey. The nerve centers for Wyndham Vacation Ownership, Inc. and Wyndham Vacation Resorts, Inc. are in Florida.

    3. I am also familiar with the number of persons who are currently employed by Wyndham in Hawai`i, and who have been employed by Wyndham in Hawai`i in the past. As of June 6, 2011, there were 393 women employed by Wyndham in Hawai`i. This figure is supported by the report attached hereto as Exhibit "3." There were also 250 additional women who were employed by Wyndham in Hawai`i between October 5, 2009 and June 6, 2011, but whose employment with Wyndham was terminated prior to or on June 6, 2011. This figure is supported by the report attached hereto as Exhibit "4." Accordingly, as of June 6, 2011, there were 643 persons who fit the description of the class of people who "are, or have been, employed by Wyndham in Hawai`i during the period beginning October 2, 2009 . . . through the present." The names and identifying information for these employees has not been included to protect their privacy.

    4. In addition, the size of the class continues to grow with each new employee hired by Wyndham after June 6, 2011.

    5. The pay rates and average work schedules of the 250 Wyndham employees who were employed by Wyndham in Hawai`i between October 5, 2009 and June 6, 2011, but whose employment with Wyndham was terminated prior to June 6, 2011 are set forth in Exhibit 4. The wages for each former employee were multiplied by the number of days between that employee's termination date and August 31, 2011 to calculate the estimated potential back pay amount that could be owed to each terminated employee if Plaintiffs prevailed in this case. Those potential back pay amounts aggregate to a total potential back pay award—for the terminated members of the proposed class alone—of $8,339,378.19.

    Executed in Honolulu, Hawaii on  September 1 , 2011.

_____
SANFORD NOJIMA

791436v1   3