| STATE OF HAWAI'I CIRCUIT COURT OF THE __FIFTH__ CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE | CASE NUMBER 11-1-0101 KNW |
|---|---|---|
| LIANE WILSON, and JOANNA WHEELER, on behalf of themselves and on behalf of other females similarly situated, | WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, AND ROE BUSINESS ENTITITES I through X, inclusive | |

DOCUMENTS SERVED: COMPLAINT; JURY DEMAND; SUMMONS

I, Sheriff/Police Officer of the State of Hawai'i do hereby certify that I received a certified copy of the documents listed above and that I served the same on __Wyndham Worldwide Corporation__ (name of party) on __8/3/11__ (date) at __4:55 pm__ (time) at __Alston Hunt Floyd & Ing__ __1001 Bishop Street__ (address) within the State of Hawai'i as follows:

☐ PERSONAL: By delivering to and leaving with _____, personally.

☐ SUBSTITUTE: [HRCP 4(d) (1) (A)] After due and diligent search and inquiry, I served above-named defendant through _____, a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

☐ SUBSTITUTE: [HRCP 4(d) (1) (B)] I served above-named defendant through _____, authorized agent to receive service of process for said defendant.

☑ BUSINESS/CORPORATION/GOVERNMENTAL ENTITY: On __Wyndham Worldwide Corporation__ (name of business/corp/entity) by serving through __Anna Elento-Sneed__ (name of person served), who is the __attorney__ (postition/title) and authorized agent of said Business/Corporation/Governmental Entity.

☐ GARNISHMENT: I served _____ (name of garnishee) through _____ (name of person served) who is authorized to accept service for the above-named garnishee.

☐ NOT FOUND: After due and diligent search and inquiry, I am unable to find _____ (name of party)

Attorney (Name, I.D. No., Address, Phone)
CARL M. VARADY 4873
Pauahi Tower, 1003 Bishop St. Suite 1730
Honolulu HI 96813
808 523-8447

| Date: 8/5/11 | Sheriff/Police Officer (type or print) Dianna M. St. Onge | Signature |

FORM NO. 001103 (7/91)   RETURN AND ACKNOWLEDGMENT OF SERVICE   1C-P-022

FILED 2011 AUG 12 PM 12:57 CLERK 5TH CIRCUIT COURT STATE OF HAWAII Deeena Olivas-Brum

EXHIBIT "2"

| SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE: | NOTARY PUBLIC'S SIGNATURE: | MY COMMISSION EXPIRES: |
|---|---|---|
| IN _____; HAWAIʻI | STATE OF HAWAIʻI | |

## ACKNOWLEDGMENT OF SERVICE

_____     8/5/11         4:56pm
(signature of person served)           (date)          (time)

Subscribed and sworn to before me
this 5th day of August 2011.

_____
Notary Public, State of Hawaiʻi

Noriko Shimbo
Printed Name of Notary

My commission expires: 6/24/14

---

Date: August 5, 2011                                    # Pages: 2
Name: Noriko Shimbo                                     First Circuit
Doc. Description: Return & Acknowledgment of Service – Wyndham Worldwide Corporation
Case # 11-1-0101 KNW
State of Hawaii, Circuit Court of the Fifth Circuit
Liane Wilson et al. vs. Wyndham Worldwide Corporation, et al.

_____                                 (Stamp or Seal)
Notary Signature

**NOTARY CERTIFICATION**

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>__FIFTH__ CIRCUIT | RETURN AND ACKNOWLEDGMENT<br>OF SERVICE | CASE NUMBER<br>11-1-0101 KNW |
|---|---|---|
| LIANE WILSON, and JOANNA WHEELER, on behalf of themselves and on behalf of other females similarly situated, | WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, AND ROE BUSINESS ENTITITES I through X, inclusive | |

DOCUMENTS SERVED: COMPLAINT; JURY DEMAND; SUMMONS

I, Sheriff/Police Officer of the State of Hawai'i do hereby certify that I received a certified copy of the documents listed above and that I served the same on __Wyndham Vacation Ownership__
(name of party)

on __8/3/11__ at __4:55 pm__ at __Alston Hunt Floyd & Ing__
(date)           (time)

__1001 Bishop Street__ within the State of Hawai'i as follows:
(address)

☐ **PERSONAL:** By delivering to and leaving with _____, personally.

☐ **SUBSTITUTE:** [HRCP 4(d) (1) (A)] After due and diligent search and inquiry, I served above-named defendant through _____, a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

☐ **SUBSTITUTE:** [HRCP 4(d) (1) (B)] I served above-named defendant through _____, authorized agent to receive service of process for said defendant.

☑ **BUSINESS/CORPORATION/GOVERNMENTAL ENTITY:** On __Wyndham Vacation Ownership__
(name of business/corp/entity)
by serving through __Anna Elento-Sneed__,
(name of person served)
_____, who is the __attorney__ and authorized agent
(postition/title)
of said Business/Corporation/Governmental Entity.

☐ **GARNISHMENT:** I served _____ through _____
(name of garnishee)
_____ who is authorized to accept service for the above-named garnishee.
(name of person served)

☐ **NOT FOUND:** After due and diligent search and inquiry, I am unable to find _____
(name of party)

Attorney (Name, I.D. No., Address, Phone)
CARL M. VARADY 4873
Pauahi Tower, 1003 Bishop St. Suite 1730
Honolulu HI 96813
808 523-8447

| Date:<br>8/5/11 | Sheriff/Police Officer (type or print)<br>Dianna M. St. Onge | Signature |

FORM NO. 001103 (7/91)  RETURN AND ACKNOWLEDGMENT OF SERVICE 1C-P-022

[FILED 2011 AUG 12 PM 12:57, Doreena Olivas-Brun, CIRCUIT COURT STATE OF HAWAII]

| SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE: | NOTARY PUBLIC'S SIGNATURE: | MY COMMISSION EXPIRES: |
|---|---|---|
| IN _____, HAWAI'I | STATE OF HAWAI'I | |

### ACKNOWLEDGMENT OF SERVICE

_____     8/5/11          4:56pm
(signature of person served)              (date)              (time)

Subscribed and sworn to before me
this 5th day of August 2011.

_____
Notary Public, State of Hawai'i

Noriko Shimbo
Printed Name of Notary

My commission expires: 6/24/14

---

Date: August 5, 2011                                    # Pages: 2
Name: Noriko Shimbo                                     First Circuit
Doc. Description: Return & Acknowledgment of Service – Wyndham
Vacation Ownership
Case # 11-1-0101 KNW
State of Hawaii, Circuit Court of the Fifth Circuit
Liane Wilson et al. vs. Wyndham Worldwide Corporation, et al.

_____
Notary Signature                       (Stamp or Seal)

**NOTARY CERTIFICATION**

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>__FIFTH__ CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE | CASE NUMBER<br>11-1-0101 KNW |
|---|---|---|
| LIANE WILSON, and JOANNA WHEELER, on behalf of themselves and on behalf of other females similarly situated, | WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, AND ROE BUSINESS ENTITITES I through X, inclusive | |

DOCUMENTS SERVED: COMPLAINT; JURY DEMAND; SUMMONS

I, Sheriff/Police Officer of the State of Hawai'i do hereby certify that I received a certified copy of the documents listed above and that I served the same on __Wyndham Vacation Resorts, Inc.__ (name of party)

on __8/3/11__ (date) at __4:55 pm__ (time) at __Alston Hunt Floyd & Ing__

__1001 Bishop Street__ (address) within the State of Hawai'i as follows:

☐ **PERSONAL:** By delivering to and leaving with _____, personally.

☐ **SUBSTITUTE:** [HRCP 4(d) (1) (A)] After due and diligent search and inquiry, I served above-named defendant through _____, a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

☐ **SUBSTITUTE:** [HRCP 4(d) (1) (B)] I served above-named defendant through _____, authorized agent to receive service of process for said defendant.

☑ **BUSINESS/CORPORATION/GOVERNMENTAL ENTITY:** On __Wyndham Vacation Resorts, Inc.__ (name of business/corp/entity) by serving through __Anna Elento-Sneed__ (name of person served), who is the __attorney__ (postition/title) and authorized agent of said Business/Corporation/Governmental Entity.

☐ **GARNISHMENT:** I served _____ (name of garnishee) through _____ (name of person served) who is authorized to accept service for the above-named garnishee.

☐ **NOT FOUND:** After due and diligent search and inquiry, I am unable to find _____ (name of party)

Attorney (Name, I.D. No., Address, Phone)
CARL M. VARADY 4873
Pauahi Tower, 1003 Bishop St. Suite 1730
Honolulu HI 96813
808 523-8447

| Date:<br>8/5/11 | Sheriff/Police Officer (type or print)<br>Dianna M. St. Onge | Signature |

FORM NO. 001103 (7/91)  RETURN AND ACKNOWLEDGMENT OF SERVICE  1C-P-022

Clerk Doreena Olivas-Bru[...] CIRCUIT COURT STATE OF HAWAII  2011 AUG 12 PM 12:57  FILED

| SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE: | NOTARY PUBLIC'S SIGNATURE: | MY COMMISSION EXPIRES: |
|---|---|---|
| IN _____, HAWAI'I | STATE OF HAWAI'I | |

### ACKNOWLEDGMENT OF SERVICE

_____    8/5/11    4:56pm
(signature of person served)    (date)    (time)

Subscribed and sworn to before me
this 5th day of August 2011.

_____
Notary Public, State of Hawai'i

Noriko Shimbo
Printed Name of Notary

My commission expires: 6/24/14

---

Date: August 5, 2011                              # Pages: 2
Name: Noriko Shimbo                               First Circuit
Doc. Description: Return & Acknowledgment of Service – Wyndham Vacation Resorts, Inc.
Case # 11-1-0101 KNW
State of Hawaii, Circuit Court of the Fifth Circuit
Liane Wilson et al. vs. Wyndham Worldwide Corporation, et al.

_____
Notary Signature                                  (Stamp or Seal)

NOTARY CERTIFICATION