## List of Female Wyndham Employees Employed in Hawaii as of June 6, 2011

|    | Gender | Latest Start Date |
|----|--------|-------------------|
| 1  | Female | 04-Feb-1991 |
| 2  | Female | 26-Apr-1994 |
| 3  | Female | 30-Jun-1994 |
| 4  | Female | 20-Jan-1995 |
| 5  | Female | 25-Mar-1995 |
| 6  | Female | 23-Apr-1995 |
| 7  | Female | 10-Jul-1995 |
| 8  | Female | 18-Sep-1996 |
| 9  | Female | 30-Nov-1996 |
| 10 | Female | 06-Mar-1997 |
| 11 | Female | 17-Mar-1997 |
| 12 | Female | 01-Jun-1997 |
| 13 | Female | 20-Sep-1997 |
| 14 | Female | 25-Nov-1997 |
| 15 | Female | 20-Mar-1998 |
| 16 | Female | 18-Jun-1998 |
| 17 | Female | 29-Sep-1999 |
| 18 | Female | 29-Nov-1999 |
| 19 | Female | 01-Dec-1999 |
| 20 | Female | 08-Feb-2000 |
| 21 | Female | 04-Jun-2000 |
| 22 | Female | 18-Jun-2000 |
| 23 | Female | 01-Jan-2001 |
| 24 | Female | 01-Jan-2001 |
| 25 | Female | 01-Jan-2001 |
| 26 | Female | 01-Jan-2001 |
| 27 | Female | 08-Mar-2001 |
| 28 | Female | 15-Apr-2001 |
| 29 | Female | 15-Apr-2001 |
| 30 | Female | 10-Jul-2001 |
| 31 | Female | 13-Jul-2001 |
| 32 | Female | 13-Aug-2001 |
| 33 | Female | 16-Aug-2001 |
| 34 | Female | 21-Aug-2001 |
| 35 | Female | 25-Aug-2001 |
| 36 | Female | 17-Oct-2001 |
| 37 | Female | 12-Nov-2001 |
| 38 | Female | 12-Nov-2001 |
| 39 | Female | 12-Nov-2001 |
| 40 | Female | 17-Nov-2001 |
| 41 | Female | 19-Dec-2001 |
| 42 | Female | 12-Apr-2002 |
| 43 | Female | 18-Apr-2002 |
| 44 | Female | 23-Jul-2002 |
| 45 | Female | 21-Aug-2002 |
| 46 | Female | 03-Sep-2002 |
| 47 | Female | 03-Sep-2002 |
| 48 | Female | 21-Oct-2002 |
| 49 | Female | 27-Nov-2002 |
| 50 | Female | 14-Jan-2003 |
| 51 | Female | 07-Feb-2003 |
| 52 | Female | 23-Apr-2003 |
| 53 | Female | 01-Jun-2003 |

**List of Female Wyndham Employees Employed in Hawaii as of June 6, 2011**

|     | **Gender** | **Latest Start Date** |
| --- | --- | --- |
| 54  | Female | 24-Jul-2003 |
| 55  | Female | 09-Aug-2003 |
| 56  | Female | 04-Sep-2003 |
| 57  | Female | 25-Sep-2003 |
| 58  | Female | 09-Oct-2003 |
| 59  | Female | 11-Oct-2003 |
| 60  | Female | 18-Oct-2003 |
| 61  | Female | 28-Oct-2003 |
| 62  | Female | 16-Nov-2003 |
| 63  | Female | 23-Nov-2003 |
| 64  | Female | 24-Nov-2003 |
| 65  | Female | 10-Jan-2004 |
| 66  | Female | 24-Jan-2004 |
| 67  | Female | 14-Feb-2004 |
| 68  | Female | 23-Feb-2004 |
| 69  | Female | 26-Mar-2004 |
| 70  | Female | 05-Apr-2004 |
| 71  | Female | 16-Apr-2004 |
| 72  | Female | 22-Apr-2004 |
| 73  | Female | 24-Apr-2004 |
| 74  | Female | 04-May-2004 |
| 75  | Female | 20-May-2004 |
| 76  | Female | 22-Jun-2004 |
| 77  | Female | 25-Jun-2004 |
| 78  | Female | 02-Sep-2004 |
| 79  | Female | 28-Sep-2004 |
| 80  | Female | 01-Nov-2004 |
| 81  | Female | 07-Nov-2004 |
| 82  | Female | 10-Jan-2005 |
| 83  | Female | 10-Jan-2005 |
| 84  | Female | 17-Jan-2005 |
| 85  | Female | 28-Jan-2005 |
| 86  | Female | 14-Mar-2005 |
| 87  | Female | 17-Mar-2005 |
| 88  | Female | 11-Apr-2005 |
| 89  | Female | 21-Apr-2005 |
| 90  | Female | 25-Apr-2005 |
| 91  | Female | 20-May-2005 |
| 92  | Female | 06-Jun-2005 |
| 93  | Female | 07-Jun-2005 |
| 94  | Female | 25-Jul-2005 |
| 95  | Female | 01-Aug-2005 |
| 96  | Female | 29-Aug-2005 |
| 97  | Female | 15-Sep-2005 |
| 98  | Female | 19-Sep-2005 |
| 99  | Female | 25-Oct-2005 |
| 100 | Female | 08-Nov-2005 |
| 101 | Female | 14-Nov-2005 |
| 102 | Female | 01-Dec-2005 |
| 103 | Female | 19-Dec-2005 |
| 104 | Female | 29-Jan-2006 |
| 105 | Female | 08-Mar-2006 |
| 106 | Female | 10-Mar-2006 |

## List of Female Wyndham Employees Employed in Hawaii as of June 6, 2011

|     | Gender | Latest Start Date |
|-----|--------|-------------------|
| 107 | Female | 10-Mar-2006 |
| 108 | Female | 15-Mar-2006 |
| 109 | Female | 27-Mar-2006 |
| 110 | Female | 04-Apr-2006 |
| 111 | Female | 14-Apr-2006 |
| 112 | Female | 28-Apr-2006 |
| 113 | Female | 26-May-2006 |
| 114 | Female | 04-Jun-2006 |
| 115 | Female | 07-Jun-2006 |
| 116 | Female | 12-Jun-2006 |
| 117 | Female | 31-Jul-2006 |
| 118 | Female | 03-Aug-2006 |
| 119 | Female | 03-Oct-2006 |
| 120 | Female | 16-Oct-2006 |
| 121 | Female | 27-Oct-2006 |
| 122 | Female | 04-Nov-2006 |
| 123 | Female | 04-Nov-2006 |
| 124 | Female | 04-Nov-2006 |
| 125 | Female | 07-Nov-2006 |
| 126 | Female | 18-Nov-2006 |
| 127 | Female | 01-Dec-2006 |
| 128 | Female | 16-Dec-2006 |
| 129 | Female | 22-Dec-2006 |
| 130 | Female | 30-Dec-2006 |
| 131 | Female | 06-Jan-2007 |
| 132 | Female | 12-Jan-2007 |
| 133 | Female | 29-Jan-2007 |
| 134 | Female | 29-Jan-2007 |
| 135 | Female | 04-Feb-2007 |
| 136 | Female | 13-Feb-2007 |
| 137 | Female | 26-Feb-2007 |
| 138 | Female | 28-Feb-2007 |
| 139 | Female | 05-Mar-2007 |
| 140 | Female | 17-Mar-2007 |
| 141 | Female | 11-Apr-2007 |
| 142 | Female | 23-Apr-2007 |
| 143 | Female | 29-Apr-2007 |
| 144 | Female | 30-Apr-2007 |
| 145 | Female | 02-May-2007 |
| 146 | Female | 19-May-2007 |
| 147 | Female | 08-Jun-2007 |
| 148 | Female | 29-Jun-2007 |
| 149 | Female | 01-Jul-2007 |
| 150 | Female | 01-Jul-2007 |
| 151 | Female | 01-Jul-2007 |
| 152 | Female | 01-Jul-2007 |
| 153 | Female | 03-Jul-2007 |
| 154 | Female | 11-Jul-2007 |
| 155 | Female | 16-Jul-2007 |
| 156 | Female | 16-Jul-2007 |
| 157 | Female | 01-Aug-2007 |
| 158 | Female | 13-Aug-2007 |
| 159 | Female | 25-Aug-2007 |

## List of Female Wyndham Employees Employed in Hawaii as of June 6, 2011

|     | Gender | Latest Start Date |
|-----|--------|-------------------|
| 160 | Female | 29-Sep-2007 |
| 161 | Female | 01-Oct-2007 |
| 162 | Female | 09-Oct-2007 |
| 163 | Female | 15-Oct-2007 |
| 164 | Female | 27-Oct-2007 |
| 165 | Female | 31-Oct-2007 |
| 166 | Female | 02-Nov-2007 |
| 167 | Female | 08-Nov-2007 |
| 168 | Female | 10-Nov-2007 |
| 169 | Female | 03-Dec-2007 |
| 170 | Female | 01-Jan-2008 |
| 171 | Female | 01-Jan-2008 |
| 172 | Female | 02-Jan-2008 |
| 173 | Female | 02-Feb-2008 |
| 174 | Female | 15-Feb-2008 |
| 175 | Female | 23-Feb-2008 |
| 176 | Female | 14-Mar-2008 |
| 177 | Female | 15-Mar-2008 |
| 178 | Female | 16-Mar-2008 |
| 179 | Female | 18-Mar-2008 |
| 180 | Female | 22-Mar-2008 |
| 181 | Female | 29-Mar-2008 |
| 182 | Female | 01-Apr-2008 |
| 183 | Female | 04-Apr-2008 |
| 184 | Female | 04-Apr-2008 |
| 185 | Female | 08-Apr-2008 |
| 186 | Female | 14-Apr-2008 |
| 187 | Female | 14-Apr-2008 |
| 188 | Female | 17-Apr-2008 |
| 189 | Female | 21-Apr-2008 |
| 190 | Female | 29-Apr-2008 |
| 191 | Female | 05-May-2008 |
| 192 | Female | 07-May-2008 |
| 193 | Female | 10-May-2008 |
| 194 | Female | 21-May-2008 |
| 195 | Female | 31-May-2008 |
| 196 | Female | 07-Jun-2008 |
| 197 | Female | 07-Jun-2008 |
| 198 | Female | 21-Jun-2008 |
| 199 | Female | 21-Jun-2008 |
| 200 | Female | 21-Jun-2008 |
| 201 | Female | 21-Jun-2008 |
| 202 | Female | 21-Jun-2008 |
| 203 | Female | 21-Jun-2008 |
| 204 | Female | 21-Jun-2008 |
| 205 | Female | 21-Jun-2008 |
| 206 | Female | 21-Jun-2008 |
| 207 | Female | 21-Jun-2008 |
| 208 | Female | 23-Jun-2008 |
| 209 | Female | 19-Jul-2008 |
| 210 | Female | 19-Jul-2008 |
| 211 | Female | 22-Jul-2008 |
| 212 | Female | 28-Jul-2008 |

**List of Female Wyndham Employees Employed in Hawaii as of June 6, 2011**

|     | Gender | Latest Start Date |
| --- | --- | --- |
| 213 | Female | 30-Aug-2008 |
| 214 | Female | 13-Sep-2008 |
| 215 | Female | 13-Sep-2008 |
| 216 | Female | 21-Oct-2008 |
| 217 | Female | 01-Nov-2008 |
| 218 | Female | 13-Nov-2008 |
| 219 | Female | 17-Nov-2008 |
| 220 | Female | 01-Dec-2008 |
| 221 | Female | 27-Dec-2008 |
| 222 | Female | 17-Jan-2009 |
| 223 | Female | 27-Jan-2009 |
| 224 | Female | 01-Feb-2009 |
| 225 | Female | 05-Feb-2009 |
| 226 | Female | 06-Feb-2009 |
| 227 | Female | 24-Feb-2009 |
| 228 | Female | 25-Feb-2009 |
| 229 | Female | 28-Feb-2009 |
| 230 | Female | 03-Mar-2009 |
| 231 | Female | 16-Mar-2009 |
| 232 | Female | 11-Apr-2009 |
| 233 | Female | 13-Apr-2009 |
| 234 | Female | 01-May-2009 |
| 235 | Female | 01-May-2009 |
| 236 | Female | 09-May-2009 |
| 237 | Female | 13-May-2009 |
| 238 | Female | 23-May-2009 |
| 239 | Female | 04-Jun-2009 |
| 240 | Female | 16-Jun-2009 |
| 241 | Female | 22-Jun-2009 |
| 242 | Female | 22-Jun-2009 |
| 243 | Female | 01-Jul-2009 |
| 244 | Female | 02-Jul-2009 |
| 245 | Female | 06-Jul-2009 |
| 246 | Female | 13-Jul-2009 |
| 247 | Female | 13-Jul-2009 |
| 248 | Female | 13-Jul-2009 |
| 249 | Female | 21-Jul-2009 |
| 250 | Female | 23-Jul-2009 |
| 251 | Female | 27-Jul-2009 |
| 252 | Female | 29-Jul-2009 |
| 253 | Female | 29-Jul-2009 |
| 254 | Female | 03-Aug-2009 |
| 255 | Female | 12-Aug-2009 |
| 256 | Female | 24-Aug-2009 |
| 257 | Female | 28-Aug-2009 |
| 258 | Female | 16-Sep-2009 |
| 259 | Female | 24-Sep-2009 |
| 260 | Female | 06-Oct-2009 |
| 261 | Female | 13-Oct-2009 |
| 262 | Female | 14-Oct-2009 |
| 263 | Female | 14-Oct-2009 |
| 264 | Female | 14-Oct-2009 |
| 265 | Female | 16-Oct-2009 |

**List of Female Wyndham Employees Employed in Hawaii as of June 6, 2011**

|  | Gender | Latest Start Date |
|---|---|---|
| 266 | Female | 20-Oct-2009 |
| 267 | Female | 23-Oct-2009 |
| 268 | Female | 31-Oct-2009 |
| 269 | Female | 01-Nov-2009 |
| 270 | Female | 08-Nov-2009 |
| 271 | Female | 07-Dec-2009 |
| 272 | Female | 14-Dec-2009 |
| 273 | Female | 18-Dec-2009 |
| 274 | Female | 04-Jan-2010 |
| 275 | Female | 06-Jan-2010 |
| 276 | Female | 26-Jan-2010 |
| 277 | Female | 01-Feb-2010 |
| 278 | Female | 01-Feb-2010 |
| 279 | Female | 13-Feb-2010 |
| 280 | Female | 17-Feb-2010 |
| 281 | Female | 19-Feb-2010 |
| 282 | Female | 20-Feb-2010 |
| 283 | Female | 23-Feb-2010 |
| 284 | Female | 26-Feb-2010 |
| 285 | Female | 15-Mar-2010 |
| 286 | Female | 29-Mar-2010 |
| 287 | Female | 31-Mar-2010 |
| 288 | Female | 31-Mar-2010 |
| 289 | Female | 05-Apr-2010 |
| 290 | Female | 23-Apr-2010 |
| 291 | Female | 26-Apr-2010 |
| 292 | Female | 28-Apr-2010 |
| 293 | Female | 30-Apr-2010 |
| 294 | Female | 30-Apr-2010 |
| 295 | Female | 14-May-2010 |
| 296 | Female | 17-May-2010 |
| 297 | Female | 27-May-2010 |
| 298 | Female | 29-May-2010 |
| 299 | Female | 02-Jun-2010 |
| 300 | Female | 09-Jun-2010 |
| 301 | Female | 19-Jun-2010 |
| 302 | Female | 02-Jul-2010 |
| 303 | Female | 02-Jul-2010 |
| 304 | Female | 22-Jul-2010 |
| 305 | Female | 30-Jul-2010 |
| 306 | Female | 09-Aug-2010 |
| 307 | Female | 09-Aug-2010 |
| 308 | Female | 21-Aug-2010 |
| 309 | Female | 28-Aug-2010 |
| 310 | Female | 03-Sep-2010 |
| 311 | Female | 22-Sep-2010 |
| 312 | Female | 28-Sep-2010 |
| 313 | Female | 05-Oct-2010 |
| 314 | Female | 11-Oct-2010 |
| 315 | Female | 12-Oct-2010 |
| 316 | Female | 18-Oct-2010 |
| 317 | Female | 20-Oct-2010 |
| 318 | Female | 30-Oct-2010 |

## List of Female Wyndham Employees Employed in Hawaii as of June 6, 2011

|     | Gender | Latest Start Date |
| --- | --- | --- |
| 319 | Female | 03-Nov-2010 |
| 320 | Female | 06-Nov-2010 |
| 321 | Female | 08-Nov-2010 |
| 322 | Female | 08-Nov-2010 |
| 323 | Female | 08-Nov-2010 |
| 324 | Female | 08-Nov-2010 |
| 325 | Female | 15-Nov-2010 |
| 326 | Female | 16-Nov-2010 |
| 327 | Female | 18-Nov-2010 |
| 328 | Female | 18-Nov-2010 |
| 329 | Female | 19-Nov-2010 |
| 330 | Female | 19-Nov-2010 |
| 331 | Female | 22-Nov-2010 |
| 332 | Female | 22-Nov-2010 |
| 333 | Female | 27-Nov-2010 |
| 334 | Female | 30-Nov-2010 |
| 335 | Female | 22-Dec-2010 |
| 336 | Female | 22-Dec-2010 |
| 337 | Female | 02-Jan-2011 |
| 338 | Female | 05-Jan-2011 |
| 339 | Female | 10-Jan-2011 |
| 340 | Female | 11-Jan-2011 |
| 341 | Female | 15-Jan-2011 |
| 342 | Female | 16-Jan-2011 |
| 343 | Female | 17-Jan-2011 |
| 344 | Female | 17-Jan-2011 |
| 345 | Female | 24-Jan-2011 |
| 346 | Female | 31-Jan-2011 |
| 347 | Female | 01-Feb-2011 |
| 348 | Female | 10-Feb-2011 |
| 349 | Female | 10-Feb-2011 |
| 350 | Female | 10-Feb-2011 |
| 351 | Female | 11-Feb-2011 |
| 352 | Female | 21-Feb-2011 |
| 353 | Female | 22-Feb-2011 |
| 354 | Female | 03-Mar-2011 |
| 355 | Female | 04-Mar-2011 |
| 356 | Female | 07-Mar-2011 |
| 357 | Female | 07-Mar-2011 |
| 358 | Female | 07-Mar-2011 |
| 359 | Female | 09-Mar-2011 |
| 360 | Female | 11-Mar-2011 |
| 361 | Female | 21-Mar-2011 |
| 362 | Female | 21-Mar-2011 |
| 363 | Female | 28-Mar-2011 |
| 364 | Female | 03-Apr-2011 |
| 365 | Female | 11-Apr-2011 |
| 366 | Female | 12-Apr-2011 |
| 367 | Female | 12-Apr-2011 |
| 368 | Female | 13-Apr-2011 |
| 369 | Female | 18-Apr-2011 |
| 370 | Female | 22-Apr-2011 |
| 371 | Female | 23-Apr-2011 |

List of Female Wyndham Employees Employed in Hawaii as of June 6, 2011

|     | Gender | Latest Start Date |
| --- | --- | --- |
| 372 | Female | 03-May-2011 |
| 373 | Female | 09-May-2011 |
| 374 | Female | 14-May-2011 |
| 375 | Female | 16-May-2011 |
| 376 | Female | 16-May-2011 |
| 377 | Female | 16-May-2011 |
| 378 | Female | 13-Jun-2011 |
| 379 | Female | 13-Jun-2011 |
| 380 | Female | 13-Jun-2011 |
| 381 | Female | 16-Jun-2011 |
| 382 | Female | 22-Jun-2011 |
| 383 | Female | 22-Jun-2011 |
| 384 | Female | 22-Jun-2011 |
| 385 | Female | 27-Jun-2011 |
| 386 | Female | 08-Jul-2011 |
| 387 | Female | 11-Jul-2011 |
| 388 | Female | 13-Jul-2011 |
| 389 | Female | 17-Jul-2011 |
| 390 | Female | 18-Jul-2011 |
| 391 | Female | 18-Jul-2011 |
| 392 | Female | 18-Jul-2011 |
| 393 | Female | 25-Jul-2011 |