List of Female Wyndham Employees Employed in Hawaii Between October 2009 and June 6, 2011, but Terminated On or Before June 6, 2011

|    | Gender | Term Date | Payroll      | Average Wages | Back Wages |
|----|--------|-----------|--------------|--------------:|-----------:|
| 1  | Female | 6/6/11    | 8JV Bi-Weekly | $ 439.30     | $ 2,698.57 |
| 2  | Female | 6/6/11    | 8KV Weekly 2 | $ 109.64      | $ 1,346.97 |
| 3  | Female | 6/3/11    | 8JV Bi-Weekly | $ 1,328.54   | $ 8,445.71 |
| 4  | Female | 6/3/11    | 8KV Weekly 2 | $ 3,658.91    | $ 46,520.43 |
| 5  | Female | 6/1/11    | 8KV Weekly 2 | $ 302.96      | $ 3,938.50 |
| 6  | Female | 6/1/11    | 8KV Weekly 2 | $ 854.52      | $ 11,108.82 |
| 7  | Female | 5/31/11   | 8JV Bi-Weekly | $ 1,304.06   | $ 8,569.55 |
| 8  | Female | 5/27/11   | 1C5 Weekly   | $ 189.33      | $ 2,596.53 |
| 9  | Female | 5/20/11   | 8JJ Bi-Weekly | $ 4,767.30   | $ 35,073.70 |
| 10 | Female | 5/19/11   | WJA Weekly   | $ 987.51      | $ 14,671.64 |
| 11 | Female | 5/13/11   | 8KV Weekly 2 | $ 149.40      | $ 2,347.77 |
| 12 | Female | 5/11/11   | 8KV Weekly 2 | $ 217.66      | $ 3,482.51 |
| 13 | Female | 5/11/11   | 8KV Weekly 2 | $ 266.79      | $ 4,268.72 |
| 14 | Female | 5/8/11    | WJA Weekly   | $ 987.51      | $ 16,223.45 |
| 15 | Female | 5/6/11    | 8KV Weekly 2 | $ 1,067.36    | $ 17,840.10 |
| 16 | Female | 5/3/11    | 8KV Weekly 2 | $ 796.08      | $ 13,647.12 |
| 17 | Female | 5/2/11    | 8JV Bi-Weekly | $ 203.66     | $ 1,760.22 |
| 18 | Female | 5/2/11    | 8KV Weekly 2 | $ 1,599.26    | $ 27,644.35 |
| 19 | Female | 4/30/11   | 8KV Weekly 2 | $ 106.31      | $ 1,867.97 |
| 20 | Female | 4/29/11   | 1C5 Weekly   | $ 650.32      | $ 11,519.90 |
| 21 | Female | 4/24/11   | 8KV Weekly 2 | $ 629.08      | $ 11,593.08 |
| 22 | Female | 4/23/11   | 1C5 Weekly   | $ 607.90      | $ 11,289.57 |
| 23 | Female | 4/21/11   | 8KV Weekly 2 | $ 1,852.93    | $ 34,940.93 |
| 24 | Female | 4/18/11   | 1C5 Weekly   | $ 1,253.68    | $ 24,178.11 |
| 25 | Female | 4/18/11   | 1C5 Weekly   | $ 1,100.67    | $ 21,227.26 |
| 26 | Female | 4/17/11   | 8KV Weekly 2 | $ 207.73      | $ 4,035.90 |
| 27 | Female | 4/12/11   | 8KV Weekly 2 | $ 199.26      | $ 4,013.57 |
| 28 | Female | 4/12/11   | 8JV Bi-Weekly | $ 760.71     | $ 7,661.42 |
| 29 | Female | 4/1/11    | 1C5 Weekly   | $ 337.50      | $ 7,328.57 |
| 30 | Female | 4/1/11    | 1C5 Weekly   | $ 248.10      | $ 5,387.37 |
| 31 | Female | 4/1/11    | 1C5 Weekly   | $ 251.23      | $ 5,455.23 |
| 32 | Female | 3/26/11   | 1C5 Weekly   | $ 579.95      | $ 13,090.26 |
| 33 | Female | 3/15/11   | 1C5 Weekly   | $ 1,377.81    | $ 33,264.21 |
| 34 | Female | 3/15/11   | 1C5 Weekly   | $ 1,711.27    | $ 41,314.86 |
| 35 | Female | 3/14/11   | 1C5 Weekly   | $ 412.50      | $ 10,017.86 |
| 36 | Female | 3/11/11   | 8JZ Bi-Weekly | $ 1,124.89   | $ 13,900.40 |
| 37 | Female | 3/11/11   | 8KV Weekly 2 | $ 880.06      | $ 21,749.94 |
| 38 | Female | 3/11/11   | 1C5 Weekly   | $ 717.92      | $ 17,742.94 |
| 39 | Female | 3/11/11   | 8KV Weekly 2 | $ 963.73      | $ 23,817.86 |
| 40 | Female | 3/7/11    | 8KV Weekly 2 | $ 1,484.74    | $ 37,542.83 |
| 41 | Female | 3/7/11    | 8KV Weekly 2 | $ 230.55      | $ 5,829.62 |
| 42 | Female | 3/7/11    | 1C5 Weekly   | $ 446.04      | $ 11,278.48 |
| 43 | Female | 3/2/11    | 1C5 Weekly   | $ 859.30      | $ 22,341.91 |
| 44 | Female | 3/2/11    | 1C5 Weekly   | $ 460.65      | $ 11,976.81 |
| 45 | Female | 2/28/11   | 1C5 Weekly   | $ 330.02      | $ 8,674.81 |
| 46 | Female | 2/28/11   | 8JY Bi-Weekly | $ 2,652.89   | $ 34,866.49 |
| 47 | Female | 2/28/11   | 8KV Weekly 2 | $ 485.39      | $ 12,758.86 |
| 48 | Female | 2/25/11   | 1C5 Weekly   | $ 266.99      | $ 7,132.39 |
| 49 | Female | 2/24/11   | 8KV Weekly 2 | $ 658.16      | $ 17,676.30 |
| 50 | Female | 2/22/11   | 8KV Weekly 2 | $ 600.00      | $ 16,285.71 |
| 51 | Female | 2/13/11   | 8JV Bi-Weekly | $ 2,645.17   | $ 37,599.17 |
| 52 | Female | 2/12/11   | 8JV Bi-Weekly | $ 907.55     | $ 12,965.05 |
| 53 | Female | 2/11/11   | 8JV Bi-Weekly | $ 1,207.39   | $ 17,334.63 |

List of Female Wyndham Employees Employed in Hawaii Between October 2009 and June 6, 2011, but Terminated On or Before June 6, 2011

|  | Gender | Term Date | Payroll | Average Wages | Back Wages |
|---|---|---|---|---|---|
| 54 | Female | 2/11/11 | 8JV Bi-Weekly | $ 1,353.00 | $ 19,425.27 |
| 55 | Female | 2/10/11 | 8KV Weekly 2 | $ 701.69 | $ 20,248.81 |
| 56 | Female | 2/8/11 | 1C5 Weekly | $ 257.16 | $ 7,494.31 |
| 57 | Female | 2/7/11 | 8KV Weekly 2 | $ 1,639.70 | $ 48,019.90 |
| 58 | Female | 2/7/11 | 1C5 Weekly | $ 1,287.50 | $ 37,705.24 |
| 59 | Female | 2/3/11 | 1C5 Weekly | $ 325.16 | $ 9,708.26 |
| 60 | Female | 1/28/11 | 8KV Weekly 2 | $ 351.63 | $ 10,800.06 |
| 61 | Female | 1/27/11 | 8KV Weekly 2 | $ 259.01 | $ 7,992.19 |
| 62 | Female | 1/22/11 | 8JV Bi-Weekly | $ 1,200.02 | $ 18,943.22 |
| 63 | Female | 1/17/11 | 8KV Weekly 2 | $ 751.36 | $ 24,258.10 |
| 64 | Female | 1/17/11 | 8KV Weekly 2 | $ 793.28 | $ 25,611.70 |
| 65 | Female | 1/16/11 | 1C5 Weekly | $ 475.73 | $ 15,427.35 |
| 66 | Female | 1/11/11 | 1C5 Weekly | $ 364.55 | $ 12,082.23 |
| 67 | Female | 1/10/11 | 1C5 Weekly | $ 328.19 | $ 10,924.04 |
| 68 | Female | 1/10/11 | 8JV Bi-Weekly | $ 1,135.53 | $ 18,898.41 |
| 69 | Female | 1/7/11 | 1C5 Weekly | $ 231.12 | $ 7,791.93 |
| 70 | Female | 1/3/11 | 1C5 Weekly | $ 952.49 | $ 32,656.84 |
| 71 | Female | 12/31/10 | 1C5 Weekly | $ 314.53 | $ 10,918.57 |
| 72 | Female | 12/31/10 | 8JV Bi-Weekly | $ 857.90 | $ 14,890.76 |
| 73 | Female | 12/31/10 | 8JZ Bi-Weekly | $ 1,142.77 | $ 19,835.16 |
| 74 | Female | 12/31/10 | 8KV Weekly 2 | $ 1,129.70 | $ 39,216.59 |
| 75 | Female | 12/17/10 | 8KV Weekly 2 | $ 2,170.03 | $ 79,671.21 |
| 76 | Female | 12/17/10 | 8KV Weekly 2 | $ 746.10 | $ 27,392.44 |
| 77 | Female | 12/10/10 | 1C5 Weekly | $ 165.76 | $ 6,251.65 |
| 78 | Female | 12/9/10 | 8JV Bi-Weekly | $ 1,190.14 | $ 45,055.16 |
| 79 | Female | 12/8/10 | 8KV Weekly 2 | $ 686.34 | $ 26,080.97 |
| 80 | Female | 12/6/10 | 1C5 Weekly | $ 212.47 | $ 8,134.49 |
| 81 | Female | 12/6/10 | 8JZ Bi-Weekly | $ 1,487.81 | $ 28,481.02 |
| 82 | Female | 12/3/10 | 8KV Weekly 2 | $ 258.01 | $ 9,988.52 |
| 83 | Female | 12/3/10 | 1C5 Weekly | $ 231.73 | $ 8,971.13 |
| 84 | Female | 12/2/10 | 8KV Weekly 2 | $ 565.00 | $ 21,954.17 |
| 85 | Female | 12/1/10 | 1C5 Weekly | $ 501.32 | $ 19,551.48 |
| 86 | Female | 11/26/10 | 8JV Bi-Weekly | $ 861.91 | $ 17,115.04 |
| 87 | Female | 11/23/10 | 8KV Weekly 2 | $ 774.55 | $ 31,092.75 |
| 88 | Female | 11/19/10 | 8JV Bi-Weekly | $ 906.48 | $ 18,453.42 |
| 89 | Female | 11/19/10 | 1C5 Weekly | $ 239.28 | $ 9,742.24 |
| 90 | Female | 11/18/10 | 8JV Bi-Weekly | $ 1,478.02 | $ 30,193.85 |
| 91 | Female | 11/12/10 | 8JV Bi-Weekly | $ 1,839.39 | $ 38,364.48 |
| 92 | Female | 11/12/10 | 8JV Bi-Weekly | $ 1,479.73 | $ 30,863.01 |
| 93 | Female | 11/12/10 | 8JV Bi-Weekly | $ 1,569.86 | $ 32,742.69 |
| 94 | Female | 11/12/10 | 8JV Bi-Weekly | $ 1,081.39 | $ 22,554.61 |
| 95 | Female | 11/12/10 | 8JV Bi-Weekly | $ 1,306.77 | $ 27,255.47 |
| 96 | Female | 11/12/10 | 8JV Bi-Weekly | $ 1,935.68 | $ 40,372.78 |
| 97 | Female | 11/11/10 | 8KV Weekly 2 | $ 1,479.80 | $ 61,940.30 |
| 98 | Female | 11/8/10 | 8JV Bi-Weekly | $ 1,028.00 | $ 21,734.95 |
| 99 | Female | 11/6/10 | 8KV Weekly 2 | $ 692.60 | $ 29,485.06 |
| 100 | Female | 11/6/10 | 8JV Bi-Weekly | $ 6,303.72 | $ 134,179.15 |
| 101 | Female | 11/4/10 | 1C5 Weekly | $ 231.27 | $ 9,911.61 |
| 102 | Female | 11/2/10 | 1C5 Weekly | $ 203.26 | $ 8,769.36 |
| 103 | Female | 10/29/10 | 8JZ Bi-Weekly | $ 890.64 | $ 19,466.90 |
| 104 | Female | 10/28/10 | 8JV Bi-Weekly | $ 2,708.82 | $ 59,400.55 |
| 105 | Female | 10/27/10 | 1C5 Weekly | $ 809.54 | $ 35,619.87 |
| 106 | Female | 10/27/10 | 1C5 Weekly | $ 525.54 | $ 23,123.90 |

List of Female Wyndham Employees Employed in Hawaii Between October 2009 and June 6, 2011, but Terminated On or Before June 6, 2011

|  | Gender | Term Date | Payroll | Average Wages | Back Wages |
|---|---|---|---|---|---|
| 107 | Female | 10/25/10 | 8KV Weekly 2 | $ 2,089.39 | $ 92,530.18 |
| 108 | Female | 10/25/10 | 8KV Weekly 2 | $ 360.79 | $ 15,977.92 |
| 109 | Female | 10/23/10 | 1C5 Weekly | $ 296.10 | $ 13,197.51 |
| 110 | Female | 10/22/10 | 8KV Weekly 2 | $ 121.59 | $ 5,436.76 |
| 111 | Female | 10/15/10 | 8KV Weekly 2 | $ 991.43 | $ 45,322.33 |
| 112 | Female | 10/15/10 | 8JY Bi-Weekly | $ 402.31 | $ 18,391.31 |
| 113 | Female | 10/13/10 | 8KV Weekly 2 | $ 675.44 | $ 31,070.38 |
| 114 | Female | 10/13/10 | 1C5 Weekly | $ 494.35 | $ 22,740.29 |
| 115 | Female | 10/11/10 | 1C5 Weekly | $ 212.50 | $ 9,835.71 |
| 116 | Female | 10/8/10 | 1C5 Weekly | $ 433.21 | $ 20,236.86 |
| 117 | Female | 10/7/10 | 8KV Weekly 2 | $ 534.84 | $ 25,061.24 |
| 118 | Female | 10/5/10 | 1C5 Weekly | $ 294.79 | $ 13,897.24 |
| 119 | Female | 10/4/10 | 8KV Weekly 2 | $ 1,272.55 | $ 60,173.61 |
| 120 | Female | 10/4/10 | 8KV Weekly 2 | $ 321.86 | $ 15,219.55 |
| 121 | Female | 10/1/10 | 8JZ Bi-Weekly | $ 1,058.26 | $ 25,247.13 |
| 122 | Female | 10/1/10 | 8KV Weekly 2 | $ 776.66 | $ 37,057.72 |
| 123 | Female | 10/1/10 | 1C5 Weekly | $ 579.75 | $ 27,662.15 |
| 124 | Female | 9/30/10 | 8KV Weekly 2 | $ 265.70 | $ 12,715.85 |
| 125 | Female | 9/27/10 | 8JV Bi-Weekly | $ 651.28 | $ 15,723.76 |
| 126 | Female | 9/24/10 | 8JV Bi-Weekly | $ 1,143.05 | $ 27,841.33 |
| 127 | Female | 9/21/10 | 1C5 Weekly | $ 191.75 | $ 9,422.98 |
| 128 | Female | 9/19/10 | 1C5 Weekly | $ 487.13 | $ 24,077.89 |
| 129 | Female | 9/17/10 | 8JJ Bi-Weekly | $ 3,718.11 | $ 92,421.66 |
| 130 | Female | 9/16/10 | 8KV Weekly 2 | $ 1,946.53 | $ 97,048.35 |
| 131 | Female | 9/9/10 | 8JV Bi-Weekly | $ 1,398.36 | $ 35,558.34 |
| 132 | Female | 9/9/10 | 8JV Bi-Weekly | $ 1,610.19 | $ 40,944.75 |
| 133 | Female | 9/8/10 | 8JV Bi-Weekly | $ 2,027.42 | $ 51,699.25 |
| 134 | Female | 9/6/10 | 8KV Weekly 2 | $ 986.38 | $ 50,587.36 |
| 135 | Female | 9/1/10 | 8KV Weekly 2 | $ 560.39 | $ 29,140.05 |
| 136 | Female | 9/1/10 | 1C5 Weekly | $ 193.92 | $ 10,083.67 |
| 137 | Female | 9/1/10 | 1C5 Weekly | $ 532.15 | $ 27,672.05 |
| 138 | Female | 8/31/10 | 8KV Weekly 2 | $ 775.14 | $ 40,417.87 |
| 139 | Female | 8/20/10 | 8JV Bi-Weekly | $ 1,683.54 | $ 45,214.96 |
| 140 | Female | 8/20/10 | 8JV Bi-Weekly | $ 1,548.16 | $ 41,579.15 |
| 141 | Female | 8/18/10 | 1C5 Weekly | $ 689.54 | $ 37,235.16 |
| 142 | Female | 8/16/10 | 8KV Weekly 2 | $ 515.08 | $ 27,961.49 |
| 143 | Female | 8/15/10 | 8KV Weekly 2 | $ 398.28 | $ 21,677.76 |
| 144 | Female | 8/14/10 | 8KV Weekly 2 | $ 438.36 | $ 23,921.99 |
| 145 | Female | 8/11/10 | 1C5 Weekly | $ 253.35 | $ 13,934.14 |
| 146 | Female | 8/4/10 | 8KV Weekly 2 | $ 958.36 | $ 53,668.10 |
| 147 | Female | 8/2/10 | 8KV Weekly 2 | $ 144.43 | $ 8,129.49 |
| 148 | Female | 7/30/10 | 1C5 Weekly | $ 960.35 | $ 54,465.63 |
| 149 | Female | 7/30/10 | 8KV Weekly 2 | $ 454.10 | $ 25,754.04 |
| 150 | Female | 7/29/10 | 8JV Bi-Weekly | $ 920.18 | $ 26,159.26 |
| 151 | Female | 7/29/10 | 8KV Weekly 2 | $ 448.14 | $ 25,479.80 |
| 152 | Female | 7/26/10 | 1C5 Weekly | $ 140.63 | $ 8,055.80 |
| 153 | Female | 7/21/10 | 1C5 Weekly | $ 164.60 | $ 9,546.90 |
| 154 | Female | 7/20/10 | 1C5 Weekly | $ 197.73 | $ 11,496.42 |
| 155 | Female | 7/20/10 | 1C5 Weekly | $ 385.47 | $ 22,412.51 |
| 156 | Female | 7/14/10 | 8KV Weekly 2 | $ 953.11 | $ 56,233.63 |
| 157 | Female | 7/12/10 | 1C5 Weekly | $ 739.32 | $ 43,831.03 |
| 158 | Female | 7/12/10 | 1C5 Weekly | $ 194.30 | $ 11,519.12 |
| 159 | Female | 7/9/10 | 8KV Weekly 2 | $ 1,009.13 | $ 60,259.48 |

List of Female Wyndham Employees Employed in Hawaii Between October 2009 and June 6, 2011, but Terminated On or Before June 6, 2011

|  | Gender | Term Date | Payroll | Average Wages | Back Wages |
|---|---|---|---|---|---|
| 160 | Female | 7/6/10 | 8JV Bi-Weekly | $ 752.66 | $ 22,633.46 |
| 161 | Female | 6/30/10 | 1C5 Weekly | $ 581.43 | $ 35,467.40 |
| 162 | Female | 6/27/10 | 1C5 Weekly | $ 1,300.69 | $ 79,899.25 |
| 163 | Female | 6/25/10 | 8KV Weekly 2 | $ 600.00 | $ 37,028.57 |
| 164 | Female | 6/23/10 | 8JV Bi-Weekly | $ 1,514.56 | $ 46,951.40 |
| 165 | Female | 6/21/10 | 8KV Weekly 2 | $ 1,188.64 | $ 74,035.58 |
| 166 | Female | 6/21/10 | 1C5 Weekly | $ 357.35 | $ 22,258.05 |
| 167 | Female | 6/16/10 | 8JZ Bi-Weekly | $ 864.63 | $ 27,235.95 |
| 168 | Female | 6/15/10 | 8KV Weekly 2 | $ 732.19 | $ 46,232.64 |
| 169 | Female | 6/15/10 | 1C5 Weekly | $ 222.54 | $ 14,051.98 |
| 170 | Female | 6/10/10 | 8KV Weekly 2 | $ 451.38 | $ 28,823.73 |
| 171 | Female | 6/10/10 | 8KV Weekly 2 | $ 732.33 | $ 46,764.42 |
| 172 | Female | 6/10/10 | 8KV Weekly 2 | $ 470.97 | $ 30,074.62 |
| 173 | Female | 6/4/10 | 1C5 Weekly | $ 433.96 | $ 28,083.35 |
| 174 | Female | 6/4/10 | 1C5 Weekly | $ 638.73 | $ 41,334.66 |
| 175 | Female | 6/4/10 | 1C5 Weekly | $ 256.36 | $ 16,589.96 |
| 176 | Female | 6/1/10 | 1C5 Weekly | $ 369.36 | $ 24,060.95 |
| 177 | Female | 5/28/10 | 8KV Weekly 2 | $ 633.22 | $ 41,611.31 |
| 178 | Female | 5/28/10 | 8KV Weekly 2 | $ 1,840.89 | $ 120,972.99 |
| 179 | Female | 5/25/10 | 8KV Weekly 2 | $ 737.65 | $ 48,790.28 |
| 180 | Female | 5/18/10 | 1C5 Weekly | $ 129.61 | $ 8,702.67 |
| 181 | Female | 5/11/10 | 8JV Bi-Weekly | $ 1,136.78 | $ 38,731.56 |
| 182 | Female | 5/10/10 | 8JV Bi-Weekly | $ 4,215.66 | $ 287,869.60 |
| 183 | Female | 5/4/10 | 1C5 Weekly | $ 279.93 | $ 19,355.39 |
| 184 | Female | 5/3/10 | 8KV Weekly 2 | $ 1,170.38 | $ 81,090.79 |
| 185 | Female | 4/30/10 | 8KV Weekly 2 | $ 1,471.61 | $ 102,592.27 |
| 186 | Female | 4/29/10 | 8KV Weekly 2 | $ 986.86 | $ 68,939.41 |
| 187 | Female | 4/26/10 | 8JV Bi-Weekly | $ 82.50 | $ 2,899.29 |
| 188 | Female | 4/24/10 | 8JV Bi-Weekly | $ 651.15 | $ 22,976.29 |
| 189 | Female | 4/23/10 | 8KV Weekly 2 | $ 779.80 | $ 55,142.94 |
| 190 | Female | 4/23/10 | 8KV Weekly 2 | $ 692.43 | $ 48,964.69 |
| 191 | Female | 4/23/10 | 8KV Weekly 2 | $ 614.69 | $ 43,467.62 |
| 192 | Female | 4/13/10 | 8JV Bi-Weekly | $ 349.08 | $ 12,591.63 |
| 193 | Female | 4/12/10 | 1C5 Weekly | $ 222.95 | $ 16,115.96 |
| 194 | Female | 4/10/10 | 8JV Bi-Weekly | $ 637.73 | $ 23,140.44 |
| 195 | Female | 4/8/10 | 8KV Weekly 2 | $ 428.71 | $ 31,234.48 |
| 196 | Female | 4/5/10 | 8KV Weekly 2 | $ 582.39 | $ 42,681.04 |
| 197 | Female | 4/2/10 | 8JV Bi-Weekly | $ 3,468.99 | $ 127,856.90 |
| 198 | Female | 4/1/10 | 8JV Bi-Weekly | $ 1,548.75 | $ 57,193.18 |
| 199 | Female | 4/1/10 | 8JV Bi-Weekly | $ 1,121.19 | $ 41,403.89 |
| 200 | Female | 3/28/10 | 8JV Bi-Weekly | $ 674.59 | $ 25,104.44 |
| 201 | Female | 3/26/10 | 1C5 Weekly | $ 917.30 | $ 68,535.33 |
| 202 | Female | 3/26/10 | 8KV Weekly 2 | $ 809.91 | $ 60,511.90 |
| 203 | Female | 3/22/10 | 8JV Bi-Weekly | $ 931.09 | $ 35,048.84 |
| 204 | Female | 3/15/10 | 8KV Weekly 2 | $ 224.68 | $ 17,140.03 |
| 205 | Female | 3/5/10 | 8KV Weekly 2 | $ 880.51 | $ 68,428.55 |
| 206 | Female | 3/5/10 | 8KV Weekly 2 | $ 1,277.05 | $ 99,244.93 |
| 207 | Female | 3/5/10 | 8JV Bi-Weekly | $ 1,068.87 | $ 41,533.23 |
| 208 | Female | 2/26/10 | 8JV Bi-Weekly | $ 1,076.82 | $ 42,380.43 |
| 209 | Female | 2/26/10 | 8JV Bi-Weekly | $ 1,577.98 | $ 62,104.97 |
| 210 | Female | 2/23/10 | 8KV Weekly 2 | $ 608.29 | $ 48,141.69 |
| 211 | Female | 2/18/10 | 1C5 Weekly | $ 123.67 | $ 9,875.56 |
| 212 | Female | 2/7/10 | 8KV Weekly 2 | $ 633.26 | $ 51,565.33 |

List of Female Wyndham Employees Employed in Hawaii Between October 2009 and June 6, 2011, but Terminated On or Before June 6, 2011

|  | Gender | Term Date | Payroll | Average Wages | Back Wages |
|---|---|---|---|---|---|
| 213 | Female | 2/5/10 | 1C5 Weekly | $ 225.19 | $ 18,401.49 |
| 214 | Female | 2/5/10 | 8KV Weekly 2 | $ 1,015.51 | $ 82,981.54 |
| 215 | Female | 2/4/10 | 8KV Weekly 2 | $ 1,243.65 | $ 101,801.26 |
| 216 | Female | 2/3/10 | 8KV Weekly 2 | $ 208.51 | $ 17,097.77 |
| 217 | Female | 2/2/10 | 1C5 Weekly | $ 236.15 | $ 19,397.76 |
| 218 | Female | 2/1/10 | 8JV Bi-Weekly | $ 777.60 | $ 31,992.74 |
| 219 | Female | 1/31/10 | 1C5 Weekly | $ 219.43 | $ 18,087.18 |
| 220 | Female | 1/15/10 | 8KV Weekly 2 | $ 253.78 | $ 21,498.87 |
| 221 | Female | 1/15/10 | 8KV Weekly 2 | $ 307.39 | $ 26,040.41 |
| 222 | Female | 1/15/10 | 8JV Bi-Weekly | $ 1,565.52 | $ 66,310.81 |
| 223 | Female | 1/14/10 | 8KV Weekly 2 | $ 220.56 | $ 18,716.23 |
| 224 | Female | 1/11/10 | 8KV Weekly 2 | $ 211.25 | $ 18,016.61 |
| 225 | Female | 1/11/10 | 8KV Weekly 2 | $ 599.37 | $ 51,117.53 |
| 226 | Female | 1/4/10 | 1C5 Weekly | $ 192.99 | $ 16,652.28 |
| 227 | Female | 12/31/09 | 8JV Bi-Weekly | $ 560.13 | $ 24,325.43 |
| 228 | Female | 12/31/09 | 8JV Bi-Weekly | $ 444.79 | $ 19,316.75 |
| 229 | Female | 12/30/09 | 8KV Weekly 2 | $ 739.03 | $ 64,295.85 |
| 230 | Female | 12/28/09 | 8JV Bi-Weekly | $ 933.64 | $ 40,746.54 |
| 231 | Female | 12/23/09 | 8KV Weekly 2 | $ 216.45 | $ 19,047.78 |
| 232 | Female | 12/14/09 | 8JV Bi-Weekly | $ 1,248.43 | $ 55,733.34 |
| 233 | Female | 12/4/09 | 8KV Weekly 2 | $ 2,805.90 | $ 254,535.04 |
| 234 | Female | 11/20/09 | 8KV Weekly 2 | $ 406.01 | $ 37,642.58 |
| 235 | Female | 11/8/09 | 8KV Weekly 2 | $ 918.17 | $ 86,701.69 |
| 236 | Female | 11/5/09 | 1C5 Weekly | $ 118.62 | $ 11,251.95 |
| 237 | Female | 11/4/09 | 8KV Weekly 2 | $ 369.94 | $ 35,144.19 |
| 238 | Female | 11/4/09 | 1C5 Weekly | $ 293.16 | $ 27,850.58 |
| 239 | Female | 11/2/09 | 8KV Weekly 2 | $ 2,153.06 | $ 205,155.79 |
| 240 | Female | 10/26/09 | 8KV Weekly 2 | $ 446.16 | $ 42,958.91 |
| 241 | Female | 10/21/09 | 8KV Weekly 2 | $ 240.45 | $ 23,323.77 |
| 242 | Female | 10/19/09 | 8JT Bi-Weekly | $ 1,331.74 | $ 64,779.64 |
| 243 | Female | 10/18/09 | 8JT Bi-Weekly | $ 906.21 | $ 44,145.26 |
| 244 | Female | 10/16/09 | 1C5 Weekly | $ 372.81 | $ 36,428.86 |
| 245 | Female | 10/16/09 | 1C5 Weekly | $ 342.12 | $ 33,430.01 |
| 246 | Female | 10/15/09 | 8KV Weekly 2 | $ 234.81 | $ 22,977.53 |
| 247 | Female | 10/13/09 | 8KV Weekly 2 | $ 324.10 | $ 31,808.10 |
| 248 | Female | 10/10/09 | 1C5 Weekly | $ 210.00 | $ 20,700.25 |
| 249 | Female | 10/6/09 | 8KV Weekly 2 | $ 1,066.99 | $ 105,784.58 |
| 250 | Female | 10/5/09 | 8JZ Bi-Weekly | $ 1,131.25 | $ 56,158.43 |
|  |  |  |  | **TOTAL** | **$ 8,339,378.19** |