JVR No. 810723 (Hawai'i Cir.Ct.), 2010 WL 4730506

COPR. (C) 2011 LRP Publications

Circuit Court of Hawai'i, First Judicial Circuit.

GALL v. THE FUNNY FARM INC.

ICC08-1001805

DATE OF TRIAL: September, 2010

SUMMARY
Outcome: Plaintiff Verdict
Non Verdict Award:
Total Verdict: $930,000
Judge Reduced Award To:
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: David F. Simons, Honolulu, HI
Defendant: Richard M. Rand, Honolulu, HI

JUDGE: Not Available

RANGE AMOUNT: $500,000 - 999,999

STATE: Hawaii
COUNTY: Honolulu

SUMMARY
PLAINTIFF:
Sex: Female

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-State
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Wholesale or Retail Trade Industry
SPECIFIC ENTITY TYPE: Wholesale or Retail--General

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

EXHIBIT "5"

ADVERSE EMPLOYMENT ACTION: Termination, Hostile work environment, Harassment
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:
DAMAGES:
Past Medical:
Future Medical:
Past Wage: $380,000
Future Wage:
Pain and Suffering:
Other:
Total: $380,000
Punitive: $550,000
Hedonic:
Other:
Interest:
Loss of Services:

FACTS:

A female former barn manager sued the defendant horse farm claiming **sex discrimination** and retaliation in violation of state law. The plaintiff alleged that the defendant subjected her to a hostile work environment, harassment and wrongful termination in retaliation for informing the owner that a male coworker sexually harassed her. The defendant denied the allegations.

LRP Publications

COURT:

JVR No. 810723 (Hawai'i Cir.Ct.), 2010 WL 4730506

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 808180 (Unknown State Ct. (Haw.)), 2007 WL 2350550

COPR. (C) 2011 LRP Publications

Unknown Hawai'i State Ct.

HO v. KISSINGER; HAWAIIAN AIRLINES

04-1-0608-4 KSSA

DATE OF TRIAL: May, 2007

TOPIC:

SUMMARY
Outcome: Plaintiff Verdict
Non Verdict Award: $
Total Verdict: $510,000
Judge Reduced Award To: $
Claimed Past Medical: $
Claimed Future Medical: $
Claimed Past Wage Expense: $
Claimed Future Wage Expense: $
Plaintiff's Economist: $
Defendant's Economist: $

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Bruce B. Kim, Honolulu, HI
Ronald A. Albu, Kailua, HI
Defendant: Lyle Hosoda, Honolulu, HI
John R. Lacy, Honolulu, HI
Joachim P. Cox, Honolulu, HI
Robert K. Fricke, Honolulu, HI

RANGE AMOUNT: $500,000-999,999

STATE: Hawaii
COUNTY: Hawaii

SUMMARY
PLAINTIFF:
Sex: Female
Age: 25

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-State
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Transportation
SPECIFIC ENTITY TYPE: Air Transportation
ADVERSE EMPLOYMENT ACTION: Hostile work environment, Constructive discharge, Harassment
AMOUNT OF AWARD AFTER STATUTORY LIMIT: $
ATTORNEY'S FEES: $
DAMAGES:
Past Medical: $
Future Medical: $
Past Wage: $
Future Wage: $
Pain and Suffering: $120,000
Other: $
Total: $120,000
Punitive: $390,000
Hedonic: $
Other: $
Interest: $
Loss of Services: $

FACTS:

A 25-year-old female flight attendant sued the male defendant pilot, employed by the codefendant airline company, claiming **sex discrimination** in violation of state law. The plaintiff alleged that the defendant subjected her to sexual harassment and a hostile work environment, and that she was forced to take a leave of absence due to her emotional distress regarding the defendant's conduct and the propect of working again with him. The plaintiff further alleged that the codefendant failed to take action when she reported the incidents. The defendants denied the allegations, and the codefendant claimed it took appropriate action after the complaint was received. Liability for compensatory damages was apportioned at 55 percent to the defendant pilot and 45 percent to the codefendant airline, and $240,000 in punitive damages was attributed to the defendant pilot.

LRP Publications

COURT:

JVR No. 808180 (Unknown State Ct. (Haw.)), 2007 WL 2350550

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 807894 (Unknown State Ct. (Haw.)), 2006 WL 4543850

COPR. (C) 2011 LRP Publications

Unknown Hawai'i State Ct.

AOKI v. H.I.S. HAWAII

1CC04-1-000850

DATE OF TRIAL: December, 2006

TOPIC:

SUMMARY
Outcome: Plaintiff Verdict
Non Verdict Award:
Total Verdict: $1,235,000
Judge Reduced Award To:
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Laurent J. Remillard, Honolulu, HI
Micky Yamatani, Honolulu, HI
Defendant: Emlyn H. Higa, Honolulu, HI

RANGE AMOUNT: $1,000,000-1,999,999

STATE: Hawaii
COUNTY: Honolulu

SUMMARY
PLAINTIFF:
Sex: Female
Age: An adult of undetermined age.

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-State
SECONDARY STATUTE OR GROUND:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

GENERAL ENTITY TYPE: Service Industry
SPECIFIC ENTITY TYPE: Amusement and Recreation Services
ADVERSE EMPLOYMENT ACTION: Termination, Hostile work environment, Harassment
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:
DAMAGES:
Past Medical:
Future Medical:
Past Wage:
Future Wage:
Pain and Suffering: $135,000
Other:
Total: $135,000
Punitive: $1,100,000
Hedonic:
Other:
Interest:
Loss of Services:

FACTS:

A former female employee sued the defendant travel company claiming **sex discrimination** in violation of state law. The plaintiff alleged that her manager, employed by the defendant, sexually harassed her and created a hostile work environment, and that the defendant wrongfully terminated her when she complained. The defendant denied the allegations and claimed the plaintiff participated in sexual banter in the office.

LRP Publications

COURT:

JVR No. 807894 (Unknown State Ct. (Haw.)), 2006 WL 4543850

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 804031 (Hawai'i Dist.), 2003 WL 23354167

COPR. (C) 2011 LRP Publications

District Court of Hawai'i.

BURKE v. MAUI COUNTY

98-CV-184

DATE OF FILING: March, 1998

DATE OF TRIAL: May, 2003

TOPIC:

SUMMARY
Total: $80,000
Punitive:
Hedonic:
Other:
Interest:
Loss of Services:

Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Shawn A. Luiz, Honolulu, HI
Ladd M. Ueoka, Wailuku, HI
Meyer M. Ueoka, Wailuku, HI
Defendant: Richard M. Rand, Honolulu, HI
Tamara M. Gerrard, Honolulu, HI
Robert S. Katz, Honolulu, HI

JUDGE: N/A

RANGE AMOUNT: $50,000-99,999

STATE: Hawaii

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

COUNTY: Not Applicable

SUMMARY
PLAINTIFF:
Sex: Female
Age: An adult of undetermined age.
Race: White
General Occupation: POLICE OFFICER
Occupational Field: Public admn.-Justice, public order and safety

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Law Enforcement
SPECIFIC ENTITY TYPE: County Sheriff
ADVERSE EMPLOYMENT ACTION: Hostile work environment, Harassment
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:
DAMAGES:
Past Medical:
Future Medical:
Past Wage:
Future Wage:
Pain and Suffering: $80,000
Other:
Total: $80,000
Punitive:
Hedonic:
Other:
Interest:
Loss of Services:

FACTS:

In this re-trial, a white female police officer sued the defendant police department claiming **sex** and race **discrimination** in violation of Title VII and state law. The plaintiff alleged that she was subjected to inappropriate comments regarding her race and gender by coworkers and supervisors and that she was sexually assaulted by the deputy police chief. The plaintiff further allegd that the county was aware of the harassment and hostile work environment but did not take any action. The defendant denied the allegations and the deputy police chief claimed that the sexual contacts were consensual.

LRP Publications

COURT:

JVR No. 804031 (Hawai'i Dist.), 2003 WL 23354167

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 808419 (Unknown State Ct. (Haw.)), 1999 WL 34862893

COPR. (C) 2011 LRP Publications

Unknown Hawai'i State Ct.

AWAI v. INTERSTATE CLEANING CORPORATION; CARIAGA

97-0-004018

DATE OF INCIDENT: May, 1997

DATE OF FILING: October, 1997

DATE OF TRIAL: August, 1999

TOPIC:

SUMMARY
Outcome: Plaintiff Verdict
Non Verdict Award:
Total Verdict: $15,608
Judge Reduced Award To:
Final Demand: $110,000
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: William Fenton Sink, Honolulu, HI
Defendant: Jeffrey S. Harris, Honolulu, HI
Roman F. Amaguin, Honolulu, HI

JUDGE: Rhonda Nishimura

RANGE AMOUNT: $1-49,999

STATE: Hawaii
COUNTY: Honolulu

SUMMARY

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

PLAINTIFF:
Sex: Male
Age: 22
General Occupation: GENERAL LABORER

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Service Industry
SPECIFIC ENTITY TYPE: Service--General
ADVERSE EMPLOYMENT ACTION: Hostile work environment, Constructive discharge, Harassment
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:
DAMAGES:
Past Medical:
Future Medical:
Past Wage: $608
Future Wage:
Pain and Suffering: $15,000
Other:
Total: $15,608
Punitive:
Hedonic:
Other:
Interest:
Loss of Services:

FACTS:

A 22-year-old male janitor sued the defendant cleaning company and his male supervisor claiming **sex discrimination** in violation of Title VII. The plaintiff alleged that he was subject to inappropriate verbal advances of a homosexual nature by the codefendant who created a hostile work environment with his harassment. The plaintiff further alleged that these actions led to his constructive discharge. The defendants denied the allegations and claimed that the plaintiff failed to meet the minimum qualifications of his position, was regularly late and that he failed to report for work when his working hours were reduced by the codefendant. The plaintiff's spouse received $10,000 for the emotional distress she suffered from the remarks directed to her by the codefendant regarding his intentions toward her husband.

LRP Publications

COURT:

JVR No. 808419 (Unknown State Ct. (Haw.)), 1999 WL 34862893

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 808415 (Unknown State Ct. (Haw.)), 1999 WL 34862890

COPR. (C) 2011 LRP Publications

Unknown Hawai'i State Ct.

WILDER v. PAUL BROWN INTERNATIONAL LTD.; BROWN

94-0-004499

DATE OF INCIDENT: October, 1993

DATE OF FILING: November, 1994

DATE OF TRIAL: July, 1999

TOPIC:

SUMMARY
Outcome: Plaintiff Verdict
Non Verdict Award:
Total Verdict: $53,895
Judge Reduced Award To: $52,901
Final Demand: $150,000
Final Offer: $50,000
Claimed Past Medical: $2840
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist: $100,000
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Emlyn H. Higa, Honolulu, HI
Defendant: William C. McCorriston, Honolulu, HI
David J. Minkin, Honolulu, HI

JUDGE: Kevin Chang

RANGE AMOUNT: $50,000-99,999

STATE: Hawaii
COUNTY: Honolulu

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

SUMMARY
PLAINTIFF:
Sex: Female
Age: 38
General Occupation: MIDDLE MANAGEMENT

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Service Industry
SPECIFIC ENTITY TYPE: Personal Services
ADVERSE EMPLOYMENT ACTION: Hostile work environment, Constructive discharge, Harassment
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:
DAMAGES:
Past Medical: $633
Future Medical:
Past Wage:
Future Wage:
Pain and Suffering: $3262
Other:
Total: $3895
Punitive: $50,000
Hedonic:
Other:
Interest:
Loss of Services:

FACTS:

A 38-year-old female director of cosmetics sued the defendant beauty salon and its owner claiming **sex discrimination** in violation of Title VII. The plaintiff alleged that she was subjected to unwelcome and inappropriate comments and physical touching by the codefendant who created a hostile work environment with his harassment. The plaintiff further alleged that no action was taken on her complaints to the general manager, which resulted in her constructive discharge. The plaintiff's award was reduced by $994.25 for her failure to mitigate her damages.

LRP Publications

COURT:

JVR No. 808415 (Unknown State Ct. (Haw.)), 1999 WL 34862890

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 808474 (Hawai'i Dist.), 1999 WL 34862894

COPR. (C) 2011 LRP Publications

District Court of Hawai'i.

MONTAPERT v. KLUNGNESS

94-0-000181

DATE OF INCIDENT: September, 1992

DATE OF FILING: December, 1994

DATE OF TRIAL: March, 1999

TOPIC:

SUMMARY
Outcome: Plaintiff Verdict
Non Verdict Award:
Total Verdict: $120,000
Judge Reduced Award To:
Final Demand: $5,000,000
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:
Psychiatrist: McKenna, Gerald,, Lihue, Kauai, HI

ATTORNEY:
Plaintiff: Richard E. Wilson, Honolulu, HI
Defendant: Dennis E.W. O'Connor, Honolulu, HI
Michael J. McGuigan, Honolulu, HI

JUDGE: Francis Yamashita

RANGE AMOUNT: $100,000-199,999

STATE: Hawaii
COUNTY: Not Applicable

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

SUMMARY
PLAINTIFF:
Sex: Female
Age: 40
General Occupation: GENERAL LABORER

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Service Industry
SPECIFIC ENTITY TYPE: Service--General
ADVERSE EMPLOYMENT ACTION: Hostile work environment, Harassment
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:
DAMAGES:
Past Medical:
Future Medical:
Past Wage:
Future Wage:
Pain and Suffering: $120,000
Other:
Total: $120,000
Punitive:
Hedonic:
Other:
Interest:
Loss of Services:

FACTS:

A 40-year-old female housekeeper sued her male defendant employer claiming **sex discrimination** in violation of Title VII. The plaintiff alleged that she was subjected to inappropriate and unwelcome physical touching and sexual advances by the defendant who created a hostile work environment with his harassment. The defendant denied the allegations and claimed that the plaintiff had psychological problems from childhood sexual abuse and her son's implication in a murder case.

LRP Publications

COURT:

JVR No. 808474 (Hawai'i Dist.), 1999 WL 34862894

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 190676 (Hawai'i Dist.), 1996 WL 778636

COPR. (C) 2011 LRP Publications

District Court of Hawai'i.

ARCENEAUX v. HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL 5 UNION; KANESHIRO; MOTT

9500999

DATE OF INCIDENT: February, 1995

DATE OF FILING: October, 1995

DATE OF TRIAL: November, 1996

TOPIC:
LIABILITY:
General: BUSINESS NEGLIGENCE
Specific: Sexual harassment

SUMMARY
Outcome: Plaintiff Judgement
Non Verdict Award: $72,000
Total Verdict: $72,000
Final Demand: $50,000
Final Offer: $7500
Claimed Past Wage Expense: $17,640
Claimed Future Wage Expense: $100,788

EXPERT-WITNESSES:

ATTORNEY:

JUDGE: Not Available

RANGE AMOUNT: $50,000-99,999

STATE: Hawaii
COUNTY: Not Applicable

PRIMARY INJURY: Wrongful Termination

SUMMARY
PLAINTIFF:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

Sex: Female
Age: 39
General Occupation: GENERAL LABORER
Occupational Field: SERVICES-LODGING

DECEDENT:
DEFENDANT:
Type: Individual / Organization
Sex: Organization
Organization Type: Services-Lodging

DAMAGES:
Other: $12,000
Total: $12,000
Punitive: $60,000

FACTS:

A 39-year-old female labor organizer suffered wrongful termination when her position with the defendant hotel workers' union was terminated. The plaintiff contended that she was sexually harrassed by the male co-defendant comptroller of the union and the third-named defendant paralegal of the union, and that the defendant was negligent for failing to take steps to correct the situation. The plaintiff further contended that the defendant practiced **gender discrimination** when it terminated her position. The defendants denied negligence and contended that the termination was due to a reduction in force. The verdict was directed for the defendant on the issue of **gender discrimination**.

LRP Publications

COURT:

JVR No. 190676 (Hawai'i Dist.), 1996 WL 778636

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 180421 (Hawai'i Cir.Ct.), 1996 WL 436177

COPR. (C) 2011 LRP Publications

Circuit Court of Hawai'i, Second Judicial Circuit, Maui

SULLIVAN v. SOUTH SEAS MOTORS, INC.

942245

DATE OF INCIDENT: January, 1994

DATE OF FILING: June, 1994

DATE OF TRIAL: March, 1996

TOPIC:
LIABILITY:
General: BUSINESS NEGLIGENCE
Specific: **Sex discrimination**

SUMMARY
Outcome: Plaintiff Verdict
Non Verdict Award: $1,812,000
Total Verdict: $1,812,000
Final Demand: $200,000
Final Offer: $20,000
Claimed Past Wage Expense: $150,000
Claimed Future Wage Expense: $800,000

EXPERT-WITNESSES:

ATTORNEY:

JUDGE:

RANGE AMOUNT: $1,000,000-1,999,999

STATE: Hawaii
COUNTY: Maui

PRIMARY INJURY: Wrongful Termination

SUMMARY
PLAINTIFF:
Sex: Female

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

Age: 49
General Occupation: MIDDLE MANAGEMENT
Occupational Field: RETAIL-AUTOMOTIVE DEALERS AND SERVICES

DECEDENT:
DEFENDANT:
Type: Single Organization
Sex: Organization
Organization Type: Retail-Automotive Dealers and Services
Insurance: Clarendon

DAMAGES:
Past Wage: $150,000
Future Wage: $800,000
Other: $362,000
Total: $1,312,000
Punitive: $500,000

FACTS:

A 49-year-old female sales manager suffered wrongful termination and emotional distress when she was terminated by the defendant auto dealers because of her sex and age. The plaintiff contended that the defendant practiced sexual discrimination and age discrimination when it demoted her, and that she eventually was fired because she was an aging woman in a male dominated industry. The defendant denied liability and contended that the termination was based on the plaintiff's wrongful actions and further contended that the plaintiff was an at-will employee subject to termination without cause.

LRP Publications

COURT: Circuit

JVR No. 180421 (Hawai'i Cir.Ct.), 1996 WL 436177

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.