Westlaw.

JVR No. 810302                                                                    Page 1


JVR No. 810302 (Unknown State Ct. (Colo.)), 2009 WL 6358357

COPR. (C) 2011 LRP Publications

Unknown Colorado State Ct.

EEOC v. OUTBACK STEAKHOUSE OF FLORIDA INC.

1:06-CV-01935

DATE OF FILING: September, 2006

DATE OF SETTLEMENT: December, 2009

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $19,000,000
Judge Reduced Award To: $
Claimed Past Medical: $
Claimed Future Medical: $
Claimed Past Wage Expense: $
Claimed Future Wage Expense: $
Plaintiff's Economist: $
Defendant's Economist: $

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Ann Louise Fuller, Denver, CO
Rita Byrnes Kittle, Denver, CO
Stephanie Struble, Denver, CO
Defendant: David Bennet Ross, New York, NY
Gerald L. Maatman, Chicago, IL
John L. Collins, Houston, TX
Mark J. Oberti, Houston, TX
Richard S. Mandelson, Denver, CO
Steven W. Moore, Denver, CO

JUDGE: Christine M. Arguello

RANGE AMOUNT: $5,000,000 - 999,999,999

STATE: Colorado

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.


EXHIBIT "11"

JVR No. 810302                                                                        Page 2

COUNTY: Not Available

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female
Age: An adult of undetermined age.

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Wholesale or Retail Trade Industry
SPECIFIC ENTITY TYPE: Eating and Drinking Establishments
ADVERSE EMPLOYMENT ACTION: Failure to promote
AMOUNT OF AWARD AFTER STATUTORY LIMIT: $
ATTORNEY'S FEES: $

FACTS:

The Equal Employment Opportunity Commission sued the defendant restaurant chain in a **class action** suit on behalf of thousands of female employees claiming **sex discrimination** in violation of Title VII. The plaintiffs alleged that the defendant failed to promote female employees to managerial positions and failed to grant them the opportunity to gain experience as kitchen managers. The defendant denied the allegations.

LRP Publications

COURT:

JVR No. 810302 (Unknown State Ct. (Colo.)), 2009 WL 6358357

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 809003                                                                      Page 1

JVR No. 809003 (N.D.Cal.), 2005 WL 6158149

COPR. (C) 2011 LRP Publications

United States District Court, N.D. California.

AMOCHAEV v. CITIGROUP GLOBAL MARKETS INC.

3:05-cv-01298-PJH

DATE OF FILING: March, 2005

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $33,000,000
Judge Reduced Award To:
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Kelly M. Dermody, San Francisco, CA
Heather H. Wong, San Francisco, CA
Elizabeth A. Alexander, Nashville, TN
Adam T. Klein, New York, NY
Piper Hoffman, New York, NY
Justin M. Swartz, New York, NY
Cyrus B. Mehri, Washington, DC
James M. Finberg, San Francisco, CA
Defendant: Audra J. Soloway, New York, NY
Brad S. Karp, New York, NY
Daniel J. Toal, New York, NY
Jay Cohen, New York, NY
Malcolm A. Heinicke, San Francisco, CA

JUDGE: Phyllis J. Hamilton

RANGE AMOUNT: $5,000,000 - 999,999,999

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

STATE: California
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female
Age: An adult of undetermined age.

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Finance Industry
SPECIFIC ENTITY TYPE: Security and Commodities Brokers, Dealer
ADVERSE EMPLOYMENT ACTION: Hostile work environment, Constructive discharge, Loss of pay
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

Three female former and one current Smith Barney financial advisors brought a **class action** lawsuit against the defendant claiming **sex discrimination** in violation of Title VII. The plaintiff alleged that the defendant negligently set them up with less profitable clients, provided less support, and subjected them to a hostile work environment due to their gender, which forced several to resign. The defendant denied the allegations but did set up a new automated system to optimize the distributions of accounts and business opportunites.

LRP Publications

COURT:

JVR No. 809003 (N.D.Cal.), 2005 WL 6158149

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 807513                                                          Page 1

JVR No. 807513 (N.D.Ohio), 2004 WL 5201788

COPR. (C) 2011 LRP Publications

United States District Court, N.D. Ohio.

LONGMIRE v. REGENTS OF THE UNIVERSITY OF CALIFORNIA D / B / A LOS ALAMOS NATIONAL LABORATORY

5:03-cv-00360

DATE OF FILING: February, 2004

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $12,000,000
Judge Reduced Award To:
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Patrick D. Allen, Albuquerque, NM
Richard W. Hughes, Santa Fe, NM
John C. Bienvenu, Santa Fe, NM
Defendant: Scott D. Gordon, Albuquerque, NM
Bruce D. Hall, Albuquerque, NM
Charles J. Vigil, Albuquerque, NM
Kirby C. Wilcox, San Francisco, CA
Jeffrey D. Wohl, San Francisco, CA

RANGE AMOUNT: $5,000,000 - 999,999,999

STATE: Ohio
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 807513                                                                                      Page 2

PLAINTIFF:
Sex: Female
Age: An adult of undetermined age.
Race: Hispanic

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Education
SPECIFIC ENTITY TYPE: Higher Education
ADVERSE EMPLOYMENT ACTION: Failure to promote
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

These two cases were **class action** suits that consisted of approximately 5,000 female and Hispanic employees who sued the defendant claiming **sex** and national origin **discrimination** in violation of Title VII and the Equal Pay Act. The plaintiffs alleged that the defendant wrongfully failed to promote them, failed to pay them the same salary as male employees, and denied them educational opportunities based on their gender and race. The defendant denied the allegations.

LRP Publications

COURT:

JVR No. 807513 (N.D.Ohio), 2004 WL 5201788

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 807510

JVR No. 807510 (D.Minn.), 2002 WL 34126236

COPR. (C) 2011 LRP Publications

United States District Court. D. Minnesota

CARLSON v. C.H. ROBINSON WORLDWIDE INC.

0:02-cv-03780-JNE-JJG

DATE OF FILING: October, 2002

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $15,000,000
Judge Reduced Award To:
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Mara R. Thompson, Minneapolis, MN
Steven M. Sprenger, Minneapolis, MN
Michael D. Lider, Minneapolis, MN
Defendant: B. Todd Jones, Minneapolis, MN
Janet C. Evans, Minneapolis, MN
Lisa L. Heller, Atlanta, GA

RANGE AMOUNT: $5,000,000 - 999,999,999

STATE: Minnesota
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female
Age: An adult of undetermined age.

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

General Occupation: GENERAL LABORER

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Service Industry
SPECIFIC ENTITY TYPE: Service--General
ADVERSE EMPLOYMENT ACTION: Failure to promote
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

A **class action** lawsuit was brought by 1,500 female employees claiming **sex discrimination** in violation of Title VII and the Equal Pay Act. The plaintiffs alleged that the defendant provided less salary and inferior treatment to them compared to its male employees and failed to promote them due to their gender. The defendant denied the allegations.

LRP Publications

COURT:

JVR No. 807510 (D.Minn.), 2002 WL 34126236

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 803309                                                                    Page 1

JVR No. 803309 (Unknown State Ct. (D.C.)), 2002 WL 1901328

COPR. (C) 2011 LRP Publications

Unknown District of Columbia Ct.

KOSEN v. AMERICAN EXPRESS FINANCIAL ADVISORS BAINS L.L.C. V. ARCO PRODUCTS CO.

02CV00082

DATE OF FILING: February, 2002

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $31,000,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Lawrence Schafer, Minneapolis, MN
M. William O'Brien, Minneapolis, MN
Steven M. Sprenger, Washington, DC
Michael D Lieder, Washington, DC
Defendant: Janice Symchych, Minneapolis, MN
Ralph A. Taylor, Washington, DC

RANGE AMOUNT: $5,000,000-999,999,999

STATE: District of Columbia
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female
Age: An adult of undetermined age.

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Finance Industry
SPECIFIC ENTITY TYPE: Security and Commodities Brokers, Dealer
ADVERSE EMPLOYMENT ACTION: Failure to promote, Loss of pay
AMOUNT OF AWARD AFTER STATUTORY LIMIT:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

ATTORNEY'S FEES:

FACTS:

Seventeen female employees sued the defendant financial services firm in a **class action** suit claiming **sex discrimination** in violation of Title VII and age discrimination in violation of state law. The plaintiffs alleged that they were denied promotions and the opportunity for increased pay by the defendant because of their age and gender. The defendant denied the allegations but agreed to a settlement with the plaintiffs.

LRP Publications

COURT:

JVR No. 803309 (Unknown State Ct. (D.C.)), 2002 WL 1901328

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 802952                                                    Page 1

JVR No. 802952 (N.D.Ind.), 2002 WL 532329

COPR. (C) 2011 LRP Publications

United States District Court, N.D. Indiana.

FREEMAN v. SUPERVALU HOLDINGS INC.

99-CV-347

DATE OF SETTLEMENT: January, 2002

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $760,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Amy F. DeBrota, Indianapolis, IN
Mark K. Dudley, Indianapolis, IN
Mark K. Dudley, Indianapolis, IN
Defendant: Byron L. Myers, Indianapolis, IN
Michael D. Marine, Indianapolis, IN

JUDGE: N/A

RANGE AMOUNT: $500,000-999,999

STATE: Indiana
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female
Age: An adult of undetermined age.

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Wholesale or Retail Trade Industry
SPECIFIC ENTITY TYPE: Wholesale or Retail--General
ADVERSE EMPLOYMENT ACTION: Loss of pay
AMOUNT OF AWARD AFTER STATUTORY LIMIT:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

ATTORNEY'S FEES: $27,000

FACTS:

Ten female general merchandise warehouse employees sued the defendant warehouse in a **class action** suit claiming **sex discrimination** in violation of Title VII and the Equal Pay Act. The plaintiffs alleged that the defendant compensated its female employees 30% less than male employees. The defendant denied the allegations but agreed to a settlement with the plaintiffs.

LRP Publications

COURT:

JVR No. 802952 (N.D.Ind.), 2002 WL 532329

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 802695                                                                    Page 1

JVR No. 802695 (W.D.Mo.), 2001 WL 1712351

COPR. (C) 2011 LRP Publications

United States District Court, W.D. Missouri.

BUNCH v. RENT-A-CENTER

00-0364-CV-W-3-ECF

DATE OF SETTLEMENT: November, 2001

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $12,250,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Gene P. Graham, Independence, MO
John M. Klamann, Overland Park, KS
Defendant: Dan C. Dargene, Dallas, TX

JUDGE: N/A

RANGE AMOUNT: $5,000,000-999,999,999

STATE: Missouri
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Service Industry
SPECIFIC ENTITY TYPE: Service--General
ADVERSE EMPLOYMENT ACTION: Failure to promote, Failure to hire or rehire, Loss of pay
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

A female employee and 4,600 female employees and job applicants filed a **class action** suit against the defend-

ant rental company claiming **sex** and pregnancy **discrimination** in violation of Title VII. The plaintiffs alleged that the defendant discriminated in the hiring, promotion, job assignment and pay of pregnant employees. They further alleged that the defendant had a policy that required that employees be able to lift 75 pounds. The defendant denied the allegations but agreed to a settlement with the plaintiffs. Under the terms of the settlement, $8 million will be set aside for a general fund and the remainder awarded to individual employees able to prove damages. The defendant will pay attorney's fees capped at $2,625,000, in addition to any surplus from the $500,000 set aside for administrative costs.

LRP Publications

COURT:

JVR No. 802695 (W.D.Mo.), 2001 WL 1712351

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 802697                                                                   Page 1

JVR No. 802697 (Unknown State Ct. (D.C.)), 2001 WL 1712354

COPR. (C) 2011 LRP Publications

Unknown District of Columbia Ct.

HARRIS v. ARCHITECT OF THE CAPITOL

1:97CV01658

DATE OF SETTLEMENT: October, 2001

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $2,500,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Barbara Kraft, Washington, DC
Sarah Starrett, Washington, DC
Defendant: Stacy M. Ludwig, Washington, DC
Peggy Tyler, Washington, DC

RANGE AMOUNT: $2,000,000-4,999,999

STATE: District of Columbia
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female

PRIMARY STATUTE OR GROUND: Equal Pay Act
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Service Industry
SPECIFIC ENTITY TYPE: Service--General
ADVERSE EMPLOYMENT ACTION: Loss of pay
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

A **class action** suit was brought by more than 300 female former and current custodial workers against the defendant government agency claiming **sex discrimination** in violation of the Equal Pay Act and Title VII. The plaintiffs alleged that they were paid significantly less than male employees for performing the same work. The defendant denied the allegations but agreed to a settlement with the plaintiffs. The agreement also provided that the defendant pay attorney fees and costs for the plaintiffs.

LRP Publications

COURT:

JVR No. 802697 (Unknown State Ct. (D.C.)), 2001 WL 1712354

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 802244                                                                     Page 1

JVR No. 802244 (E.D.Mich.), 2001 WL 823520

COPR. (C) 2011 LRP Publications

United States District Court, E.D. Michigan.

EEOC v. CONSUMERS ENERGY CO.

98-70846

DATE OF SETTLEMENT: March, 2001

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $220,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Adele Rapport, Detroit, MI
Laura Brodeur, Detroit, MI
Defendant: Richard J. Seryak, Detroit, MI
James E. Brunner, Jackson, MI

JUDGE:

RANGE AMOUNT: $200,000-499,999

STATE: Michigan
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Utilities
SPECIFIC ENTITY TYPE: Electrical Utilities
ADVERSE EMPLOYMENT ACTION: Failure to hire or rehire
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

FACTS:

The Equal Employment Opportunity Commission filed a **class action** suit against the defendant state power company on behalf of a group of female applicants claiming **sex discrimination** in violation of Title VII. The plaintiffs alleged that the defendant discriminated againt them by requiring unnecessary strength tests for entry-level positions. The defendant denied the allegations and claimed that the tests were necessary, particularly for employee safety considerations.

LRP Publications

COURT:

JVR No. 802244 (E.D.Mich.), 2001 WL 823520

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 801796                                                                 Page 1

JVR No. 801796 (N.D.Ill.), 2000 WL 33232272

COPR. (C) 2011 LRP Publications

United States District Court, N.D. Illinois.

WARNELL v. FORD MOTOR CO.

98-C-1503

DATE OF SETTLEMENT: November, 2000

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $9,000,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Darnley D. Stewart, New York, NY
Keith L. Hunt, Chicago, IL
Defendant: James W. Gladden, Chicago, IL

JUDGE: N/A

FOR RELATED CASE LAW OPINIONS SEE:
2002 WL 1286618

RANGE AMOUNT: $5,000,000-999,999,999

STATE: Illinois
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female
Occupational Field: Manufacturing-transportation products

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Manufacturing Industry
SPECIFIC ENTITY TYPE: Transportation Products
ADVERSE EMPLOYMENT ACTION: Harassment

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 801796                                                                                          Page 2

AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

The Equal Employment Opportunity Commission sued the defendant automobile manufacturer in a **class action** suit on behalf of a group of current and former female employees claiming **sex discrimination** in violation of Title VII. The plaintiffs alleged that they were subjected to harassment at two of the company's plants. The defendant agreed to a settlement with the plaintiffs, including increased judicial supervision of the settlement and an increase in direct monetary relief for the employees.

LRP Publications

COURT:

JVR No. 801796 (N.D.Ill.), 2000 WL 33232272

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 801953                                                                                    Page 1

JVR No. 801953 (N.D.Ill.), 2000 WL 33281040

COPR. (C) 2011 LRP Publications

United States District Court, N.D. Illinois.

WRIGHT v. FORD MOTOR CO.

1:98-CV-01503

DATE OF SETTLEMENT: November, 2000

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $9,000,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Keith L. Hunt, Chicago, IL
Katherine A. Rodosky, Chicago, IL
Defendant: James W. Gladden, Chicago, IL

JUDGE: N/A

RANGE AMOUNT: $5,000,000-999,999,999

STATE: Illinois
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female
Occupational Field: Manufacturing-transportation products

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Manufacturing Industry
SPECIFIC ENTITY TYPE: Transportation Products
ADVERSE EMPLOYMENT ACTION: Hostile work environment, Harassment

FACTS:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

A **class action** suit was brought by female employees against the defendant automobile manufacturer claiming **sex discrimination** in violation of Title VII. The plaintiffs alleged that they were subjected to inappropriate touching, lewd sounds, curse words and graffiti by their supervisors and male co-workers. The defendant denied the allegations but agreed to a settlement with the plaintiffs.

LRP Publications

COURT:

JVR No. 801953 (N.D.Ill.), 2000 WL 33281040

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 801972                                                                                    Page 1


JVR No. 801972 (N.D.N.Y.), 2000 WL 33281054

COPR. (C) 2011 LRP Publications

United States District Court, N.D. New York.

POULIOT v. HANNA

5:00-CV-01210

DATE OF SETTLEMENT: November, 2000

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $250,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Frank Policelli, Utica, NY
Defendant: Charles N Brown, Utica, NY

JUDGE: N/A

RANGE AMOUNT: $200,000-499,999

STATE: New York
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Male

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Public Administration
SPECIFIC ENTITY TYPE: Public Administration--General
ADVERSE EMPLOYMENT ACTION: Hostile work environment, Harassment
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 801972                                                                                          Page 2

A **class action** suit was brought by four male employees against the defendant male mayor claiming **sex dis-crimination** in violation of Title VII. The plaintiffs alleged that they were subjected to unwelcome sexual advances by the defendant and that their employment depended on their responses. The defendant denied the allegations.

LRP Publications

COURT:

JVR No. 801972 (N.D.N.Y.), 2000 WL 33281054

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 801969                                                                                          Page 1

JVR No. 801969 (D.Minn.), 2000 WL 33281052

COPR. (C) 2011 LRP Publications

United States District Court, D. Minnesota

BECKMANN v. CBS INC.

3:96-CV-01172

DATE OF SETTLEMENT: October, 2000

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $8,000,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Susan E Stokes, Minneapolis, MN
Defendant: James Samples, Minneapolis, MN
Susanna Lowry, New York, NY

JUDGE: N/A

RANGE AMOUNT: $5,000,000-999,999,999

STATE: Minnesota
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female
Occupational Field: Communications

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Communication
SPECIFIC ENTITY TYPE: Television Communications
ADVERSE EMPLOYMENT ACTION: Failure to promote
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

FACTS:

A **class action** suit was brought by 200 female technicians against the defendant broadcasting corporation claiming **sex discrimination** in violation of Title VII. The plaintiffs alleged that six television stations denied them promotions by giving top job assignments to males. The defendant denied the allegations.

LRP Publications

COURT:

JVR No. 801969 (D.Minn.), 2000 WL 33281052

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 802152                                                                                    Page 1

JVR No. 802152 (E.D.Mich.), 2000 WL 33951136

COPR. (C) 2011 LRP Publications

United States District Court, E.D. Michigan.

BARCUME v. CITY OF FLINT

N/A

DATE OF ARBITRATION: August, 2000

TOPIC:

SUMMARY
Was Appeal Filed: Yes
Name of Person(s) Filing: City of Flint

Outcome: Arbitration
Non Verdict Award: $2,225,270

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Susan Winshall, Birmingham, MI

JUDGE:

RANGE AMOUNT: $2,000,000-4,999,999

STATE: Michigan
COUNTY: Not Applicable

SUMMARY
PLAINTIFF:
Sex: Female
General Occupation: POLICE OFFICER
Occupational Field: Public admn.-Justice, public order and safety

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Public Administration
SPECIFIC ENTITY TYPE: Public Administration--General
ADVERSE EMPLOYMENT ACTION: Failure to promote
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

FACTS:

Nine female police officers filed a **class action** suit against the defendant city claiming **sex discrimination** in violation of federal and state laws. The plaintiffs alleged that the defendant discriminated against them in awarding promotions and assignments because of their sex. The defendant denied the allegations.

LRP Publications

COURT:

JVR No. 802152 (E.D.Mich.), 2000 WL 33951136

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 801925                                                                                    Page 1


JVR No. 801925 (N.D.Ill.), 2000 WL 33281017

COPR. (C) 2011 LRP Publications

United States District Court, N.D. Illinois.

EEOC v. PAL-WAUKEE AVIATION INC.

99-C 1815

DATE OF SETTLEMENT: June, 2000

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $160,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Steven J Levine, Evanston, IL

JUDGE: N/A

RANGE AMOUNT: $100,000-199,999

STATE: Illinois
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female
Occupational Field: Transportation-air nonpassenger

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Transportation
SPECIFIC ENTITY TYPE: Air Transportation
ADVERSE EMPLOYMENT ACTION: Failure to hire or rehire
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

The Equal Employment Opportunity Commission filed a **class action** suit on behalf of seven female employees of an aviation company claiming **sex discrimination** in violation of Title VII. The plaintiff alleged that they were denied line service positions because of their gender. The defendant neither denied nor admitted the allegations but agreed to a settlement with the plaintiffs.

LRP Publications

COURT:

JVR No. 801925 (N.D.Ill.), 2000 WL 33281017

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 801917                                                                    Page 1

JVR No. 801917 (Unknown State Ct. (Mo.)), 2000 WL 33281016

COPR. (C) 2011 LRP Publications

Unknown Missouri State Ct.

MCDANIEL, ET AL v. FETZER D / B / A THE KIRBY COMPANY; HERRERA D / B / A THE BRETNEY
CORP.; COOK D / B / A CENTRAL STATES

CV96-023841

DATE OF SETTLEMENT: May, 2000

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $1,250,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Dennis E Egan, Kansas City, MO

RANGE AMOUNT: $1,000,000-1,999,999

STATE: Missouri
COUNTY: Jackson

SUMMARY
SETTLEMENT TIME:
PLAINTIFF:
PRIMARY STATUTE OR GROUND: Race / Color Discrimination-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Wholesale or Retail Trade Industry
SPECIFIC ENTITY TYPE: Electronic Goods
ADVERSE EMPLOYMENT ACTION: Hostile work environment, Isolation or ostracization, Loss of pay
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

Two black males, two white females and one black female brought a **class action** suit against the defendant vacuum cleaner manufacturers claiming race and **sex discrimination** in violation of Title VII. The plaintiffs alleged that they had been subjected to racial slurs, a hostile work environment and negligent supervision and retention. They further alleged that the defendants failed to pay them commissions earned from sales. The defend-

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

ants denied the allegations but agreed to a settlement with the plaintiffs.

LRP Publications

COURT:

JVR No. 801917 (Unknown State Ct. (Mo.)), 2000 WL 33281016

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 801073                                                                                        Page 1

JVR No. 801073 (Unknown State Ct. (D.C.)), 2000 WL 1130354

COPR. (C) 2011 LRP Publications

Unknown District of Columbia Ct.

HARTMAN v. ALBRIGHT

N/A

DATE OF SETTLEMENT: March, 2000

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $508,000,000
Judge Reduced Award To:
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:

RANGE AMOUNT: $5,000,000-999,999,999

STATE: District of Columbia
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME:
PLAINTIFF:
Sex: Female

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Public Administration
SPECIFIC ENTITY TYPE: Public Administration--General
ADVERSE EMPLOYMENT ACTION: Failure to promote, Failure to hire or rehire
AMOUNT OF AWARD AFTER STATUTORY LIMIT:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

ATTORNEY'S FEES:

FACTS:

A female recording technician sued the U.S. Information Agency claimingdiscrimination based on gender in violation of Title VII. The technician alleged that she submitted her application for employment to the agency, along with the application of her male partner whose credentials were the same as hers and that she was denied employment while he was hired. She further alleged that withinthe agency women were subjected to disparate and discriminatory treatment, thatmale managers changed female applicant's test scores if they were high, that males who failed the tests were hired and that a 'hiring freeze' only applied to females. The technician was joined in a **class action** suit with approximately 1100other females who had been denied employment or promotions based on their gender. The defendants denied the allegations but agreed to settle with the claimants. The settlement was based on 50 claimants' average back pay. Emotional distressand punitive damages were not included. Attorney's fees of over $12 million were not a part of the settlement.

LRP Publications

COURT:

JVR No. 801073 (Unknown State Ct. (D.C.)), 2000 WL 1130354

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 800999                                                                          Page 1

JVR No. 800999 (N.D.Ill.), 1999 WL 1823288

COPR. (C) 2011 LRP Publications

United States District Court, N.D. Illinois.

ORLOWSKI v. DOMINICK'S FINER FOODS, INC.

95 C 1666

DATE OF SETTLEMENT: December, 1999

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $7,650,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Judson H. Miner / Chicago, IL
Defendant: John P Lynch / Chicago, IL

JUDGE: Not Available

RANGE AMOUNT: $5,000,000-999,999,999

STATE: Illinois
COUNTY: Not Applicable

SUMMARY
PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
GENERAL ENTITY TYPE: Wholesale or Retail Trade Industry
SPECIFIC ENTITY TYPE: Wholesale or Retail--General
ADVERSE EMPLOYMENT ACTION: Failure to promote

FACTS:

This was a **class action** in which more than 15,000 former and current female employees sued the defendant supermarket chain claiming that they were discriminated against because of their gender in violation of Title VII of the Civil Rights Act of 1964.The employees alleged that they were routinely passed over for promotions and had reached a plateau in their career that gave them little hope for advancement and that their job assignments and hour allocations were biased because of their gender. The supermarketchain agreed to a settlement of $7,650,000 wherein more than 15,000 employees who worked more than 90 days since September 1993 would be allowed to file claims, nine named workers would receive $15,000 and the chain would pay attorney's fees.

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

LRP Publications

JVR No. 800999 (N.D.Ill.), 1999 WL 1823288

END OF DOCUMENT



JVR No. 806723                                                                                   Page 1

JVR No. 806723 (D.Minn.), 1999 WL 34589840

COPR. (C) 2011 LRP Publications

United States District Court, D. Minnesota.

MATHERS v. NORTHSHORE MINING CO.

0:99-cv-01938-MJD-RLE

DATE OF FILING: December, 1999

TOPIC:

SUMMARY
Was Appeal Filed: Yes

Outcome: Settlement
Non Verdict Award: $1,300,000
Judge Reduced Award To:
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Joseph J. Mihalek, Duluth, MN
Defendant: Kathleen S. Bray, Duluth, MN

JUDGE: Not Available

FOR RELATED CASE LAW OPINIONS SEE:
217 F.R.D. 474

RANGE AMOUNT: $1,000,000 - 1,999,999

STATE: Minnesota
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 806723                                                                                    Page 2

Sex: Female
Age: An adult of undetermined age.

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Mining
SPECIFIC ENTITY TYPE: Steel Mining
ADVERSE EMPLOYMENT ACTION: Failure to promote, Loss of pay
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

This **class action** lawsuit involved 42 present and former female employees who sued the defendant mining company claiming **sex discrimination** in violation of Title VII. The plaintiffs alleged that the defendant denied them promotions, salary, training opportunities, overtie, and in work assignments due to their gender. The defendant denied the allegations.

LRP Publications

COURT:

JVR No. 806723 (D.Minn.), 1999 WL 34589840

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 801045                                                          Page 1

JVR No. 801045 (N.D.Ill.), 1999 WL 1823296

COPR. (C) 2011 LRP Publications

United States District Court, N.D. Illinois.

WARNELL, ET AL v. FORD MOTOR COMPANY

98C11503

DATE OF SETTLEMENT: September, 1999

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $7,500,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Keith L. Hunt / Chicago, IL / Katherine A. Rodosky / Chicago, IL
Defendant: James W. Gladden / Chicago, IL

JUDGE: Not Available

RANGE AMOUNT: $5,000,000-999,999,999

STATE: Illinois
COUNTY: Not Applicable

SUMMARY
PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
GENERAL ENTITY TYPE: Manufacturing Industry
SPECIFIC ENTITY TYPE: Transportation Products
ADVERSE EMPLOYMENT ACTION: Hostile work environment, Harassment

FACTS:

This is a **class action** brought by black and hispanic women against the defendant motor company alleging they were discriminated against based on their sex in violation of Title VII of the Civil Rights Act of 1964. The plaintiffs contended that they were subjected to a hostile work environment, including obscene graffiti, verbal and physical abuse and subsequent retaliation when the conduct was reported. The defendant denied the plaintiffs' allegations but agreed to settle for $7,500,000.

LRP Publications

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 801045                                                          Page 2

JVR No. 801045 (N.D.Ill.), 1999 WL 1823296

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 802856 Page 1

JVR No. 802856 (M.D.Fla.), 1999 WL 33486606

COPR. (C) 2011 LRP Publications

United States District Court, M.D. Florida.

DORMAN v. WINN-DIXIE STORES INC.

99-722-CIV-J-21B

DATE OF SETTLEMENT: August, 1999

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $32,900,000
Judge Reduced Award To:
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Linda C. Ingham, Jacksonville, FL
Katherine D. Vince, Jacksonville, FL
Joe R. Whatley, Birmingham, AL
Robert F. Childs, Birmingham, AL
Ann C Robertson, Birmingham, AL
Frederick T. Kuykendall, Birmingham, AL
Candis A McGowan, Birmingham, AL
Defendant: John A. DeVault, Jacksonville, FL
R. Lawrence Ashe, Atlanta, GA
Nancy E. Rafuse, Atlanta, GA
William F. Gardner, Birmingham, AL
R. Taylor Abbott, Birmingham, AL

JUDGE: Not Available

RANGE AMOUNT: $5,000,000-999,999,999

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 802856                                                                    Page 2

STATE: Florida
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
PRIMARY STATUTE OR GROUND: Race / Color Discrimination-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Wholesale or Retail Trade Industry
SPECIFIC ENTITY TYPE: Food Stores
ADVERSE EMPLOYMENT ACTION: Failure to promote
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

A group of 13 former and current female and black employees sued the defendant food store chain in a **class action** suit claiming race and **sex discrimination** in violation of Title VII. The plaintiffs alleged that they were denied promotions by the defendant because of race and gender. The defendant dened the allegations but agreed to a settlement with the plaintiffs.

LRP Publications

COURT:

JVR No. 802856 (M.D.Fla.), 1999 WL 33486606

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 800341                                                                              Page 1


JVR No. 800341 (S.D.Ala.), 1998 WL 1547784

COPR. (C) 2011 LRP Publications

United States District Court, S.D. Alabama.

EEOC v. BFI WASTE SYSTEMS OF NORTH AMERICA

97-980-BH-M

DATE OF INCIDENT: June, 1994

DATE OF FILING: October, 1997

DATE OF TRIAL: September, 1998

TOPIC:

SUMMARY
Outcome: Plaintiff Judgement
Non Verdict Award: $75,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Cecily Rothrock, Mobile, AL
Defendant: John Norris, Birmingham, AL

JUDGE: Not Available

RANGE AMOUNT: $50,000-99,999

STATE: Alabama
COUNTY: Not Applicable

SUMMARY
PLAINTIFF:
PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Service Industry
SPECIFIC ENTITY TYPE: Service--General
ADVERSE EMPLOYMENT ACTION: Failure to hire or rehire
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

This **class action** was brought against the defendant waste disposal company by the Equal Employment Opportunity Commission on behalf of a group of females who claimed that the defendant refused to hire them based on their gender in violation of Title VII. The EEOC alleged that the defendant failed and refused to hire females for positions of garbage truck drivers and laborers based on their gender, that one female applicant was told by the defendant that he would not hire her because he did not think women could do the job and that the defendant had engaged in unlawful employment practices since 1992 when the defendant bought the company. The defendant denied the allegations. The court entered a judgment for the plaintiffs with a lump sum award of $75,000.

LRP Publications

COURT:

JVR No. 800341 (S.D.Ala.), 1998 WL 1547784

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 801649

JVR No. 801649 (Unknown State Ct. (Ohio)), 1998 WL 34201261

COPR. (C) 2011 LRP Publications

Unknown Ohio State Ct.

GILNER v. SAINT-GOBAIN NORTON INDUSTRIAL CERAMICS CORP.

N/A

DATE OF TRIAL: August, 1998

TOPIC:

SUMMARY
Hedonic:
Other:
Interest:
Loss of Services:

Total Verdict: $1,135,000
Judge Reduced Award To:
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Steven A. Sindell, Cleveland, OH
Defendant: Dianne Foley Hearey, Cleveland, OH

FOR RELATED CASE LAW OPINIONS SEE:
87 Ohio St.3d 1442

RANGE AMOUNT: $1,000,000-1,999,999

STATE: Ohio
COUNTY: Cuyahoga

SUMMARY
PLAINTIFF:
Sex: Female

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 801649                                                                    Page 2

Age: An adult of undetermined age.
Occupational Field: Manufacturing-stone, clay and glass

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-State
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Manufacturing Industry
SPECIFIC ENTITY TYPE: Stone, Clay, Glass, Concrete Products
ADVERSE EMPLOYMENT ACTION: Termination, Hostile work environment, Loss of pay
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES: $50,000
DAMAGES:
Past Medical:
Future Medical:
Past Wage:
Future Wage:
Pain and Suffering:
Other: $195,000
Total: $195,000
Punitive: $940,000
Hedonic:
Other:
Interest:
Loss of Services:

FACTS:

Four female employees filed a **class action** suit against the defendant ceramic manufacturing corporation claim-
ing **sex discrimination** in violation of state laws. The plaintiffs alleged that they received unfair pay and were
wrongfully terminated. The defendant denied the allegations and appealed. The state Appeals Court reversed the
ruling and entered judgement in favor of the defendant. The state Supreme Court reinstated the trial court's ver-
dict.

LRP Publications

COURT:

JVR No. 801649 (Unknown State Ct. (Ohio)), 1998 WL 34201261

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 802873                                                                                    Page 1


JVR No. 802873 (Unknown State Ct. (Cal.)), 1998 WL 2017870

COPR. (C) 2011 LRP Publications

Unknown California State Ct.

GONSALVES v. CONCORD CITY

C98-02578

DATE OF SETTLEMENT: May, 1998

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $1,250,000
Judge Reduced Award To: $
Claimed Past Medical: $
Claimed Future Medical: $
Claimed Past Wage Expense: $
Claimed Future Wage Expense: $
Plaintiff's Economist: $
Defendant's Economist: $

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Stan Casper, Walnut Creek, CA
Thomas A. Seaton, Walnut Creek, CA
John Houston Scott, San Francisco, CA
Frank Scott Moore, San Francisco, CA
Defendant: Bonie Kathleen Gibson, San Francisco
J. Richard Doyle, Concord City, CA

RANGE AMOUNT: $1,000,000-1,999,999

STATE: California
COUNTY: Contra Costa

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female
Age: An adult of undetermined age.

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-State
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Public Administration
SPECIFIC ENTITY TYPE: Public Administration--General
ADVERSE EMPLOYMENT ACTION: Hostile work environment, Harassment, Closer supervision and / or scrutiny
AMOUNT OF AWARD AFTER STATUTORY LIMIT: $
ATTORNEY'S FEES: $

FACTS:

Eight women sued the defendant city in a **class action** suit claiming **sex discrimination** in violation of state laws. The plaintiffs alleged that they were subjected to sexual and derogatory comments by male co-workers creating a hostile work environment and that their supervisors and chief of police failed to take action on their complaints. They further alleged that their work was overly scrutinized and criticized, that they had to do extra work in order to apply for promotions and that they were denied training and assignment opportunities. The defendant denied the allegations and claimed that unacceptable conduct was treated with disciplinary action.

LRP Publications

COURT:

JVR No. 802873 (Unknown State Ct. (Cal.)), 1998 WL 2017870

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 802628                                                              Page 1

JVR No. 802628 (Unknown State Ct. (Ill.)), 1998 WL 1983290

COPR. (C) 2011 LRP Publications

Unknown Illinois State Ct.

EEOC v. MITSUBISHI MOTOR MANUFACTURING OF AMERICA

N/A

DATE OF FILING: April, 1996

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $34,000,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: John Hendrickson, Chicago, IL
Defendant: Walter B. Connolly, Detroit, MI

FOR RELATED CASE LAW OPINIONS SEE:
960 F.Supp. 164

RANGE AMOUNT: $5,000,000-999,999,999

STATE: Illinois
COUNTY: Not Available

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female
Occupational Field: Manufacturing-transportation products

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Manufacturing Industry
SPECIFIC ENTITY TYPE: Transportation Products
ADVERSE EMPLOYMENT ACTION: Hostile work environment, Harassment
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 802628 Page 2

FACTS:

The Equal Employment Opportunity Commission filed a **class action** suit against the defendant automobile manufacturing company on behalf of approximately 300-500 female employees. The plaintiffs alleged that they were subjected to harassment and a hostile work environment by male co-workers and that the defendant failed to take remedial action on their behalf. The defendant denied the allegations and contended that it had in place a zero tolerance policy toward sexual harassment which it would continue to enforce, but agreed to a settlement with the plaintiffs.

LRP Publications

COURT:

JVR No. 802628 (Unknown State Ct. (Ill.)), 1998 WL 1983290

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 804089                                                                                     Page 1

JVR No. 804089 (N.D.Ala.), 1000 WL 43657

COPR. (C) 2011 LRP Publications

United States District Court, N.D. Alabama.

BEAVERS v. AMERICAN CAST IRON PIPE CO.

CV-86-N-1982-S

DATE OF SETTLEMENT: October, 1994

TOPIC:

SUMMARY
Was Appeal Filed: Yes
Name of Person(s) Filing: Beavers

Outcome: Settlement
Non Verdict Award: $5,000,000
Judge Reduced Award To:
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Robert L. Wiggins, Birmingham, AL
Defendant: Carol H. Stewart, Birmingham, AL
Joseph W. Letzer, Birmingham

JUDGE: Not Available

FOR RELATED CASE LAW OPINIONS SEE:
164 F.Supp.2d 1290

RANGE AMOUNT: $5,000,000-999,999,999

STATE: Alabama
COUNTY: Not Applicable

SUMMARY

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 804089                                                                      Page 2

SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Male
Age: An adult of undetermined age.

PRIMARY STATUTE OR GROUND: Race / Color Discrimination-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Manufacturing Industry
SPECIFIC ENTITY TYPE: Industrial and Commercial Machinery
ADVERSE EMPLOYMENT ACTION: Loss of benefits, Loss of pay
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

Approximately 346 male employees sued the defendant iron pipe manufacturer in a **class action** suit claiming race and **sex discrimination** in violation of Title VII. The plaintiffs alleged that they were discriminated against because of their race and gender by the defendant who refused to grant health insurance coverage for children not living with the employee. The plaintiffs further alleged that they were discriminated against regarding wages received. The defendant denied the allegations.

LRP Publications

COURT:

JVR No. 804089 (N.D.Ala.), 1000 WL 43657

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



JVR No. 806423                                                                                                          Page 1

JVR No. 806423 (N.D.Ill.), 1994 WL 16438622

COPR. (C) 2011 LRP Publications

United States District Court, N.D. Illinois.

GINTER v. HOOTERS INC.; HOOTERS MANAGEMENT CORP. D / B / A HOOTERS; HOOTERS OF OR-
LAND PARK INC.; HOOTERS OF DOWNERS GROVE INC. D / B / A HOOTERS

94CV6338

DATE OF INCIDENT: February, 1994

DATE OF FILING: October, 1994

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $3,750,000
Judge Reduced Award To:
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Robert D. Allison, Chicago, IL
Steven P. Schneck, Chicago, IL
Jennifer K. Soule, Chicago, IL
James G. Bradtke, Chicago, IL
Mary L. Mikva, Chicago, IL
Robert Plotkin, Chicago, IL
Defendant: Donald R. Livingston, Washington, DC
Richard J. Rabin, New York, NY
Tracy Lee Bradford, Chicago, IL
Patricia A. Casey, Washington, DC

JUDGE: Not Available

RANGE AMOUNT: $2,000,000 - 4,999,999

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

STATE: Illinois
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Trial
PLAINTIFF:
Sex: Male
Age: An adult of undetermined age.

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Wholesale or Retail Trade Industry
SPECIFIC ENTITY TYPE: Eating and Drinking Establishments
ADVERSE EMPLOYMENT ACTION: Failure to hire or rehire
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

Two male applicants sued the defendant restaurant chain in a **class action** suit claiming **sex discrimination** in violation of Title VII. The plaintiffs alleged that the defendant refused to hire males as waitstaff, hosts and bartenders and that it refused to accept their applications because of their gender. The defendant denied the allegations.

LRP Publications

COURT:

JVR No. 806423 (N.D.Ill.), 1994 WL 16438622

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 800310                                                            Page 1

JVR No. 800310 (W.D.Mo.), 1997 WL 1716425

COPR. (C) 2011 LRP Publications

United States District Court, W.D. Missouri.

EEOC v. HI 40 CORPORATION, INC. D / B / A PHYSICIANS WEIGHT LOSS CENTERS; PICKETT

4:93-0230-CV-W-3

DATE OF INCIDENT: January, 1989

DATE OF FILING: March, 1993

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $25,000

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: C Gregory Stewart, St Louis, MO
Stephen L Hill Jr, Kansas City, MO
Defendant: C Brooks Wood, Kansas City, MO
Julia A Riggle, Kansas City, MO

JUDGE: Not Available

RANGE AMOUNT: $1-49,999

STATE: Missouri
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Service Industry
SPECIFIC ENTITY TYPE: Service--General
ADVERSE EMPLOYMENT ACTION: Failure to hire or rehire
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 800310                                                                                                        Page 2

FACTS:

This **class action** was brought against the defendant weight loss center by the Equal Employment Opportunity Commission on behalf of a group of males who claimed that the defendant refused to hire them based on their gender in violation of Title VII of the Civil Rights Act of 1964. The EEOC alleged that since 1989 the defendants had engaged in unlawful employment practices by failing to hire male applicants as weight loss counselors because of their sex. The defendants contended that being a female was a bona fide qualification of the position of weight loss counselor because 90 to 95 percent of the company's clientele was female. The defendants agreed to settle with the plaintiffs for $25,000 to be divided equally among the plaintiffs of record.

LRP Publications

COURT:

JVR No. 800310 (W.D.Mo.), 1997 WL 1716425

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 804284

JVR No. 804284 (W.D.Pa.), 1000 WL 45649

COPR. (C) 2011 LRP Publications

United States District Court, W.D. Pennsylvania.

IVANAC v. LANGELOTH METALLURGICAL COMPANY

99-971 / 01-0544

No Date Given

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $500,000
Judge Reduced Award To:
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:
Economist: Klepper, Steven, PhD, Pittsburgh, PA

ATTORNEY:
Plaintiff: Gregory T. Kunkel, Pittsburgh, PA
Defendant: Mark R. Hornak, Pittsburgh, PA

JUDGE: Not Available

RANGE AMOUNT: $500,000-999,999

STATE: Pennsylvania
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: Female
Age: 36

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-Title VII

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Manufacturing Industry
SPECIFIC ENTITY TYPE: Manufacturing--General
ADVERSE EMPLOYMENT ACTION: Failure to hire or rehire
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

A 36-year-old female sued the defendant company in a **class action** suit of approximately 94 females claiming
**sex discrimination** in violation of Title VII. The plaintiff alleged that the defendant discriminated against fe-
males in their hiring practices for entry-level production and maintenance positions. The defendant denied the
allegations and claimed hiring decisions were made based on ability and experience. At mediation, the settle-
ment agreement consisted of $500,000 to settle all claims plus $17,500 for the plaintiff.

LRP Publications

COURT:

JVR No. 804284 (W.D.Pa.), 1000 WL 45649

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 805138                                                          Page 1

JVR No. 805138 (S.D.N.Y.), 1000 WL 117215

COPR. (C) 2011 LRP Publications

United States District Court, S.D. New York.

MARTENS v. SMITH BARNEY INC.

96-3779

No Date Given

TOPIC:

SUMMARY
Outcome: Settlement
Non Verdict Award: $11,400,000
Judge Reduced Award To:
Venue Change: Yes
Claimed Past Medical:
Claimed Future Medical:
Claimed Past Wage Expense:
Claimed Future Wage Expense:
Plaintiff's Economist:
Defendant's Economist:

EXPERT-WITNESSES:

ATTORNEY:
Plaintiff: Linda Friedman, Albany, NY
Defendant: Gary E. Phelan, W. Hartford, CT

JUDGE: Constance Baker Motley

FOR RELATED CASE LAW OPINIONS SEE:
2005 WL 2649023

RANGE AMOUNT: $5,000,000 - 999,999,999

STATE: New York
COUNTY: Not Applicable

SUMMARY
SETTLEMENT TIME: After Filing
PLAINTIFF:
Sex: P

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

JVR No. 805138                                                                    Page 2

PRIMARY STATUTE OR GROUND: **Sex Discrimination**-State
SECONDARY STATUTE OR GROUND:
GENERAL ENTITY TYPE: Finance Industry
SPECIFIC ENTITY TYPE: Security and Commodities Brokers, Dealer
ADVERSE EMPLOYMENT ACTION: Hostile work environment, Harassment
AMOUNT OF AWARD AFTER STATUTORY LIMIT:
ATTORNEY'S FEES:

FACTS:

This **class action** lawsuit involved in excess of 20,000 former and current employees who sued the defendant investment corporation claiming **sex discrimination** in violation of state law. The plaintiffs alleged that the defendant's employees subjected them to harassment and a hostile work environment due to their gender. The defendant denied the allegations.

LRP Publications

COURT:

JVR No. 805138 (S.D.N.Y.), 1000 WL 117215

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.