LAW OFFICE OF CARL M. VARADY

CARL M. VARADY  4873
Pauahi Tower
1003 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Tel. 808.523.8447

SANFORD WITTELS & HEISLER, LLP

FELÍCIA MEDINA  Cal. Bar No. 255804
555 Montgomery Street, Suite 1206
San Francisco, California 94111
Telephone: 415.391.6900
*Application for Pro Hac Vice Pending*

Attorneys for Plaintiffs

```
                                FILED
                           2011 AUG 16 PM 2: 15
                           5TH CIRCUIT COURT
                           STATE OF HAWAII
                           Doreena Olivas-Brun
                           CLERK
```

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| LIANE WILSON and JOANNA WHEELER, on behalf of themselves and other females similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, and ROE BUSINESS ENTITES I through X, inclusive,<br><br>Defendants. | Civil No. 11-1-0101 KNW<br>(Class Action - Civil Rights)<br><br>**STIPULATION** TO CONTINUE HEARING ON PLAINTIFFS LIANE WILSON and JOANNA WHEELER'S MOTION FOR PERMISSION FOR OUT OF STATE COUNSEL, FELICIA MEDINA, TO APPEAR *PRO HAC VICE*<br><br>Current Hearing:<br>Date:   September 7, 2011<br>Time:   1:00 p..m.<br>Judge:  The Honorable Kathleen N.A. Watanabe<br><br>Continued Hearing:<br>Date:   September 21, 2011<br>Time:   1:00 p..m.<br>Judge:  The Honorable Kathleen N.A. Watanabe<br><br>No Trial Date Set. |

EXHIBIT "12"

I do hereby certify that this is a full, true and correct copy of the original on file in this office.

_____
Clerk, Circuit Court, Fifth Circuit

### STIPULATION TO CONTINUE HEARING ON PLAINTIFFS LIANE WILSON and JOANNA WHEELER'S MOTION FOR PERMISSION FOR OUT OF STATE COUNSEL, FELICIA MEDINA, TO APPEAR *PRO HAC VICE*

IT IS HEREBY STIPULATED by and between Plaintiffs Liane Wilson and Joanna Wheeler and Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah and Tom Virag by and through their counsel, that the hearing on Plaintiffs Motion for Permission for Out of State Counsel, Felicia Medina, to Appear Pro Hac Vice (filed on August 4, 2011) shall be continued from September 7, 2011 at 1:00 p.m. to **September 21, 2011 at 1:00 p.m.** before The Honorable Kathleen N.A. Watanabe.

Dated: Honolulu, Hawai`i, August 12, 2011.

_____
CARL M. VARADY
FELÍCIA MEDINA
(Pro Hac Vice Application Pending)

Attorneys for Plaintiffs
Liane Wilson and Joanna Wheeler

_____
ANNA ELENTO-SNEED
ZACHARY A. MCNISH

Attorneys for Defendants
Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah and Tom Virag

APPROVED AND SO ORDERED:

(SEAL) KATHLEEN N.A. WATANABE
_____
THE HONORABLE KATHLEEN N.A. WATANABE
Judge of the Above-Entitled Court

---

**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS LIANE WILSON and JOANNA WHEELER'S MOTION FOR PERMISSION FOR OUT OF STATE COUNSEL, FELICIA MEDINA, TO APPEAR** *PRO HAC VICE*; *WILSON v. WYNDHAM WORLDWIDE CORPORATION ET AL.*; CIVIL No. 11-1-0101 KNW

APPROVED AND SO ORDERED:

(SEAL) KATHLEEN N.A. WATANABE
_____
THE HONORABLE KATHLEEN N.A. WATANABE
Judge of the Above-Entitled Court

---

**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS LIANE WILSON and JOANNA WHEELER'S MOTION FOR PERMISSION FOR OUT OF STATE COUNSEL, FELICIA MEDINA, TO APPEAR** *PRO HAC VICE*; *WILSON v. WYNDHAM WORLDWIDE CORPORATION ET AL.*; CIVIL No. 11-1-0101 KNW