IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIANE WILSON, and JOANA WHEELER, on behalf of themselves and on behalf of other females similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I - X; and ROE BUSINESS ENTITIES I - X, Inclusive,<br><br>Defendants. | Case No. _____<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following individuals via hand-delivery, facsimile, and/or U.S. mail, postage prepaid, to their last known addresses on the filing date hereof.

784751v2

CARL M. VARADY, ESQ.
Pauahi Tower
1003 Bishop Street, Suite 2870
Honolulu, HI 96813

FELICIA MEDINA, ESQ.
Sanford Wittels & Heisler, LLP
555 Montgomery Street, Suite 1206
San Francisco, CA 94111

Attorneys for Plaintiffs
LIANE WILSON and JOANA WHEELER
On behalf of themselves and on behalf of
other females similarly situated

DATED: Honolulu, Hawai`i, September 1, 2011.

_____
ANNA ELENTO-SNEED
ZACHARY A. MCNISH

Attorneys for Defendants
WYNDHAM WORLDWIDE
CORPORATION, WYNDHAM
VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS,
INC., MICHAEL JONAH and TOM VIRAG