ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 01 2011

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

| | |
|---|---|
| ANNA ELENTO-SNEED | 3412 |
| ZACHARY A. MCNISH | 8588 |

1001 Bishop Street
Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   aes@ahfi.com
          zmcnish@ahfi.com

Attorneys for Defendants
WYNDHAM WORLDWIDE
CORPORATION, WYNDHAM
VACATION OWNERSHIP, INC.,
WYNDHAM VACATION
RESORTS, INC., MICHAEL JONAH,
and TOM VIRAG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LIANE WILSON; and JOANNA WHEELER, on behalf of themselves and on behalf of other females similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, | Case No. CV11 00538 LEK BMK<br><br>DEFENDANTS WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., AND WYNDHAM VACATION RESORTS, INC.'S, CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE |

796191v1

| |
|---|
| INC.; MICHAEL JONAH; TOM VIRAG; DOES I-X; and ROE BUSINESS ENTITIES I-X, Inclusive, |
| Defendants. |

**DEFENDANTS WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., AND WYNDHAM VACATION RESORTS, INC.'S <u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., and WYNDHAM VACATION RESORTS, INC., (hereinafter "Corporate Defendants"), by and through their attorneys, Alston Hunt Floyd & Ing, hereby submit their Corporate Disclosure Statement.

Wyndham Vacation Resorts, Inc. is a wholly owned subsidiary of Wyndham Vacation Ownership, Inc. which, in turn, is a wholly owned subsidiary of Wyndham Worldwide Corporation, which is publicly held.

In their most recent Schedule 13G reports filed with the U.S. Securities and Exchange Commission, each of Barrow, Hanley, Mewhinney & Strauss, Inc ("Barrow"), and Vanguard Windsor Funds – Vanguard Windsor II Fund ("Vanguard"), reported beneficial ownership of more than 10% of the common stock of Wyndham Worldwide Corporation. However, we understand that Barrow is an investment manager for Vanguard and that shares reported as

beneficially owned by Barrow include a substantial portion of the shares beneficially owned by Vanguard.

DATED: Honolulu, Hawai`i, September 1, 2011.

_____
ANNA ELENTO-SNEED
ZACHARY A. MCNISH

Attorneys for Defendants
WYNDHAM WORLDWIDE
CORPORATION, WYNDHAM
VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS,
INC., MICHAEL JONAH, and TOM
VIRAG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIANE WILSON; and JOANNA WHEELER, on behalf of themselves and on behalf of other females similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; MICHAEL JONAH; TOM VIRAG, DOES I-X; and ROE BUSINESS ENTITIES I-X, Inclusive,<br><br>Defendants. | Case No. _____<br><br>**CERTIFICATE OF SERVICE** |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing document to be served on the following individuals via facsimile, hand-delivery, or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

796191v1

|  | HAND-DELIVERED | FAXED | MAILED |
|---|---|---|---|
| CARL M. VARADY, ESQ.<br>Pauahi Tower<br>1003 Bishop Street, Suite 2870<br>Honolulu, Hawaii  96813 | (X) | ( ) | ( ) |
| and |  |  |  |
| FELICIA MEDINA, ESQ.<br>Sanford Wittels & Heisler, LLP<br>555 Montgomery Street, Suite 1206<br>San Francisco, CA  94111 | ( ) | ( ) | (X) |

Attorneys for Plaintiffs
LIANE WILSON and JOANNA
WHEELER, on behalf of themselves
and on behalf of other females similarly
situated

DATED: Honolulu, Hawai`i, September 1, 2011.

_____
ANNA ELENTO-SNEED
ZACHARY A. MCNISH

Attorneys for Defendants
WYNDHAM WORLDWIDE
CORPORATION, WYNDHAM
VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS,
INC., MICHAEL JONAH, and TOM
VIRAG