Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

| | |
|---|---|
| ANNA ELENTO-SNEED | 3412 |
| ZACHARY A. MCNISH | 8588 |

1001 Bishop Street
Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   aes@ahfi.com
          zmcnish@ahfi.com

Attorneys for Defendants
WYNDHAM WORLDWIDE
CORPORATION, WYNDHAM
VACATION OWNERSHIP, INC.,
WYNDHAM VACATION
RESORTS, INC., MICHAEL JONAH,
and TOM VIRAG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LIANE WILSON; and JOANNA WHEELER, on behalf of themselves and on behalf of other females similarly situated,<br><br>       Plaintiffs,<br><br>    vs.<br><br>WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, | Case No. CV11-00538 LEK BMK<br><br>**AMENDED CERTIFICATE OF SERVICE**<br><br>Re:  1) Defendants' Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc. and Wyndham Vacation Resorts, Inc.'s Notice of Removal of Civil Action, filed on September 1, 2011 and 2) Defendants' Wyndham Worldwide Corporation, Wyndham Vacation |

| | |
|---|---|
| INC.; MICHAEL JONAH; TOM VIRAG; DOES I-X; and ROE BUSINESS ENTITIES I-X, Inclusive,<br><br>Defendants. | Ownership, Inc. and Wyndham Vacation Resorts, Inc.'s Corporate Disclosure Statement, filed on September 1, 2011 |

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2011, I caused a true and correct copy of 1) Defendants' Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc. and Wyndham Vacation Resorts, Inc.'s Notice of Removal of Civil Action; Declaration of Anna Elento-Sneed; Declaration of Sanford Nojima; Exhibits "1"-"12"; Certificate of Service, filed on September 1, 2011 and 2) Defendants' Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc. and Wyndham Vacation Resorts, Inc.'s Corporate Disclosure Statement; Certificate of Service, filed on September 1, 2011, to be served via hand-delivery and/or U.S. mail (postage prepaid) to the following individuals at the addresses listed below:

//

//

//

//

//

//

796467v1/9845-4                                    2

|  | **HAND-DELIVERED** | **FAXED** | **MAILED** |
|---|:---:|:---:|:---:|
| CARL M. VARADY, ESQ.<br>Pauahi Tower<br>1003 Bishop Street, Suite 1730<br>Honolulu, Hawaii  96813 | **(X)** | ( ) | ( ) |
| and |  |  |  |
| FELICIA MEDINA, ESQ.<br>Sanford Wittels & Heisler, LLP<br>555 Montgomery Street, Suite 1206<br>San Francisco, CA  94111 | ( ) | ( ) | **(X)** |

Attorneys for Plaintiffs
LIANE WILSON and JOANNA
WHEELER, on behalf of themselves
and on behalf of other females similarly
situated

DATED: Honolulu, Hawai`i, September 6, 2011.

/s/ Zachary A. McNish
ANNA ELENTO-SNEED
ZACHARY A. MCNISH

Attorneys for Defendants
WYNDHAM WORLDWIDE
CORPORATION, WYNDHAM
VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS,
INC., MICHAEL JONAH, and TOM
VIRAG