LAW OFFICE OF CARL M. VARADY

CARL M. VARADY          4873
Pauahi Tower
1003 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Tel. 808.523.8447
Fax. 808.523.8448
*carl@varadylaw.com*

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LIANE WILSON and JOANNA WHEELER, on behalf of themselves and other females similarly situated,<br><br>      Plaintiffs,<br>    v.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, and ROE BUSINESS ENTITES I through X, inclusive,<br><br>      Defendants. | Case No. CV11-00538 LEK BMK<br><br>PLAINTIFFS' **REPORT OF MEETING OF PARTIES**; **RULE 16 SCHEDULING CONFERENCE STATEMENT**; CERTIFICATE OF SERVICE |

## **PLAINTIFFS' REPORT OF MEETING OF PARTIES**

Plaintiffs LIANE WILSON and JOANNA WHEELER, hereby submit their Report of the Meeting of the Parties pursuant to Fed. R. Civ. P. Rule 26(f).

1.  Meeting. Pursuant to Fed. R. Civ. P. 26(f) and LR 26.1(d), Plaintiffs' attorney conferred with Defendants WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH and TOM VIRAG'S attorney, Zachary A. McNish on several occasions beginning in late June 2011 and most recently, on September 28, 2011. Defendant MARK POLLARD is currently unrepresented and has been informed of Plaintiffs' attorneys contact information and the date and time of the Rule 16 Scheduling Conference in this matter, now set for October 19, 2011, at 9:00 a.m. Plaintiffs and Defendants WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH and TOM VIRAG are hereinafter referred to as the "Conferring Parties."

2.  Pre-discovery disclosures. The Conferring Parties will exchange the information required by LR 26.1(a) as directed by the Court in the scheduling conference order. Disclosures should be required 14 days after the scheduling order is entered by the Court.

3. <u>Discovery plan</u>. Discovery should focus first on the allegations in the Notice of Removal in order to confirm that the requirements of the Class Action Fairness Act ("CAFA") are met, and that the Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d). Subsequent discovery should be conducted in the ordinary course.

4. <u>Other items</u>.

a. Preliminary matters should be resolved on motions. A motion will be filed prior to the Rule 16 Scheduling Conference in this matter for Felícia Medina of Sanford, Wittels & Heisler LLP to appear on behalf of Plaintiffs *pro hac vice*.

b. The Consenting Parties discussed consenting to try this matter to the United States Magistrate Judge and are not in favor of doing so at this time.

c. The parties discussed alternative dispute resolution and agreed that it may be appropriate after sufficient discovery has been conducted.

d. Settlement conference should be set in the ordinary course after sufficient discovery has been conducted to resolve CAFA and other preliminary issues, with the parties contacting the Court if they seek to advance settlement on the calendar.

## RULE 16 SCHEDULING CONFERENCE STATEMENT

### I. STATEMENT OF THE NATURE OF THE CASE

This action arises out of H.R.S. § 378-2 and Hawai'i common law.

### II. JURISDICTION AND VENUE

Defendants WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH and TOM VIRAG have invoked the jurisdiction of this Court through a Notice of Removal alleging the requirements of the Class Action Fairness Act ("CAFA") are met, and that the Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d). Plaintiffs dispute the removal and all allegations that this Court enjoys subject matter jurisdiction under CAFA.

Because Plaintiffs dispute the validity of the removal they dispute that venue is proper in this Court.

### III. JURY TRIAL

Jury trial has been demanded by Plaintiffs.

### IV. PRETRIAL DISCLOSURE

Plaintiffs anticipate being able to comply with pretrial disclosures pursuant to Fed. R. Civ. P. Rule 26(a)(1).

## V. SPECIAL PROCEDURES

Plaintiffs believe that the CAFA discovery should precede other discovery.

## VI. DISCOVERY COMPLETED

Formal discovery has not started and the parties are expected to work together to expedite necessary discovery in the normal course.

## VII. RELATED CASES

There are no known related cases at the present time.

Dated: Honolulu, Hawaiʻi , September 28, 2011.

                         */s/Carl M. Varady*
                         CARL M. VARADY

                         Attorney for Plaintiffs
                         Liane Wilson and Joanna Wheeler

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LIANE WILSON and JOANNA WHEELER, on behalf of themselves and other females similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATIONR ESORTS, INC., MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, and ROE BUSINESS ENTITES I through X, inclusive,<br><br>            Defendants. | Case No. CV11-00538 LEK BMK<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 28, 2011, a true and correct copy of the foregoing document was duly served upon the following electronically via the method noted below:

Anna Elento-Sneed            *Electronically via CM/ECF*
aes@ahfi.com

Zachary A. McNish            *Electronically via CM/ECF*
zmcnish@ahfi.com

Attorneys for Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah and Tom Virag

Mark Pollard							*Via United States Mail*
115 Anahola Street
Honolulu, Hawaii 96825

*Defendant Pro Se*

Dated:  Honolulu, Hawaiʻi , September 28, 2011.

*/s/Carl M. Varady*
CARL M. VARADY

Attorney for Plaintiffs
Liane Wilson and Joanna Wheeler
