IMANAKA KUDO & FUJIMOTO
A Limited Liability Law Company

WESLEY M. FUJIMOTO          3100-0
RYAN E. SANADA              7464-0
Topa Financial Center, Fort Street Tower
745 Fort Street Mall, Suite 1700
Honolulu, Hawaii   96813
Telephone:  (808) 521-9500
Facsimile:  (808) 541-9050
Email:  wfujimoto@imanakakudo.com
Email:  rsanada@imanakakudo.com

Attorneys for Defendant
MARK POLLARD

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LIANE WILSON; and JOANNA WHEELER, on behalf of themselves and on behalf of other females similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; MICHAEL JONAH; MARK POLLARD; TOM VIRAG; DOE I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | CIVIL NO. 11-00538 LEK.BMK<br><br>**NOTICE OF APPEARANCE OF RYAN E. SANADA AS COUNSEL FOR DEFENDANT MARK POLLARD; CERTIFICATE OF SERVICE** |

## NOTICE OF APPEARANCE OF RYAN E. SANADA
## AS COUNSEL FOR DEFENDANT MARK POLLARD

COMES NOW Ryan E. Sanada of the law firm IMANAKA KUDO & FUJIMOTO and hereby enters an appearance as counsel on behalf of MARK POLLARD, Defendant, in the above-entitled matter effective immediately.

DATED: Honolulu, Hawaii; October 18, 2011.

IMANAKA KUDO & FUJIMOTO

/s/ Ryan E. Sanada
WESLEY M. FUJIMOTO
RYAN E. SANADA
Attorneys for Defendant
MARK POLLARD

605197.1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LIANE WILSON; and JOANNA WHEELER, on behalf of themselves and on behalf of other females similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; MICHAEL JONAH; MARK POLLARD; TOM VIRAG; DOE I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>      Defendants. | CIVIL NO. 11-00538 LEK.BMK<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing document to be served on the following individuals to their respective addresses by the method noted below:

      Electronically served through CM/ECF system:

| | |
|---|---|
| Carl M. Varady, Esq. | carl@varadylaw.com |
| Felicia Medina, Esq. | fmedina@swhlegal.com |
| Attorneys for Plaintiffs | |

Anna M. Elento-Sneed, Esq.      aes@ahfi.com
Zachary A. McNish, Esq.      zmcnish@ahfi.com
Attorneys for Defendants
WYNDHAM WORLWIDE CORPORATION,
WYNDHAM VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS, INC.,
MICHAEL JONAH and TOM VIRAG

DATED:     Honolulu, Hawaii, October 18, 2011.

                         IMANAKA KUDO & FUJIMOTO

                         /s/ Ryan E. Sanada
                         WESLEY M. FUJIMOTO
                         RYAN E. SANADA
                         Attorneys for Defendant
                         MARK POLLARD

605197.1