LAW OFFICE OF CARL M. VARADY
CARL M. VARADY          4873
Pauahi Tower 1003 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Tel.  808.523.8447
Fax. 808.523.8448
*carl@varadylaw.com*

SANFORD WITTELS & HEISLER, LLP
FELICIA MEDINA          Cal. Bar No. 255804 (Pro Hac Vice Granted)
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Tel. 415.391.6900
Fax. (415) 391-6901
*fmedina@swhlegal.com*
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIANE WILSON and JOANNA WHEELER, on behalf of themselves and other females similarly situated,<br><br>         Plaintiffs,<br>  v.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE ENTITIES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>         Defendants. | Case No. CV11-00538 LEK BMK<br><br><br>**PLAINTIFFS' INITIAL DISCLOSURES  PURSUANT TO RULE 26(a)(1); CERTIFICATE OF SERVICE** |

1

Plaintiffs Liane Wilson and Joanna Wheeler, on behalf of themselves and a class of female Wyndham-Hawaii employees, by and through their undersigned counsel, hereby provide their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).  Plaintiffs reserve their right to supplement and amend these disclosures as appropriate.

## I.     <u>Individuals Likely to Have Discoverable Information</u>

To the extent presently known by Plaintiffs, the following are the names, addresses and telephone numbers of the individuals who may possess discoverable information Plaintiffs may use to support their claims in this action, unless solely for impeachment, and a description of the potential subjects of information known by them:

1. Liane Wilson, c/o Sanford Wittels & Heisler, LLP, 555 Montgomery Street, Suite 1206, San Francisco, CA 94111, (415) 391-6900.  Plaintiff has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

2. Joanna Wheeler, c/o Sanford Wittels & Heisler, LLP, 555 Montgomery Street, Suite 1206, San Francisco, CA 94111, (415) 391-6900.  Plaintiff has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

3. Judy Shiroma, P.O. Box 1838, Kapaa, Kawaii, (808) 652-3580.  Ms. Shiroma has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

4. Andrea Ward (contact information unknown).   Ms. Ward has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

5. Anna Reale (contact information unknown). Ms. Reale has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

6. Carlos Elzuardia (contact information unknown). Mr. Elzuardia has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

7. Charles Cementa (contact information unknown). Mr. Cementa has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

8. Charles Simerka (contact information unknown). Mr. Simerka has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

9. Cindy Lund (contact information unknown). Ms. Lund has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

10. Clarice Inouye (contact information unknown). Ms. Inouye has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

11. Jennifer Krebs (contact information unknown). Ms. Krebs has knowledge of the allegations in the Complaint.

12. Jessica Murgrage (contact information unknown). Ms. Murgrage has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

13. Jordan Young (contact information unknown). Mr. Young has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

14. Joseph Trosino (contact information unknown). Mr. Trosino has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

15. Joyce Keyhoe (contact information unknown). Ms. Keyhoe has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

16. Kevin Reale (contact information unknown). Mr. Reale has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

17. Koa Cabebe (contact information unknown). Mr. Cabebe has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

18. Lillinoe Forrest (contact information unknown). Ms. Forrest has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

19. Lisa Sharegt (contact information unknown). Ms. Sharegt has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

20. Makana Osbourne (contact information unknown). Ms. Osbourne has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

21. Maria Margenot (contact information unknown). Ms. Margenot has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

22. Mark Pollard (contact information unknown). Mr. Pollard has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

23. Michael Jonah (contact information unknown). Mr. Jonah has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

24. Michael Turolla (contact information unknown). Mr. Turolla has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

25. Mike Sukihera (contact information unknown).  Mr. Sukihera has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

26. Paul Pacioula (contact information unknown).  Mr. Pacioula has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

27. Peter Clark (contact information unknown).  Mr. Clark has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

28. Regina Hodges (contact information unknown).  Ms. Hodges has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

29. Rhonda Borntrager (contact information unknown).  Ms. Borntrager has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

30. Rock White (contact information unknown).  Mr. White has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

31. Stephen Biddison (contact information unknown).  Mr. Biddison has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

32. Steve Deffner (contact information unknown).  Mr. Deffner has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

33. Tom Virag (contact information unknown).  Mr. Virag has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

34. Will Stedman (contact information unknown).  Mr. Stedman has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

35. Charles DePolo (contact information unknown).  Mr. DePolo has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

36. Lillinoe Forrest (contact information unknown).  Ms. Forrest has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

37. LeAnn Starineri (contact information unknown).  Ms. Starineri has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

38. Mokihana Martin (contact information unknown).  Mr. Martin has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

39. Debbie DeLaCruz (contact information unknown).  Ms. Cruz has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

40. Holly Fitzpatrick (contact information unknown).  Ms. Fitzpatrick has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

41. Daneace Beck (contact information unknown).  Ms. Beck has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

42. Corina McPartland (contact information unknown).  Ms. McPartland has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

43. Carla Boone (contact information unknown).  Ms. Boone has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

44. Shelby Longley (contact information unknown).  Ms. Longley has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

45. Myrtle May Kamoku (contact information unknown).   Ms. Kamoku has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

46. Catherine "Hoku" Cabebe (contact information unknown).   Ms. Cabebe has knowledge of the allegations in the Complaint, including, without limitation, liability and damages.

47. Individuals identified by Defendants as having knowledge.

## II.   Documents and Tangible Things

The following is a description of all documents, electronically stored information, and tangible things (collectively, the "documents") that are believed to be in the possession, custody or control of Plaintiffs and that Plaintiffs may use to support their claims in this action, unless solely for impeachment.  All documents described below are attached herewith.

1. Plaintiff Liane Wilson's email correspondence with Maria Margenot, dated February 12 through February 14, 2008;

2. Plaintiff Liane Wilson's email correspondence with Mark Pollard, dated July 9, 2009;

3. Plaintiff Liane Wilson's email correspondence with Michael Jonah, dated January 11, 2009;

4. Plaintiff Liane Wilson's email correspondence with Andrea Ward with training outline attachment included within the correspondence, dated May 8, 2008;

5. Plaintiff Liane Wilson's email correspondence with Mark Pollard and Helen Xongmixay, dated July 9, 2007;

6. Plaintiff Liane Wilson's email correspondence with Andrea Ward and

Stephen Biddison with training outline attachment included within the correspondence, dated May 8, 2008;

7. Plaintiff Liane Wilson's email correspondence with Ria Turnball and Helen Xongmixay, dated July 7, 2007;

8. Plaintiff Liane Wilson's email correspondence with Joyce Kehoe with the six image attachments included within the correspondence, dated July 18, 2008;

9. Plaintiff Liane Wilson's email correspondence with Koa Cabebe with Microsoft Excel spreadsheet attachments for APG Power Wheel and September Volume Rotor included within the correspondence, dated September 18, 2009;

10. Plaintiff Liane Wilson's email correspondence with Mark Pollard, Jodie Davidson and Casey Fellows, dated November 5, 2007;

11. Plaintiff Liane Wilson's email correspondence with Michael Jonah, dated June 25 through 26, 2009;

12. Plaintiff Liane Wilson's email correspondence with Mark Pollard, Hoku Cabebe, and Marshaernie dated January 8, 2008;

13. Plaintiff Liane Wilson's email correspondence with Mark Pollard, dated June 3 through June 4, 2007;

14. Plaintiff Liane Wilson's email correspondence Liane Wilson, Mark Pollard, Kelly Fredell and Dis Pahio Sales, dated May 27, 2007 and June 7, 2007;

15. Plaintiff Liane Wilson's email correspondence with Human Resources at Wyndham, dated June 23, 2009;

16. Email correspondence between Katherine Stevens and Mark Pollard, dated June 25 through June 26, 2009;

17. Plaintiff Liane Wilson's email correspondence with Maria Margenot, dated September 13, 2007;

18.Facsimile from Joanna Wheeler, dated May 27, 2011.

## III.   Damages Computation

Plaintiffs will seek an award of back pay, front pay, lost benefits, and other damages for lost compensation and job benefits suffered by Plaintiffs and the class members to be determined at trial, including pre-judgment and post-judgment interest.   Plaintiffs also seek compensatory, nominal, punitive damages, and an award of litigation costs and expenses, including reasonable attorneys' fees.  Plaintiffs' believe that the sum or value of this action does not exceed $5,000,000, exclusive of interest and costs.  Plaintiffs and Defendants have met and conferred to discuss exchanging discovery for purposes of determining jurisdiction per the parameters established by the Class Action Fairness Act – 28 U.S. C. 1332(d)(2).   Plaintiffs reserve their right to supplement the damages calculation supplied herein after jurisdictional discovery is completed.

## IV.   Insurance

Plaintiffs are not aware of any insurance that may provide coverage for any judgment that might be entered in this action.

**V.** **Reservation of Rights**

Plaintiffs reserve the right to update and amend these initial disclosures as additional information becomes available.

DATED: December 15, 2011

SANFORD WITTELS & HEISLER, LLP
/s/ Felicia Medina
Felicia Medina, Esq.

LAW OFFICE OF CARL M. VARADY
/s/ Carl M. Varady
Carl M. Varady, Esq.

*Attorneys for Plaintiffs Liane Wilson, Joanna Wheeler, and the Class.*

## CERTIFICATE OF SERVICE

I _____ hereby certify that on the date indicated below I served a copy of "**PLAINTIFFS' RULE 26(a)(1)  INITIAL DISCLOSURES**" via U.S. Mail and email to Anna Elento-Sneed and Zachary A. McNish and via U.S. mail to Wesley Fujimoto:

Anna Elento-Sneed
AElento-Sneed@ahfi.com
Zachary A. McNish
 ZMcNish@ahfi.com
Alston Hunt Floyd & Ing
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Attorneys for Wyndham Defendants


WESLEY FUJIMOTO, ESQ.
Imanaka Kudo & Fujimoto
Topa Financial Center
745Fort Street, 17th Floor
Honolulu, Hawaii 96813

Attorney for Defendant MARK POLLARD

DATED: December 15, 2011.


By:   _____