IMANAKA KUDO & FUJIMOTO
A Limited Liability Law Company

WESLEY M. FUJIMOTO        3100-0
RYAN E. SANADA            7464-0
Topa Financial Center, Fort Street Tower
745 Fort Street Mall, Suite 1700
Honolulu, Hawaii  96813
Telephone:  (808) 521-9500
Facsimile:  (808) 541-9050
Email:  wfujimoto@imanakakudo.com
Email:  rsanada@imanakakudo.com

Attorneys for Defendant
MARK POLLARD

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LIANE WILSON and JOANNA WHEELER, on behalf of themselves and other females similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>       Defendants. | Case No. CV11-00538-LEK-BMK<br><br>DEFENDANT MARK POLLARD'S INITIAL DISCLOSURES; CERTIFICATE OF SERVICE |

## **DEFENDANT MARK POLLARD'S INITIAL DISCLOSURES**

Defendant MARK POLLARD ("POLLARD") hereby submits his Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

The following disclosures are based upon information and documents reasonably available to POLLARD at this time. POLLARD has not completed his investigation or discovery in this matter, and reserves the right to supplement or amend these Initial Disclosures at any time before trial in this matter.

**I.      Individuals Likely to Have Discoverable Information**

POLLARD identifies the following individuals who are likely to have discoverable information that may support his contentions and defenses (other than individuals who would be used solely for impeachment):

1. Liane Wilson ("Wilson")
   c/o Carl M. Varady, Esq.
   Pauahi Tower #2870
   1003 Bishop Street
   Honolulu, HI 96813

   The expected subjects of this individual's discoverable information include, but are not limited to, Plaintiffs' employment with Wyndham, their termination of employment from Wyndham, their claims against Defendants, and related matters.

2. Joanna Wheeler ("Wheeler")
c/o Carl M. Varady, Esq.
Pauahi Tower #2870
1003 Bishop Street
Honolulu, HI  96813

The expected subjects of this individual's discoverable information include, but are not limited to, Plaintiffs' employment with Wyndham, their termination of employment from Wyndham, their claims against Defendants, and related matters.

3. Mark Pollard
c/o Wesley M. Fujimoto
Imanaka Kudo & Fujimoto
745 Fort Street, 17th Floor
Honolulu, HI  96813

The expected subjects of this individual's discoverable information include, but are not limited to, Plaintiffs' employment at Wyndham, their termination from Wyndham, their claims against Defendants, and related matters.

4. Michael Jonah
c/o Anna M. Elento-Sneed
Alston Hunt Floyd & Ing
1001 Bishop Street
Honolulu, HI  96813

The expected subjects of this individual's discoverable information include, but are not limited to, Plaintiffs' employment at Wyndham, their termination from Wyndham, their claims against Defendants, and related matters.

5. Tom Virag
c/o Anna M. Elento-Sneed
Alston Hunt Floyd & Ing
1001 Bishop Street, 18th Floor
Honolulu, HI  96813

The expected subjects of this individual's discoverable information include, but are not limited to, Plaintiffs'

employment at Wyndham, their termination from Wyndham, their claims against Defendants, and related matters.

6. Clarice Inouye
c/o Anna M. Elento-Sneed
Alston Hunt Floyd & Ing
1001 Bishop Street, 18th Floor
Honolulu, HI 96813

The expected subjects of this individual's discoverable information include, but are not limited to, Plaintiffs' employment at Wyndham, Plaintiffs' termination from Wyndham, and related matters.

7. Sanford Nojima
c/o Anna M. Elento-Sneed
Alston Hunt Floyd & Ing
1001 Bishop Street, 18th Floor
Honolulu, HI 96813

The expected subjects of this individual's discoverable information include, but are not limited to, current employment policies and procedures at Wyndham, and related matters.

8. Tashina Lane
c/o Anna M. Elento-Sneed
Alston Hunt Floyd & Ing
1001 Bishop Street, 18th Floor
Honolulu, HI 96813

The expected subjects of this individual's discoverable information include, but are not limited to, Wheeler's employment at Wyndham and related matters.

9. Andrew "Koa" Cabebe
P.O. Box 551
Kilauea, HI 96754

The expected subjects of this individual's discoverable information include, but are not limited to, Plaintiffs' employment at Wyndham, customer complaints regarding Wilson, her termination from employment, and related matters.

4

10. Andrea Ward Sumida
    335 Kaimake Loop
    Kailua, HI  96734

    The expected subjects of this individual's discoverable information include, but are not limited to, Plaintiffs' employment history at Wyndham, customer complaints regarding Wilson, Wilson's termination from employment, and related matters.

11. Present Officers, Representatives or Employees of Defendant Wyndham

    The expected subjects of these individuals' discoverable information include, but are not limited to, Plaintiffs' employment at Wyndham, their claims against Defendants, and related matters.

12. Former Officers, Representatives or Employees of Defendant Wyndham

    The expected subjects of these individuals' discoverable information include, but are not limited to, Plaintiffs' employment at Wyndham, their claims against Defendants, and related matters.

13. POLLARD reserves the right to name or identify additional witnesses whose identities become known through further discovery.

14. POLLARD reserves the right to name or identify expert witnesses and custodians of record whose identities become known through further discovery and/or trial preparation.

15. POLLARD reserves the right to name any witness(es) named or identified by Plaintiff or the co-Defendants in this lawsuit.

## II. Documents and Things in the Possession, Custody or Control of Pollard

POLLARD will make available for inspection, in accordance with applicable rules, documents presently in his possession, custody, or control, that may be used (unless solely for impeachment) to support his contentions and defenses, at a mutually convenient time and place.

As the discovery process is ongoing, POLLARD reserves his right to supplement his responses in accordance with applicable rules.

## III. Computation of Damages Claimed

POLLARD denies any liability in this matter. Otherwise, no damages calculations are available at this time.

## IV. Insurance Agreement

POLLARD is not aware of any insurance agreement that may provide coverage for any judgment that might be entered in this action.

DATED:   Honolulu, Hawaii, December 16, 2011

IMANAKA KUDO & FUJIMOTO

/s/ Wesley M. Fujimoto
WESLEY M. FUJIMOTO
RYAN E. SANADA
Attorneys for Defendant
MARK POLLARD

610834.1