Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

| | |
|---|---|
| ANNA ELENTO-SNEED | 3412 |
| MALIA E. KAKOS | 7410 |

1001 Bishop Street
Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   aes@ahfi.com
              mkakos@ahfi.com

Attorneys for Defendants
WYNDHAM WORLDWIDE
CORPORATION, WYNDHAM
VACATION OWNERSHIP, INC.,
WYNDHAM VACATION
RESORTS, INC., MICHAEL JONAH
and TOM VIRAG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LIANE WILSON and JOANNA WHEELER, on behalf of themselves and other females similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; MICHAEL JONAH; MARK | Case No. CV 11-00538 LEK BMK<br><br>**NOTICE OF APPEARANCE OF COUNSEL; CERTIFICATE OF SERVICE**<br><br>*Caption Continued on Next Page* |

820600v1

POLLARD; TOM VIRAG; DOE I through X, and ROE BUSINESS ENTITIES I through X, inclusive,

Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

MALIA E. KAKOS, with the law office of Alston Hunt Floyd & Ing, a law corporation, hereby enters appearance as counsel of record for Defendants WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, and TOM VIRAG, in the above-captioned matter, and requests that all future communication involving this matter be served upon her at the address above. Please remove Zachary A. McNish from all future communication involving this matter.

DATED: Honolulu, Hawai`i, April 5, 2012.

/s/ Malia E. Kakos
ANNA ELENTO-SNEED
MALIA E. KAKOS

Attorneys for Defendants
WYNDHAM WORLDWIDE
CORPORATION, WYNDHAM
VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS,
INC., MICHAEL JONAH and TOM VIRAG