Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

| | |
|---|---|
| ANNA ELENTO-SNEED | 3412 |
| MALIA E. KAKOS | 7410 |

1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   aes@ahfi.com
          mkakos@ahfi.com

Attorneys for Defendants
WYNDHAM WORLDWIDE CORPORATION,
WYNDHAM VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS, INC.,
MICHAEL JONAH and TOM VIRAG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LIANE WILSON and JOANNA WHEELER, on behalf of themselves and other females similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; MICHAEL JONAH; MARK POLLARD; TOM VIRAG; DOE I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No. CV 11-00538 LEK BMK<br><br>**STIPULATION TO ALLOW FIRST AMENDED ANSWER; EXHIBIT A; AND ORDER** |

820755v1

## STIPULATION TO ALLOW FIRST AMENDED ANSWER

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Liane Wilson and Joanna Wheeler, on behalf of themselves and other females similarly situated, and Defendant Mark Pollard, hereby CONSENT to the amendment of Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, and Tom Virag's Answer to Complaint Filed on June 6, 2011, in the form attached hereto as Exhibit A, the First Amended Answer.

DATED: Honolulu, Hawai`i, April 9, 2012.

/s/  Carl M. Varady
CARL M. VARADY
FELICIA MEDINA

Attorneys for Plaintiffs

/s/  Malia E. Kakos
ANNA ELENTO-SNEED
MALIA E. KAKOS

Attorneys for Defendants
WYNDHAM WORLDWIDE
CORPORATION, WYNDHAM
VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS,
INC., MICHAEL JONAH and TOM VIRAG

/ s/  Wesley M. Fujimoto
WESLEY M. FUJIMOTO

Attorney for Defendant
MARK POLLARD

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, April 11, 2012.



 /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

*Liane Wilson and Joanna Wheeler, on behalf of themselves and other females similarly situated v. Wyndham Worldwide Corporation, et al.,*
Case No. CV 11-00538 LEK-BMK, U.S. District Court for the District of Hawai`i
STIPULATION TO ALLOW FIRST AMENDED ANSWER