HID 007 (Rev. 02/11) Application to Appear Pro Hac Vice

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| Liane Wilson and Joanna Wheeler, et al.<br>*Plaintiff*<br><br>v.<br><br>Wyndham Worldwide Corporation, et al.<br>*Defendant* | )<br>)<br>)  Case No. ___CV11-00538 LEK BMK___<br>)<br>)<br>)<br>) |

## APPLICATION TO APPEAR PRO HAC VICE
(Attach Declaration of Counsel in support of application. $300.00 assessment required - see Declaration, paragraph 7.)

| | |
|---|---|
| Name of Attorney: | Nicky Jatana |
| Firm Name: | Jackson Lewis LLP |
| Firm Address: | 725 S. Figueroa Street, Ste. 2500, Los Angeles, CA 90017 |
| Firm Telephone: | (213) 689-0404    Firm Fax: (213) 689-0430 |
| Party Represented: | Defendant Wyndham Worldwide Corporation |
| Name/Address of Local Counsel: | Anna M. Elento-Sneed, Esq., Malia E. Kakos, Esq., Alston Hunt Floyd & Ing, 1001 Bishop Street, 18th Floor, Honolulu, HI 96813 |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-names attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding.
This request is based on the declaration of the attorney seeking to appear pro hac vice.

Dated: April 18, 2012          _____Signature*_____          Nicky Jatana
                                                              (Print name if original signature)

*If this application is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.

HID 007A (Rev. 02/11) Declaration of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

| | |
|---|---|
| Liane Wilson and Joanna Wheeler, et al. <br> *Plaintiff* <br> v. <br> Wyndham Worldwide Corporation, et al. <br> *Defendant* | Case No. CV11-00538 LEK BMK |

**DECLARATION OF COUNSEL**
(Attach to Application to Appear Pro Hac Vice.)

Name of Declarant: Nicky Jatana

I am not a resident of the District of Hawaii, am not regularly employed in the District of Hawaii, and am not regularly engaged in business, professional or law-related activities in the District of Hawaii, and that:

1. The city and state of my residence and office address is: Office: Jackson Lewis LLP
   725 S. Figueroa Street, Ste. 2500
   Los Angeles, CA 90017

   Residence: Los Angeles, CA 90066

2. I have been admitted to practice in the following courts on the dates noted:

   | USDC | State Court | U.S. Court of Appeals - 9th Cir. |
   |---|---|---|
   | Eastern - December 9, 1998 | December 2, 1998 | July 19, 1999 |
   | Central - November 2, 1999 | | |
   | Southern - August 22, 2001 | | |
   | District of Oregon - November 17, 2010 | | |

3. I am in good standing and eligible to practice in the following courts (declarant may state "All of the courts identified in paragraph 2"):  "All of the courts identified in paragraph 2"

4. I (a) am not currently involved in disciplinary proceedings before any state bar, federal bar, or any equivalent; (b) have not in the past 10 years been suspended, disbarred, or otherwise subject to other disciplinary proceeding before any state bar, federal bar, or its equivalent; © have not been denied admission pro hac vice by any court or agency in the past 10 years; and (d) have not been the subject of a criminal investigation know to the attorney or a criminal prosecution or conviction in any court in the past ten (10) years.

5. If I am concurrently making or have made within the preceding year an application to appear pro hac vice in a case or proceeding in the District of Hawaii, the title and number of each matter is stated below, together with the date of the application and whether the application was granted.

6. I designate the following to serve as associate counsel who is a member in good standing of the bar of the United States District Court for the District of Hawaii and maintains an office in ths district, with the address, telephone and fax numbers, and e-mail address noted:

Anna M. Elento-Sneed, Esq.
Malia E. Kakos, Esq.
Alston Hunt Floyd & Ing
1001 Bishop Street, 18th Floor, Honolulu, HI 96813
E-mail: aes@ahfi.com, mkakos@ahfi.com
Telephone: (808) 524-1800; Facsimile: (808) 524-5976

7. Payment of the $300 assessment for limited admission has or will be made by mailing a check to the Clerk, United States District Court, District of Hawaii, 300 Ala Moana Boulevard, Room C-338, Honolulu, HI 96850 (Payable to the Clerk, U.S. District Court, and noting the case & named applicants)

**I declare under penalty of perjury that the foregoing is true and correct.** (Attach any additional pages if any further explanation is needed)

Dated: April 18, 2012                           _____
                                                        Signature

---

### CONSENT OF LOCAL COUNSEL
(Local counsel may sign below if consent is not recorded elsewhere.)

Dated: 4/23/12                                  Malia E Kakos
                                                        Signature