IMANAKA KUDO & FUJIMOTO
A Limited Liability Law Company

WESLEY M. FUJIMOTO        3100-0
Topa Financial Center, Fort Street Tower
745 Fort Street Mall, Suite 1700
Honolulu, Hawaii  96813
Telephone:  (808) 521-9500
Facsimile:  (808) 541-9050
Email:  wfujimoto@imanakakudo.com

Attorney for Defendant
MARK POLLARD

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LIANE WILSON; and JOANNA WHEELER, on behalf of themselves and on behalf of other females similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; MICHAEL JONAH; MARK POLLARD; TOM VIRAG; DOE I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | CIVIL NO. 11-00538 LEK.BMK<br><br>**WITHDRAWAL OF COUNSEL; CERTIFICATE OF SERVICE** |

## WITHDRAWAL OF COUNSEL

COMES now the law firm of IMANAKA KUDO & FUJIMOTO, A Limited Liability Law Company, and hereby states that RYAN E. SANADA is no longer with the law firm.

DATED:   Honolulu, Hawaii; June 29, 2012.

            IMANAKA KUDO & FUJIMOTO

            /s/ Wesley M. Fujimoto
            WESLEY M. FUJIMOTO
            Attorney for Defendant
            MARK POLLARD

631878.1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LIANE WILSON; and JOANNA WHEELER, on behalf of themselves and on behalf of other females similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; MICHAEL JONAH; MARK POLLARD; TOM VIRAG; DOE I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>          Defendants. | CIVIL NO. 11-00538 LEK.BMK<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing document to be served on the following individuals to their respective addresses by the method noted below:

Electronically served through CM/ECF system:

Carl M. Varady, Esq.                              carl@varadylaw.com
Attorney for Plaintiffs

| | |
|---|---|
| Anna M. Elento-Sneed, Esq. | aes@ahfi.com |
| Zachary A. McNish, Esq. | zmcnish@ahfi.com |
| Malia E. Kakos, Esq. | mkakos@ahfi.com |
| Richard S. Cohen, Esq. | cohenr@jacksonlewis.com |
| Nicky Jatana, Esq. | jatanan@jacksonlewis.com |
| Benjamin J. Kim, Esq. | benjamin.kim@jacksonlewis.com |

Attorneys for Defendants
WYNDHAM WORLDWIDE CORPORATION,
WYNDHAM VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS, INC.,
MICHAEL JONAH and TOM VIRAG

By U.S. mail, postage paid to the following:

Felicia Medina, Esq.
Sanford Wittels & Heisler LLP
555 Montgomery Street, Suite 1206
San Francisco, CA  94111

Attorney for Plaintiffs

DATED:   Honolulu, Hawaii; June 29, 2012.

IMANAKA KUDO & FUJIMOTO

/s/ Wesley M. Fujimoto
WESLEY M. FUJIMOTO
Attorney for Defendant
MARK POLLARD

631878.1

2