ANNA ELENTO-SNEED         3412
MALIA E. KAKOS            7410
ALSTON HUNT FLOYD & ING
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   aes@ahfi.com
          mkakos@ahfi.com

RICHARD S. COHEN    *(Admitted Pro Hac Vice)*
JACKSON LEWIS LLP
2398 East Camelback Road, Suite 1060
Phoenix, AZ  85016
Telephone:  (602) 714-7044
Facsimile: (602) 714-7045
Email:    cohenr@jacksonlewis.com

NICKY JATANA        *(Admitted Pro Hac Vice)*
BENJAMIN J. KIM     *(Admitted Pro Hac Vice)*
JACKSON LEWIS LLP
725 S. Figueroa Street, Suite 2500
Los Angeles, CA  90017
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
E-mail:   jatanan@jacksonlewis.com
          benjamin.kim@jacksonlewis.com


Attorneys for Defendants
WYNDHAM WORLDWIDE CORPORATION,
WYNDHAM VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS, INC.,
MICHAEL JONAH and TOM VIRAG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LIANE WILSON and JOANNA WHEELER, on behalf of themselves and other females similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; MICHAEL JONAH; MARK POLLARD; TOM VIRAG; DOE I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　Defendants. | Case No. CV 11-00538 LEK BMK<br><br>**CERTIFICATE OF SERVICE**<br><br>[RE: DEFENDANT WYNDHAM VACATION OWNERSHIP INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF JOANNA WHEELER] |

**CERTIFICATE OF SERVICE**

　　　　I HEREBY CERTIFY that on this date I caused the original and a true and correct copy of the *DEFENDANT WYNDHAM VACATION OWNERSHIP, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF JOANNA WHEELER* to be served on the following persons, by the following means to their last known address:

| | HAND-DELIVERED | FAXED | MAILED |
|---|---|---|---|
| CARL M. VARADY, ESQ.<br>1003 Bishop Street, Suite 1730<br>Honolulu, Hawai`i 96813<br>carl@varadylaw.com | ☐ | ☐ | ☒ |

2

| | | | | |
|---|---|---|---|---|
| FELICIA MEDINA, ESQ.<br>Sanford Wittels & Heisler, LLP<br>555 Montgomery Street, Suite 1206<br>San Francisco, CA 94111 | ☐ | ☐ | ☒ |

Attorney for Plaintiffs

| | | | | |
|---|---|---|---|---|
| WESLEY M. FUJIMOTO, ESQ.<br>Ashford & Wriston<br>1099 Alakea St., Suite 1400<br>Honolulu, Hawaii 96813<br>wfujimoto@awlaw.com | ☐ | ☐ | ☒ |

Attorney for Defendant
MARK POLLARD

DATED: August 1, 2012

          /s/ Richard S. Cohen
          RICHARD S. COHEN *(Pro Hac Vice)*
          NICKY JATANA *(Pro Hac Vice)*
          BENJAMIN J. KIM *(Pro Hac Vice)*
          ANNA ELENTO-SNEED
          MALIA E. KAKOS

          Attorneys for Defendants
          WYNDHAM WORLDWIDE
          CORPORATION, WYNDHAM
          VACATION OWNERSHIP, INC.,
          WYNDHAM VACATION RESORTS,
          INC., MICHAEL JONAH and
          TOM VIRAG

4835-1440-6672, v. 1