**LAW OFFICE OF CARL M. VARADY**
Carl M. Varady, Esq. (Hawai'i Bar No. 4873-0)
1003 Bishop Street, Suite 1730
Honolulu, Hawai'i 96813
Telephone: (808) 523-8447
Facsimile: (808) 523-8448
Email: carl@varadylaw.com

Felicia Medina, Esq. (Cal. Bar No. 255804)
**SANFORD HEISLER, LLP**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Fax: (415) 795-2021
Email: fmedina@sanfordheisler.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIANE WILSON, and JOANNA WHEELER ON BEHALF OF THEMSELVES<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　　Defendants. | Case No. CV 11-00538 LEK BMK<br><br><br><br><br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT; EXHIBIT "A"** |

## **STIPULATION TO FILE FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(c), and L.R. 10.3 & 10.4, Plaintiff Liane Wilson and Joanna Wheeler, through their attorneys, and Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, Mark Pollard, and Tom Virag, through their attorneys, hereby stipulate to the filing of the First Amended Complaint, in the form attached to this stipulation as Exhibit "A," which contains a final version of the First Amended Complaint and a red-lined version, in order to assert only individual claims against the various Defendants.

Neither of the individual Plaintiffs wishes to proceed as a class representative, and the proposed First Amended Complaint therefore eliminates all claims for a purported class. Pursuant to this stipulation, both of the plaintiffs avow to the Court and stipulate that they will not file or enter a class or collective action in any court in the United States on the basis of any theory of recovery stemming from the facts stated in the original complaint pending before this Court.

Dated: November 14, 2012.  Respectfully Submitted:

By: */s/ Nicky Jatana*
**Richard S. Cohen**
Jackson Lewis LLP
2398 E. Camelback Road Suite #1060
Phoenix, AZ 85016
Telephone: (602) 714-7062
Facsimile: (602) 714-7045

*Attorney for Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, and Tom Virag*

*/s/ Wesley M. Fujimoto*
**Wesley M. Fujimoto**
Ashford & Wriston
Alii Place
1099 Alakea St. Suite 1400
Honolulu HI 96813

*Attorney for Defendant Mark Pollard*

By: */s/Carl M. Varady, Esq.*
**Carl M. Varady**
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawai'i 96813
Telephone: (808) 523-8447
Facsimile: (808) 523-8448

*/s/Felicia Medina, Esq.*
**SANFORD HEISLER, LLP**
555 Montgomery Street
Ste 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Fax: (415) 795-2021

*Attorneys for Plaintiffs Liane Wilson and Joanna Wheeler*

APPROVED AND SO ORDERED:

Date: Honolulu, Hawaii, November 19, 2012.



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge