**LAW OFFICE OF CARL M. VARADY**
Carl M. Varady, Esq. (Hawai'i Bar No. 4873-0)
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawai'i  96813
Telephone: (808) 523-8447
Facsimile: (808) 523-8448
Email: carl@varadylaw.com

Felicia Medina, Esq. (Cal. Bar No. 255804)
**SANFORD HEISLER, LLP**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Fax: (415) 795-2021
Email: fmedina@sanfordheisler.com

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIANE WILSON, and JOANNA WHEELER ON BEHALF OF THEMSELVES<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. CV 11-00538 LEK BMK<br><br>**JOINT STIPULATION AND ORDER TO STAY DISCOVERY AND ALL OTHER COURT DEADLINES PENDING PRIVATE MEDIATION** |

**JOINT STIPULATION AND ORDER TO STAY DISCOVERY AND ALL OTHER COURT DEADLINES PENDING PRIVATE MEDIATION**

Pursuant to Federal Rule of Civil Procedure 26 and LR 10.4, Plaintiffs

Liane Wilson and Joanna Wheeler and Defendants Wyndham Worldwide

Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, Mark Pollard, Tom Virag, DOE I through X, and ROE Business entities I through X, acting through their respective counsel of record, hereby stipulate and agree, subject to the approval of Court, that:

(1)     All discovery in this action and court deadlines shall be stayed until February 21, 2013 to permit the parties to explore settlement through mediation;

(2)     The parties have signed an agreement to mediate this matter with Keith Hunter, Dispute Prevention & Resolution, Inc. and are in the process of scheduling a mediation to commence before February 15, 2013, on the earliest date that all parties and the mediator are available;

(3)     On or before the mediation date, the plaintiffs shall perform individual damages calculations for the mediation and then return the class-wide data previously produced in this matter to the Wyndham Defendants;

(4)     No party shall file a motion to compel discovery until the stay has expired;

(5)     No party shall serve requests for discovery until the stay has expired;

(6)     The parties stipulate that if this matter is not settled and a stipulation to dismiss the action is not filed on or before February 21, 2013, the parties will jointly submit a proposed amended Rule 16 scheduling order to the Court for its consideration and ultimate entry;  and

(7) This Stipulation is made without prejudice to any party's right to move to extend the stay of discovery.

Dated: November 14, 2012.  Respectfully Submitted:

By: */s/ Nicky Jatana*
**Richard S. Cohen**
Jackson Lewis LLP
2398 E. Camelback Road Suite #1060
Phoenix, AZ 85016
Telephone: (602) 714-7062
Facsimile: (602) 714-7045

*Attorney for Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, and Tom Virag*

*/s/ Wesley M. Fujimoto*
**Wesley M. Fujimoto**
Ashford & Wriston
1099 Alakea St. Suite 1400
Honolulu HI 96813

*Attorney for Defendant Mark Pollard*

By: */s/Carl M. Varady, Esq.*
**Carl M. Varady**
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawai'i 96813
Telephone: (808) 523-8447
Facsimile: (808) 523-8448

*/s/Felicia Medina, Esq.*
**SANFORD HEISLER, LLP**
555 Montgomery Street, Ste 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Fax: (415) 795-2021

*Attorneys for Plaintiffs
Liane Wilson and Joanna Wheeler*

APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: November 20, 2012

*Wilson, et al. v. Wyndham Worldwide Corp., et al.*, **Case No. CV 11-00538
LEK BMK  JOINT STIPULATION AND ORDER TO STAY DISCOVERY
AND ALL OTHER COURT DEADLINES PENDING PRIVATE
MEDIATION**