ANNA ELENTO-SNEED          3412
MALIA E. KAKOS             7410
ALSTON HUNT FLOYD & ING
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   aes@ahfi.com
          mkakos@ahfi.com

RICHARD S. COHEN    *(Admitted Pro Hac Vice)*
JACKSON LEWIS LLP
2398 East Camelback Road, Suite 1060
Phoenix, AZ  85016
Telephone:  (602) 714-7044
Facsimile: (602) 714-7045
Email:     cohenr@jacksonlewis.com

NICKY JATANA         *(Admitted Pro Hac Vice)*
BENJAMIN J. KIM      *(Admitted Pro Hac Vice)*
JACKSON LEWIS LLP
725 S. Figueroa Street, Suite 2500
Los Angeles, CA  90017
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
E-mail:   jatanan@jacksonlewis.com
          benjamin.kim@jacksonlewis.com


Attorneys for Defendants
WYNDHAM WORLDWIDE CORPORATION,
WYNDHAM VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS, INC.,
MICHAEL JONAH and TOM VIRAG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LIANE WILSON and JOANNA WHEELER, on behalf of themselves<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. CV 11-00538 LEK BMK<br><br>**JOINT STIPULATION AND ORDER TO AMEND ORDER STAYING DISCOVERY AND ALL OTHER COURT DEADLINES PENDING PRIVATE MEDIATION** |

**JOINT STIPULATION AND ORDER TO AMEND ORDER STAYING DISCOVERY AND ALL OTHER COURT DEADLINES PENDING PRIVATE MEDIATION**

Pursuant to Federal Rule of Civil Procedure 26 and LR 10.4, Plaintiffs Liane Wilson and Joanna Wheeler (collectively, "Plaintiffs") and Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, Mark Pollard, Tom Virag, DOE I through X, and ROE Business entities I through X, acting through their respective counsel of record, hereby stipulate and agree, subject to the approval of the Court, that the Court's Order Staying Discovery and All Other Court Deadlines Pending Private

Mediation ("Order"), dated November 20, 2012 [Docket No. 68], be amended as follows:

(1)     Because the parties have scheduled the mediation with Keith Hunter, Dispute Prevention & Resolution, Inc., for February 26, 2013 – which is the earliest date the parties, their attorneys and the mediator are available – the parties stipulate that the stay of all discovery in this action and court deadlines shall be extended from February 21, 2013 to March 19, 2013.

(2)     If this matter is not settled and a stipulation to dismiss the action is not filed on or before March 19, 2013, the parties will jointly submit a proposed amended Rule 16 scheduling order to the Court for its consideration and ultimate entry.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

(3)    All other provisions of the Order shall remain in effect.


Dated: January 31, 2013.


Respectfully Submitted,

By: /s/  Nicky Jatana                    By: /s/  Carl M. Varady
    Nicky Jatana                             Carl M. Varady
    Jackson Lewis LLP                        Pauahi Tower
    725 S. Figueroa Street, Suite 2500       1003 Bishop Street, Suite 1730
    Los Angeles, CA  90017                   Honolulu, HI 96813
    Telephone: (213) 689-0404                Telephone: (808) 523-8447
    Facsimile: (213) 689-0430                Facsimile: (808) 523-8448

Attorneys for Defendants
WYNDHAM WORLDWIDE
CORPORATION, WYNDHAM              /s/  Felicia Medina
VACATION OWNERSHIP, INC.,         Felicia Medina
WYNDHAM VACATION RESORTS,         Sanford Heisler, LLP
INC., MICHAEL JONAH and           555 Montgomery Street, Ste 1206
TOM VIRAG                         San Francisco, CA 94111
\\\                               Telephone: (415) 795-2020
                                  Facsimile: (415) 795-2021
\\\
\\\                               Attorneys for Plaintiffs
                                  LIANE WILSON AND
\\\                               JOANNA WHEELER
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

4

By:  /s/  Wesley M. Fujimoto
   Wesley M. Fujimoto
   Ashford & Wriston
   1099 Alakea St., Suite 1400
   Honolulu, HI 96813
   wfujimoto@awlaw.com

Attorney for Defendant
MARK POLLARD


APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, February 5, 2013.



                                      /S/ Barry M. Kurren
                                     Barry M. Kurren
                                     United States Magistrate Judge


_____
**JOINT STIPULATION AND ORDER TO AMEND ORDER STAYING
DISCOVERY AND ALL OTHER COURT DEADLINES PENDING PRIVATE
MEDIATION**; *Liane Wilson and Joanna Wheeler, on behalf of themselves v.
Wyndham Worldwide Corporation, et al.,*
Case No. CV 11-00538 LEK BMK