
CARL M. VARADY  4873-0
LAW OFFICE OF CARL M. VARADY
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawai`i  96813
Telephone:  (808) 523-8447
e-mail: carl@varadylaw.com

Felicia Medina, Esq. (Cal. Bar. No. 255804)
SANFORD HEISLER, LLP
555 Montgomery Street, Suite 1206
San Francisco, CA. 94111
Telephone: (415) 795-2020
Fax: (415) 795-2021
email: fmedina@sanfordheisler.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| LIANE WILSON, and JOANNA WHEELER<br><br>            Plaintiff,<br><br>    vs.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC. WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, AND TOM VIRAGE<br><br>            Defendants. | CIVIL NO. CV 11-00538 LEK BMK<br><br>JOINT STIPULATION AND ORDER TO AMEND ORDER STAYING DISCOVERY AND ALL OTHER COURT DEADLINES TO APRIL 16, 2013 |

## JOINT STIPULATION AND ORDER TO AMEND ORDER STAYING DISCOVERY AND ALL OTHER COURT DEADLINES TO APRIL 16, 2013

Pursuant to Federal Rule of Civil Procedure 26 and LR 10.4, Plaintiffs Liane Wilson and Joanna Wheeler and Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, Mark Pollard, and Tom Virag, acting through their prospective counsel of record, hereby stipulate and agree, subject to the approval of the Court, that the Court's February 5, 2013 Order Staying Discovery and All Other Court Deadlines Pending Private Mediation (Docket No. 69) be amended in accordance with the below:

1) On February 26, 2013, the parties participated in private mediation with Keith Hunter, Dispute Prevention & Resolution. The Parties reached an agreement with respect to resolution o Plaintiff Joanna Wheeler's claims.

2) The parties stipulate and request that the Court extend the current stay of discovery and all court deadlines to <u>April 16,2013</u>, in order to permit the parties to finalize the written settlement agreement pertaining to Ms. Wheeler's claims and to finalize a proposed amended Rule 16 Scheduling order regarding Plaintiff Liane Wilson's claims.

3) On or before April 16, 2013, the parties will jointly submit a stipulation to dismiss Plaintiff Joanna Wheeler's claims AND a proposed amended Rule 16 scheduling order regarding Plaintiff Liane Wilson's claims, for the Court's consideration and ultimate entry.

Dated: Honolulu, Hawai'i, March 18, 2013

Respectfully Submitted

By: */s/ Richard S. Cohen*
**Richard S. Cohen**
Jackson Lewis LLP
2398 E. Camelback Road Suite #1060
Phoenix, AZ 85016
Telephone: (602) 714-7062
Facsimile: (602) 714-7045

*Attorney for Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, and Tom Virag*

*/s/ Wesley M. Fujimoto*
**Wesley M. Fujimoto**
Ashford & Wriston
Alii Place
1099 Alakea St Ste 1400
Honolulu, Hi 96813
*Attorney for Defendant Mark Pollard*

*/s/Carl M. Varady, Esq.*
**LAW OFFICE OF CARL M. VARADY**
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawai'i 96813
Telephone: (808) 523-8447
Facsimile: (808) 523-8448

*/s/Felicia Medina, Esq.*
**SANFORD HEISLER, LLP**
555 Montgomery Street, Ste 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Fax: (415) 795-2021

*Attorneys for Plaintiffs Liane Wilson and Joanna Wheeler*

**ORDER**

APPROVED AND SO ORDERED:

Dated: Honolulu, Hawai'I, March 19, 2013.



 /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

---

CASE NO.: CV 11-00583 LEK BMK - JOINT STIPULATION AND ORDER TO AMEND ORDER STAYING DISCOVERY AND ALL OTHER COURT DEADLINES TO APRIL 16, 2013