Thomas D. Yano #3780
Attorney at Law
4374 Kukui Grove Street, Suite 204
Lihue, Kauai, Hawaii  96766
Telephone:  (808) 245-8686
Metrofax:   (877) 888-7657
Email:  thomasdyano@gmail.com

Attorney for Plaintiff/Debtor
LIANE WILSON

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIANE WILSON, and JOANNA WHEELER<br><br>     Plaintiff(s),<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, AND TOM VIRAG<br><br>     Defendant(s). | CIVIL NO. CV- 11-00538  LEK  BMC<br><br>NOTICE OF FILING BANKRUPTCY; EXHIBITS "A", "B" and "C" |

## NOTICE OF BANKRUPTCY FILING

NOTICE IS HEREBY GIVEN by LIANE WILSON, the Debtor/Plaintiff herein ("Debtor/Plaintiff"), by and through her attorney, Thomas D. Yano, as follows:

That on May 17, 2011 Debtor/Plaintiff filed an Individual Voluntary Chapter 7 Bankruptcy Petition being Case No. 11-01392, In Re Liane N. Wilson, in the United States Bankruptcy Court for the District of Hawaii.

A copy of the Notice of Chapter 7 Case, Meeting of Creditors & Deadlines and Explanations are attached and incorporated by reference hereto as Exhibit "A".

On or about August 21, 2012, Debtor/Plaintiff filed an amended Schedule B of her Bankruptcy Petition to include the Class Action Suit which she filed in the Circuit Court of the Fifth Circuit for the State of Hawaii on or about June 6, 2011.

      A true and correct copy of said amendment is attached and incorporated by reference hereto as Exhibit "B".

      Debtor/Plaintiff has recently filed an amended Complaint in this Court to change her class action lawsuit to an individual Plaintiffs' lawsuit and, upon information and belief, will be filing her amendments to, *inter alia*, her schedules B & C in the United States Bankruptcy Court for the District of Hawaii to reflect same shortly.

      A true and correct copy of Debtor/Plaintiff's draft cover sheet for her impending amendments and drafts of said amended Schedules B & C are attached and incorporated by reference hereto as Exhibit "C".

DATED: Lihue, Kauai, Hawaii ___March 20, 2013___.

                                                      THOMAS D. YANO
                                                      Attorney for Debtor/Plaintiff
                                                      Liane Wilson