**FILE COPY**

**Miscellaneous Documents:**

11-01392 Liane N. Wilson

Type: bk                 Chapter: 7 v              Office: 1 (Honolulu)
Assets: n                Judge: rjf                Case Flag: DebtEd, NODISCH

## United States Bankruptcy Court

### District of Hawaii

Notice of Electronic Filing

The following transaction was received from Thomas D. Yano entered on 8/21/2012 at 11:35 AM HST and filed on 8/21/2012
**Case Name:**      Liane N. Wilson
**Case Number:**    11-01392
**Document Number:** 28

**Docket Text:**
Amended Schedule(s): B, Summary of Schedules, *Schedule B*.. (Yano, Thomas)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** (08-21-12) Amended Sch B, Summary and Creditors.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018307671 [Date=8/21/2012] [FileNumber=2715005-0
] [6b599a7277ce09f1e818d459f0669fcece484547a22b1497d914411a21a4c6c09a1
65f818eb4bd85eb171e7e06034bcc0fb7d4033f2cff0e77c68740a7bbb731]]

**11-01392 Notice will be electronically mailed to:**

Office of the U.S. Trustee
ustpregion15.hi.ecf@usdoj.gov

Richard A. Yanagi
yanagi7trustee@gmail.com, ryanagi@ecf.epiqsystems.com

Thomas D. Yano on behalf of Debtor Liane Wilson
thomas.yano@hawaiiantel.net, tyano86@gmail.com

**11-01392 Notice will not be electronically mailed to:**

| Filer's Name, Address, Phone, Fax, Email:<br>Thomas D. Yano<br>4374 Kukui Grove Street, Suite 204<br>Lihue, Hawaii 96766<br>Phone: (808) 245-8686<br>Fax: (808) 245-7751<br>thomasdyano@gmail.com | <br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |

hib_1009-1 (12/09)

| Debtor: **LIANE N. WILSON** | Case No.: **11-01392** |
|---|---|
| Joint Debtor:<br>(if any) | Chapter: **7** |

### COVER SHEET FOR AMENDMENTS

*Check all of the following that are being amended.*

- [ ] List of Creditors / Mailing Matrix
- Schedules: [ ] A [✓] B [ ] C [ ] G [ ] H [ ] I [ ] J
- [ ] ($26 fee unless (i) only updating an address, or (ii) only adding a creditor's attorney, or (iii) uploading creditors in ECF without amending schedules)
- Schedules: [ ] D [ ] E [ ] F ($26 fee for 1 or more)
- [ ] Statement of Financial Affairs
- [ ] List of Equity Security Holders
- [ ] Statement of Intention
- [ ] List of 20 Largest Unsecured Creditors
- [ ] Statement of Monthly Income (Ch 7 - with Means Test / Ch 13 - with Disposable Income Calculation)

### DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief. [*If filing electronically through ECF, a* **Declaration re: Electronic Filing** *with original signatures must be submitted on paper not later than 7 days after filing the amendments.*]

/s/ [signature]
Signature of Debtor
Dated: August 17, 2012

/s/ _____
Signature of Joint Debtor
Dated: _____

### CERTFICATE OF SERVICE

The undersigned certifies:

[✓] Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest.)

[ ] A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: August 21, 2012   /s/ Thomas D. Yano

**Attach amended schedules or statements to cover sheet. Attach a service list with names and addresses where notice was sent.**

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Wilson, Liane N.** _____   Case No. **11-01392** _____
                                  Debtor(s)                                             (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | LIANE WILSON, CLASS REPRESENTATIVES vs. WYNDHAM WORLDWIDE CORPORATION, ALL, CIVIL #11-1-0101 Filed June 6, 2011 IN THE CIRCUIT COURT FOR THE FIFTH COURT STATE OF HAWAII | | unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
# District of Hawaii

IN RE:  
Wilson, Liane N.  
_____  
Debtor(s)

Case No. 11-01392  
Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 519,600.00 | | |
| B - Personal Property | Yes | 3 | $ 26,069.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 899,423.88 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 9,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 932,953.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 7,291.04 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 7,133.58 |
| TOTAL | | 17 | $ 545,669.00 | $ 1,841,377.75 | |

Aspen Coll
Po Box 1965
Corand Junction, CO  81502


Bank Of America
PO Box 17054
Wilmington, DE  19850


Bishop Corporate Solutions
1164 Bishop Street Suite 1515
Honolulu, HI  96813


Chase
Po Box 15298
Wilmington, DE  19850


County Of Hawaii
Real Property Tax Division
101 Pauahi Street Suite 4
Hilo, HI  96720


Dean C. Wilson
Po Box 223296
Princeville, HI  84201


Douglas & Beatrice  Allen
C/O Oconnor Playdon And Guben
4365 Kukui Grove Street Suite 103
Lihue, HI  96766

Robert S. Beard
3703 Kaweonui Road
Princeville, HI   96722-5332


Santander Consumer USA
Po Box 660633
Dallas, TX   75266-0633


State Of Hawaii
830 Punchbowl St.
Honolulu, HI   96813-5094


Sunrise Hospital & Medical Center
P.O. Box 15298
Wilmington, DE   19850


US Department Of Education
Po Box 530260
Atlanta, GA   30353-0260


West Asset Management, Inc.
2703 N. Highway 75
Sherman, TX   75090