*Filer's Name, Address, Phone, Fax, Email:*

Thomas D. Yano
4374 Kukui Grove Street, Ste. 204
Lihue, Kauai, HI 96766
Phone (808) 245-8686
Metrofax (877) 888-7657
thomasdyano@gmail.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_1009-1 (11/11)

| Debtor: | Liane N. Wilson | Case No.: **11-01392** |
|---|---|---|
| Joint Debtor: (if any) | N/A | Chapter: **7** |

## COVER SHEET FOR AMENDMENTS

**Check all of the following that are being amended.**

Schedules: ☐ A ☑ B ☑ C ☐ G ☐ H ☐ I ☐ J

Schedules: ☐ D ☐ E ☐ F   ($30 fee for 1 or more)

☐ Statement of Financial Affairs

☐ Statement of Intention

☐ Statement of Monthly Income (Ch 7 - with Means Test / Ch 13 - with Disposable Income Calculation)

☐ List of Creditors / Mailing Matrix

☐ ($30 fee unless (i) only updating an address, or (ii) only adding a creditor's attorney, or (iii) uploading creditors in ECF without amending schedules)

☐ List of Equity Security Holders

☐ List of 20 Largest Unsecured Creditors

### DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief.  [*If filing electronically through ECF, a* **Declaration re: Electronic Filing** *with original signatures must be submitted on paper not later than 7 days after filing the amendments.*]

/s/_____
Signature of Debtor
Dated: _____

/s/_____
Signature of Joint Debtor
Dated: _____

### CERTIFICATE OF SERVICE

The undersigned certifies:

☑ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest.)

☑ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: _____   /s/_____

**Attach amended schedules or statements to cover sheet. Attach a service list with names and addresses where notice was sent.**



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

# DECLARATION re: ELECTRONIC FILING
## of Petition and Related Documents

(Mail or deliver to court with original signatures)

| Debtor: | Liane N. Wilson | Case No.: 11-01392 |
|---|---|---|
| Joint Debtor: | N/A | Chapter [circle]: 7  11  12  13  15 |

hib_5005-4f2 (7/2011)

*Instructions*: This form is required when certain documents are filed electronically by your attorney. Signing this form means that you are declaring, under penalty of perjury, that the information in the documents checked below is true and correct. **Do not sign this declaration unless you have read the documents and they are complete and accurate.** You or your attorney must mail or deliver this declaration to the court within 7 days after the documents are filed or the court may dismiss your case and/or sanction your attorney. You must also sign the original documents to be retained by your attorney.

☐ Petition
☐ Creditor Matrix
☑ Schedules A-J or _____
☐ Statement of Financial Affairs

☐ Statement of Current Monthly Income - B22A,B,C
☐ Authorization to File (corp., LLC, partnership)
☐ Chapter 7 Statement of Intention
☐ List of 20 Largest Unsecured Creditors

☐ Notice to Individual Debtor
☐ Chapter 13 Plan
☑ Amendment: _____
☐ Other: _____

Check the applicable box (see reverse side if this is an involuntary or a chapter 15 case):

☑ **Declaration by Individual / Joint Debtor.** I declare under penalty of perjury that the information provided in the document(s) identified above is true and correct to the best of my knowledge, information, and belief. If the document is a petition and my debts are primarily consumer debts and I have chosen to file under chapter 7, I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in my electronically filed petition. If this filing includes a chapter 13 plan, I certify that the plan has been proposed in good faith, that the information provided in the plan is true and correct, and that I will be able to make all plan payments and otherwise comply with provisions of the plan. I declare under penalty of perjury that the Social Security Number or Individual Taxpayer Identification Number transmitted with my petition is true and correct.

☐ **Declaration by Corporation / Partnership Debtor.** I declare under penalty of perjury that the information provided in the document(s) noted above is true and correct to the best of my knowledge, information, and belief, and that I have been authorized to file the petition on behalf of the debtor. I request relief in accordance with the chapter of title 11, United States Code, specified in the electronically filed petition. [*When signing below, indicate position or relationship to Debtor.*]

Signature(s) of Debtor and Joint Debtor (if any) or Authorized Individual:

X _____
(Sign and print name)
Date: _____

X _____
(Sign and print name)
Date: _____

*Sign on reverse side if this is an involuntary or chapter 15 case.*

B6 Summary (Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### District of Hawaii

IN RE: Wilson, Liane N.
Debtor(s)

Case No. 11-01392
Chapter 7

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 519,600.00 | | |
| B - Personal Property | Yes | 3 | $ 26,069.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 899,423.88 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 9,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 932,953.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 7,291.04 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 7,133.58 |
| TOTAL | | 17 | $ 545,669.00 | $ 1,841,377.75 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Hawaii

IN RE:                                                Case No. **11-01392**

Wilson, Liane N.

Chapter **7**

Debtor(s)

## AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 9,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 9,000.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 7,291.04 |
| Average Expenses (from Schedule J, Line 18) | $ 7,133.58 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 7,078.67 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 364,948.88 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 9,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 932,953.87 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,297,902.75 |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Wilson, Liane N.**  Case No. **11-01392**
                     Debtor(s)                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Hawaiian Bank Checking Account | | 94.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Household furnishings and appliances | | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing and shoes | | 600.00 |
| 7. Furs and jewelry. | | Jewelry | | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Wilson, Liane N. _____   Case No. **11-01392** _____
                                  Debtor(s)                                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Complaint amended to Change Class Action Lawsuit to Individual Plaintiff's Lawsuit.**<br>**Liane Wilson, et al vs. Wyndham Worldwide Corporation; Civil No. 11-00538 LEK BMK; In the United States District Court for the District of Hawaii**<br>**Pending Settlement or jury trial** | | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Mercedes SL600**<br>**2005 Cadillac Escalade** | | **8,000.00**<br>**14,875.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Wilson, Liane N. _____   Case No. **11-01392**
                             Debtor(s)                                           (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 26,069.00 |

____0____ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

IN RE **Wilson, Liane N.**                                      Case No. **11-01392**
                          Debtor(s)                                                    (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| First Hawaiian Bank Checking Account | 11 USC § 522(d)(5) | 94.00 | 94.00 |
| Household furnishings and appliances | 11 USC § 522(d)(3) | 2,000.00 | 2,000.00 |
| Clothing and shoes | 11 USC § 522(d)(3) | 600.00 | 600.00 |
| Jewelry | 11 USC § 522(d)(4) | 500.00 | 500.00 |
| Complaint amended to Change Class Action Lawsuit to Individual Plaintiff's Lawsuit. Liane Wilson, et al vs. Wyndham Worldwide Corporation; Civil No. 11-00538 LEK BMK; In the United States District Court for the District of Hawaii Pending Settlement or jury trial | 11 USC § 522(d)(11)(D) | 21,625.00 | Unknown |
| 1999 Mercedes SL600 | 11 USC § 522(d)(2)<br>11 USC § 522(d)(5) | 3,450.00<br>4,550.00 | 8,000.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only