| | |
|---|---|
| 1 | Carl M. Varady, Esq. (Hawai'i Bar No. 4873-0) |
| 2 | **LAW OFFICE OF CARL M. VARADY**<br>Pauahi Tower |
| 3 | 1003 Bishop Street, Suite 1730<br>Honolulu, Hawai'i 96813 |
| 4 | Telephone: (808) 523-8447<br>Facsimile: (808) 523-8448 |
| 5 | Email: carl@varadylaw.com |

Felicia Medina, Esq. (Cal. Bar No. 255804)
**SANFORD HEISLER, LLP**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Fax: (415) 795-2021
Email: fmedina@sanfordheisler.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF HAWAII**

| | |
|---|---|
| LIANE WILSON, and JOANNA WHEELER ON BEHALF OF THEMSELVES<br><br>**Plaintiffs,**<br><br>v.<br><br>**WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC.,**<br><br>**MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X,** and **ROE BUSINESS ENTITIES I through X,** inclusive,<br><br>**Defendants.** | Case No. CV 11-00538 LEK BMK<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF COURT DEADLINES** |

CASE NO.: CV 11-00538 LEK BMK - JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF COURT DEADLINES

Pursuant to Federal Rule of Civil Procedure 26, Plaintiffs Liane Wilson and Joanna Wheeler and Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, Mark Pollard, Tom Virag, acting through their respective counsel of record, hereby stipulate and agree, subject to the approval of Court, that the Court's Order to Amend Order Staying Discovery And All Other Court Deadlines to April 16, 2013, dated March 19, 2013 (Dkt. No. 71) be amended as follows:

1) The parties are finalizing the written terms of Plaintiff Joanna Wheeler's settlement agreement.
2) The parties have resumed settlement discussions concerning Plaintiff Liane Wilson's claims.
3) The parties stipulate that all deadlines in the Court's Order dated March 19, 2013 be extended three weeks from April 16, 2013 to **May 7, 2013** in order to permit additional time for the parties to finalize Plaintiff Joanna Wheeler's settlement agreement and potentially resolve Plaintiff Liane Wilson's claims.

Dated: April 16, 2013

Respectfully Submitted,

By:   /s/ Richard S. Cohen
**Richard S. Cohen**
Jackson Lewis LLP
2398 E. Camelback Road Suite #1060
Phoenix, AZ 85016
Telephone: (602) 714-7062
Facsimile: (602) 714-7045

*Attorney for Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, and Tom Virag*

/s/ Wesley M. Fujimoto
**Wesley M. Fujimoto**
Ashford & Wriston
Alii Place
1099 Alakea St Ste 1400
Honolulu, Hi 96813

*Attorney for Defendant Mark Pollard*

By: /s/Carl M. Varady, Esq.
**LAW OFFICE OF CARL M. VARADY**
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawai'i 96813
Telephone: (808) 523-8447
Facsimile: (808) 523-8448

/s/Felicia Medina, Esq.
**SANFORD HEISLER, LLP**
555 Montgomery Street, Ste 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Fax: (415) 795-2021

*Attorneys for Plaintiffs Liane Wilson and Joanna Wheeler*

**ORDER**

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, April 16, 2013.



   /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

CASE NO.: CV 11-00538 LEK BMK - JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF COURT DEADLINES