IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
In the Matter of            )
                            )
                            )
REASSIGNMENT OF CASES,      )
                            )
_____)
```

## ORDER OF REASSIGNMENT OF CASES

The following cases are reassigned from Judge Leslie E. Kobayashi to Judge Derrick K. Watson.  Magistrate Judges' assignments remain unchanged.

Judge Kobayashi reassigns the following cases:

1. <u>Alston v. Read (consolidated)</u>; Civil No. 07-00266 LEK-RLP

2. <u>Nakagawa v. Cnty. of Maui</u>, Civil No. 11-00130 LEK-BMK

3. <u>Naehu v. Read</u>; Civil No. 11-00226 LEK-RLP

4. <u>Kolio v. State of Hawai`i</u>; Civil No. 11-00266 LEK-RLP

5. <u>Ortiz v. Read,(consolidated)</u>; Civil No. 11-00381 LEK-RLP

6. <u>Na`o v. Read,(consolidated)</u>; Civil No. 11-00382 LEK-RLP

7. <u>Munzig v. Read, (consolidated)</u>; Civil No. 11-00384 LEK-RLP

8. <u>Flores v. Read, (consolidated)</u>; Civil No. 11-00385 LEK-RLP

9. <u>Bartimac v. Read, (consolidated)</u>; Civil No. 11-00386 LEK-RLP

10. <u>Albinio v. Read, (consolidated)</u>; Civil No. 11-00387 LEK-RLP

11. <u>Port Lynch, Inc. V. Samsung Fire & Marine Ins. Co.</u>; Civil No. 11-00398 LEK-BMK

12. <u>Allstate Ins. Co. V. Polumbo</u>; Civil No. 11-00481 LEK-KSC

13. <u>Bass v. Ostachuk</u>; Civil No. 11-00524 LEK-KSC

14. <u>Wilson v. Wyndham Worldwide Corp</u>; Civil No. 11-00538 LEK-BMK

15. <u>Lu v. Longs Drugs Stores</u>; Civil No. 11-00563 LEK-BMK

16. <u>J&J Sports Prods., Inc. V. Ong</u>; Civil No. 11-00629 LEK-KSC

17. <u>Keahole Point Fish, LLC. V. Skretting N. Am</u>; Civil No. 11-00675 LEK-KSC

18. <u>Am. Savings Bank v. Mortg. Guarantee Ins. Corp</u>; Civil No. 11-00687 LEK-KSC

19. <u>Bauer v. Deutsche Bank Nat'l Trust Co</u>; Civil No. 12-00124 LEK-BMK

20. <u>Van Horn v. The Hana Grp, Inc.</u>; Civil No. 12-00215 LEK-KSC

21. <u>Dias v. Fed. Nat'l Mortg. Ass'n</u>; Civil No. 12-00394 LEK-KSC

22. <u>Central Pac. Bank v. Kirkeby</u>; Civil No. 12-00399 LEK-KSC

23. <u>Broyles v. Bank of Am. Bank</u>; Civil No. 12-00426 LEK-KSC

24. <u>Torres v. City & Cnty. Of Honolulu</u>; Civil No. 12-00437 LEK-BMK

25. <u>Mau v. Mitsunaga & Assocs.</u>; Civil No. 12-00468 LEK-BMK

26. <u>Nautilus Ins. Co. V. Alpha Bldg. & Restoration, Inc.</u>; Civil No. 12-00477 LEK-BMK

27. <u>Nakashima v. Hi`ipaka, LLC</u>; Civil No. 12-00512 LEK-KSC

28. <u>David S. V. Dep't of Educ., State of Hawai`i</u>; Civil No. 12-00533 LEK-RLP

29. <u>Lum-John v. Cnty of Maui</u>; Civil No. 12-00569 LEK-BMK

30. <u>Chang v. Straub Clinic & Hosp., Inc.</u>; Civil No. 12-00617 LEK-RLP

31. <u>Ramelb v. Newport Lending Corp</u>; Civil No. 12-00618 LEK-RLP

32. <u>Lauro v. State of Hawai`i</u>; Civil No. 12-00637 LEK-BMK

33. <u>Augusta v. Block by Block, LLC</u>; Civil No. 12-00664 LEK-RLP

34. <u>Adams v. City & Cnty. Of Honolulu</u>; Civil No. 12-00667 LEK-BMK

35. <u>Marn v. McCully Assocs</u>; Civil no. 12-00684 LEK-BMK

36. <u>Anthony C. V. Dep't of Educ., State of Hawai`i</u>; Civil No. 12-00698 LEK-BMK

37. <u>Rogers v. Liko Kauai Cruises, Inc.</u>; Civil No. 13-00001 LEK-RLP

38. <u>Grandinetti v. State of Hawai`i</u>; Civil No. 13-00009 LEK-RLP

39. <u>Kalama v. Segovia</u>; Civil No. 13-00038 LEK-BMK

40. <u>Manoa Boys Club, LLC v. Yogurtking, LLC</u>; Civil No. 13-000048 LEK-BMK

41. <u>Carroll v. Cnty. of Maui</u>; Civil No. 13-00066 LEK-KSC

42. <u>Howard v. Hawaiian Moons Natural Foods, Inc.</u>; Civil No. 13-00072 LEK-KSC

43. <u>Campbell v. State of Hawai`i, Dep't of Educ.</u>; Civil No. 13-00083 LEK-RLP

44. <u>Moniz v. State of Hawai`i</u>; Civil No. 13-00086 LEK-BMK

45. <u>Kalaola v. Perry Mgmt. Corp. Of S. Dakota, LLC</u>; Civil No. 13-00105 LEK-RLP

46. <u>U.S. Fire Ins. Co. v. Bratt</u>; Civil No. 13-00107 LEK-BMK

47. <u>Flowe v. Tavares</u>; Civil No. 13-00111 LEK-BMK

48. <u>Kobayashi v. Humana, Inc.</u>; Civil No. 13-00112 LEK-RLP

49. <u>Burns v. Shores</u>; Civil No. 13-00122 LEK-BMK

50. <u>Obata v. Harrington</u>; Civil No. 13-00137 LEK-RLP

51. <u>Randolph Divs. Inc. V. Apple Inc.</u>; Civil No. 13-00148 LEK-BMK

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 10, 2013.



   /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge