CARL M. VARADY  4873-0
LAW OFFICE OF CARL M. VARADY
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawai`i  96813
Telephone:  (808) 523-8447
e-mail: carl@varadylaw.com

Felicia Medina, Esq. (Cal. Bar. No. 255804)
SANFORD HEISLER, LLP
555 Montgomery Street, Suite 1206
San Francisco, CA. 94111
Telephone: (415) 795-2020
Fax: (415) 795-2021
email: fmedina@sanfordheisler.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| LIANE WILSON, and JOANNA WHEELER<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC. WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, AND TOM VIRAGE<br><br>Defendants. | CIVIL NO. CV 11-00538 LEK BMK<br><br>JOINT STIPULATION AND ORDER FOR EXTENSION OF COURT DEADLINES |

## JOINT STIPULATION AND ORDER FOR EXTENSION OF COURT DEADLINES

Pursuant to Federal Rule of Civil Procedure 26, Plaintiffs Liane Wilson and Joanna Wheeler and Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, Mark Pollard, Tom Virag, acting through their respective counsel of record, hereby stipulate and agree, subject to the approval of Court, that the Court's Order to Amend Order Staying Discovery And All Other Court Deadlines to May 7, 2013, dated April 16, 2013 (Dkt. No. 73) be amended as follows:

1. The parties are in the process of signing Plaintiff Joanna Wheeler's settlement agreement. A stipulation of dismissal with prejudice is forthcoming.

2. The parties have continued settlement discussions concerning Plaintiff Liane Wilson's claims.

3. The parties stipulate that all deadlines in the Court's Order dated April 16, 2013 be extended one month from May 7, 2013 to June 7, 2013 in order to permit additional time for the parties to execute Plaintiff Joanna Wheeler's settlement agreement and resolve Plaintiff Liane Wilson's claims.

Dated: Honolulu, Hawai'i, May 7, 2013.

Respectfully Submitted

By: */s/ Richard S. Cohen*
**Richard S. Cohen**
Jackson Lewis LLP
2398 E. Camelback Road Suite #1060
Phoenix, AZ 85016
Telephone: (602) 714-7062
Facsimile: (602) 714-7045

*Attorney for Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, and Tom Virag*

*/s/ Wesley M. Fujimoto*
**Wesley M. Fujimoto**
Ashford & Wriston
Alii Place
1099 Alakea St Ste 1400
Honolulu, Hi 96813

*Attorney for Defendant Mark Pollard*

*/s/Carl M. Varady, Esq.*
**LAW OFFICE OF CARL M. VARADY**
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawai'i 96813
Telephone: (808) 523-8447
Facsimile: (808) 523-8448

*/s/Felicia Medina, Esq.*
**SANFORD HEISLER, LLP**
555 Montgomery Street, Ste 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Fax: (415) 795-2021

*Attorneys for Plaintiffs Liane Wilson and Joanna Wheeler*

## ORDER

APPROVED AND SO ORDERED:

Dated: Honolulu, HawaiʻI, May 10, 2013.



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

_____
CASE NO.: CV 11-00583 LEK BMK - JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF COURT DEADLINES