Carl M. Varady, Esq. (Hawai'i Bar No. 4873-0)
**LAW OFFICE OF CARL M. VARADY**
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawai'i 96813
Telephone: (808) 523-8447
Facsimile: (808) 523-8448
Email: carl@varadylaw.com

Felicia Medina, Esq. (Cal. Bar No. 255804)
**SANFORD HEISLER, LLP**
*Admitted Pro Hac Vice*
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Fax: (415) 795-2021
Email: fmedina@sanfordheisler.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIANE WILSON, and JOANNA WHEELER ON BEHALF OF THEMSELVES<br><br>**Plaintiffs,**<br><br>v.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC.,<br><br>MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>**Defendants.** | Case No. CV 11-00538 DWK BMK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF THE ACTION AS TO ALL PARTIES AND CAUSES OF ACTION ASSERTED BY PLAINTIFF JOANNA WHEELER AND ORDER** |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Plaintiff Joanna Wheeler and Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, Mark Pollard, Tom Virag, acting through their respective counsel of record, hereby stipulate and respectfully request an order dismissing this action in its entirety as it relates to all parties and causes of action asserted by Plaintiff Joanna Wheeler, with prejudice. Each party shall bear its own costs and fees for the claims and causes of action dismissed by this Stipulation and Order, except as explicitly provided for in the Settlement Agreement entered by the parties. |

[signatures on following page]

CASE NO.: CV 11-00538 DWK BMK - STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL PARTIES AND CAUSES OF ACTION ASSERTED BY PLAINTIFF JOANNA WHEELER AND ORDER

| | |
|---|---|
| **IT IS SO STIPULATED.**<br><br>Dated: June 7, 2013<br><br>Respectfully Submitted,<br><br>By:   /s/Richard S. Cohen<br>       **Richard S. Cohen**<br>       Jackson Lewis LLP<br>       2398 E. Camelback Road Suite #1060<br>       Phoenix, AZ 85016<br>       Telephone: (602) 714-7062<br>       Facsimile: (602) 714-7045<br><br>*Attorney for Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, and Tom Virag*<br><br>       /s/Wesley M. Fujimoto<br>       **Wesley M. Fujimoto**<br>       Ashford & Wriston<br>       Alii Place<br>       1099 Alakea St Ste 1400<br>       Honolulu, Hi 96813<br>*Attorney for Defendant Mark Pollard* | By: /s/Carl M. Varady, Esq.<br>**LAW OFFICE OF CARL M. VARADY**<br>Pauahi Tower<br>1003 Bishop Street, Suite 1730<br>Honolulu, Hawai'i 96813<br>Telephone: (808) 523-8447<br>Facsimile: (808) 523-8448<br><br><br>/s/Felicia Medina, Esq.<br>**SANFORD HEISLER, LLP**<br>555 Montgomery Street, Ste 1206<br>San Francisco, CA 94111<br>Telephone: (415) 795-2020<br>Fax: (415) 795-2021<br><br>*Attorneys for Plaintiffs*<br>*Liane Wilson and Joanna Wheeler* |

CASE NO.: CV 11-00538 DWK BMK - STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL PARTIES AND CAUSES OF ACTION ASSERTED BY PLAINTIFF JOANNA WHEELER AND ORDER

**ORDER**

**APPROVED AND SO ORDERED.**

Dated: June 10, 2013.

/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge