Carl M. Varady, Esq. (Hawai'i Bar No. 4873-0)
**LAW OFFICE OF CARL M. VARADY**
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawai'i 96813
Telephone: (808) 523-8447
Facsimile: (808) 523-8448
Email: carl@varadylaw.com

Felicia Medina, Esq. (Cal. Bar No. 255804)
**SANFORD HEISLER, LLP**
*Admitted Pro Hac Vice*
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Fax: (415) 795-2021
Email: fmedina@sanfordheisler.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIANE WILSON, and JOANNA WHEELER ON BEHALF OF THEMSELVES | Case No. CV 11-00538 DKW-BMK |
| **Plaintiffs,** | |
| v. | **JOINT STIPULATION AND ORDER FOR EXTENSION OF COURT DEADLINES** |
| WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., | |
| MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, and ROE BUSINESS ENTITIES I through X, inclusive, | |
| **Defendants.** | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 26, Plaintiffs Liane Wilson and Joanna Wheeler and Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, Mark Pollard, Tom Virag, acting through their respective counsel of record, hereby stipulate and agree, subject to the approval of Court, that the Court's Order to Amend Order Staying Discovery And All Other Court Deadlines to June 7, 2013, dated May 10, 2013 (Dkt. No. 75) be amended as follows:

1) The parties have finalized Plaintiff Joanna Wheeler's settlement agreement.  A stipulation of dismissal with prejudice is being filed concurrently herewith.

2) Richard Yanagi, the trustee in Plaintiff Liane Wilson's bankruptcy matter, Case No. 1-11-BK-01392, will be filing a motion to approve settlement of her claims in the bankruptcy court.  Accordingly, the parties stipulate to stay this matter in this Court pending approval of the settlement agreement in the bankruptcy court.

1

2

3   Dated: June 7, 2013

4   Respectfully Submitted,

5

6   By:   /s/ Richard S. Cohen

7   **Richard S. Cohen**

8   Jackson Lewis LLP

9   2398 E. Camelback Road Suite #1060

10   Phoenix, AZ 85016

11   Telephone: (602) 714-7062
     Facsimile: (602) 714-7045

12

13   *Attorney for Defendants Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Michael Jonah, and Tom Virag*

14

15

16

17          /s/ Wesley M. Fujimoto

18   **Wesley M. Fujimoto**

19   Ashford & Wriston
     Alii Place

20   1099 Alakea St Ste 1400
     Honolulu, Hi 96813

21   *Attorney for Defendant Mark Pollard*

22

23

24

25

26

27

28

By: /s/Carl M. Varady, Esq.
**LAW OFFICE OF CARL M. VARADY**
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawai'i 96813
Telephone: (808) 523-8447
Facsimile: (808) 523-8448


/s/Felicia Medina, Esq.
**SANFORD HEISLER, LLP**
555 Montgomery Street, Ste 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Fax: (415) 795-2021

*Attorneys for Plaintiffs
Liane Wilson and Joanna Wheeler*

APPROVED AND SO ORDERED:

Dated: Honolulu, Hawaii, June 10, 2013.

/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge