RICHARD S. COHEN     *(Admitted Pro Hac Vice)*
JACKSON LEWIS P.C.
2398 East Camelback Road, Suite 1060
Phoenix, AZ  85016
Telephone:  (602) 714-7044
Facsimile: (602) 714-7045
Email:     cohenr@jacksonlewis.com

NICKY JATANA         *(Admitted Pro Hac Vice)*
JACKSON LEWIS P.C.
725 S. Figueroa Street, Suite 2500
Los Angeles, CA  90017
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
E-mail:    jatanan@jacksonlewis.com
Attorneys for Defendants
WYNDHAM WORLDWIDE CORPORATION,
WYNDHAM VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS, INC.,
MICHAEL JONAH and TOM VIRAG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LIANE WILSON and JOANNA WHEELER, on behalf of themselves<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. CV 11-00538 LEK BMK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

## JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

The parties, through their undersigned counsel, hereby stipulate and agree to dismiss all remaining claims in this lawsuit with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: September 9, 2014.

Respectfully Submitted,

By:/s/ Richard S. Cohen
    Richard S. Cohen
    Jackson Lewis P.C.
    2398 E. Camelback Road, Ste #1060
    Phoenix, AZ 85016
    Telephone: (602) 714-7062
    Facsimile: (602) 714-7045

Attorneys for Defendants
WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH and TOM VIRAG

By:/s/ Wesley M. Fujimoto
    Wesley M. Fujimoto
    Ashford & Wriston
    1099 Alakea St., Suite 1400
    Honolulu, HI 96813
    wfujimoto@awlaw.com

Attorney for Defendant
MARK POLLARD

By:/s/ Carl M. Varady
    Carl M. Varady
    Pauahi Tower
    1003 Bishop Street, Suite 1730
    Honolulu, HI 96813
    Telephone: (808) 523-8447
    Facsimile: (808) 523-8448

By:/s/ Felicia Medina
    Felicia Medina
    Sanford Heisler, LLP
    555 Montgomery Street, Ste 1206
    San Francisco, CA 94111
    Telephone: (415) 795-2020
    Facsimile: (415) 795-2021

Attorneys for Plaintiffs
LIANE WILSON

APPROVED AND SO ORDERED:

Dated:_____, 2014        _____
UNITED STATES MAGISTRATE JUDGE