RICHARD S. COHEN    *(Admitted Pro Hac Vice)*
JACKSON LEWIS P.C.
2398 East Camelback Road, Suite 1060
Phoenix, AZ  85016
Telephone:  (602) 714-7044
Facsimile: (602) 714-7045
Email:    cohenr@jacksonlewis.com

NICKY JATANA        *(Admitted Pro Hac Vice)*
JACKSON LEWIS P.C.
725 S. Figueroa Street, Suite 2500
Los Angeles, CA  90017
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
E-mail:    jatanan@jacksonlewis.com
Attorneys for Defendants
WYNDHAM WORLDWIDE CORPORATION,
WYNDHAM VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS, INC.,
MICHAEL JONAH and TOM VIRAG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LIANE WILSON and JOANNA WHEELER, on behalf of themselves<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH, MARK POLLARD, TOM VIRAG, DOE I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. CV 11-00538 DKW-BMK<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL** |

## JOINT STIPULATION AND ORDER OF DISMISSAL

The parties, through their undersigned counsel, hereby stipulate and agree to dismiss all remaining claims in this lawsuit with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: September 9, 2014.

Respectfully Submitted,

By:/s/ Richard S. Cohen
   Richard S. Cohen
   Jackson Lewis P.C.
   2398 E. Camelback Road, Ste #1060
   Phoenix, AZ 85016
   Telephone: (602) 714-7062
   Facsimile: (602) 714-7045

Attorneys for Defendants
WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., MICHAEL JONAH and TOM VIRAG

By:/s/ Wesley M. Fujimoto
   Wesley M. Fujimoto
   Ashford & Wriston
   1099 Alakea St., Suite 1400
   Honolulu, HI 96813
   wfujimoto@awlaw.com

Attorney for Defendant
MARK POLLARD

By:/s/ Carl M. Varady
   Carl M. Varady
   Pauahi Tower
   1003 Bishop Street, Suite 1730
   Honolulu, HI 96813
   Telephone: (808) 523-8447
   Facsimile: (808) 523-8448

By:/s/ Felicia Medina
   Felicia Medina
   Sanford Heisler, LLP
   555 Montgomery Street, Ste 1206
   San Francisco, CA 94111
   Telephone: (415) 795-2020
   Facsimile: (415) 795-2021

Attorneys for Plaintiffs
LIANE WILSON

2

APPROVED AND SO ORDERED:

Dated:  September 10, 2014, at Honolulu, Hawai'i.



  /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

Liane Wilson et. al., v. Wyndham Worldwide Corp., et al., CV 11-00538 DKW BMK; JOINT STIPULATION AND ORDER OF DISMISSAL